UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PERSONAL SERVICES CONTRACTOR ))
ASSOCIATION, )
)
)
Plaintiff. )   Case No. 1:25-cv-469
)
v. )
)
DONALD TRUMP, *et al.*, )
)
Defendants. )
_____ )

## **[PROPOSED] ORDER**

The Court grants Plaintiff's Motion for a Temporary Restraining Order. ECF No.

6. Defendants shall immediately:

   a. Return USAID workers employed as personal service contractors (USPSCs) to the terms and conditions of employment they enjoyed on January 19, 2025;

   b. Authorize USPSCs to resume and continue the work they were performing before January 20, 2025;

   c. Rescind any termination-of-contract notices sent to USPSCs since January 20, 2025;

   d. Restore USPSCs' access to U.S. Government facilities, security, email, and computer and communications systems and networks;

   e. Release money to pay, and pay, USPSCs, including for back wages owed and for covered expenses they have already incurred but not been reimbursed for, consistent with the terms of their contracts and any relevant statutes and regulations;

    f.    Recall all mandatory evacuation orders for USPSCs issued since Jan. 19, 2025, unless required for the safety of USPSCs;

    g.    Immediately arrange medevac procedures and other appropriate medical care for all pregnant USPSCs in their third trimester and their family members; and

    h.    Cease disclosing USPSCs' personally identifying information on and remove that information from the DOGE website.

**SO ORDERED.**

DATED: February __, 2025                                      _____

                                                                                     United States District Judge