# EXHIBIT D

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                )
PERSONAL SERVICES             )
CONTRACTOR ASSOCIATION,  )
                                               )   Case No. 1:25-cv-469
                *Plaintiff,*       )
                                               )
                 v.           )
                                             )
DONALD TRUMP, et al.,        )
                                             )
              *Defendants.*    )
_____ )

**DECLARATION OF ARTHUR DOE**

I, Arthur Doe, declare as follows:

**1.** I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**2.** I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve as a technical expert in peacebuilding and countering violent extremism programing, overseeing a multi-million dollar development program that works to build support for and implement peace agreements. I am currently stationed overseas in ███████████████.

3. I live in leased housing, with rent and utilities paid by the U.S. Government. Following the President's suspension of foreign assistance and freezing of funds, rumors circulated that the Embassy could no longer cover these expenses for Embassy housing due to a lack of access to USAID funding. This was confirmed when my house began operating solely on a generator. Each Embassy-leased house is equipped with a generator that activates when the city's electricity goes out. Power outages typically occur once or twice a day, lasting an hour or two. However, it is uncommon for the electricity to be cut for long periods requiring the generator to run non-stop. The Embassy provides fuel for the generators but has now had to make frequent visits to my house to keep the generator supplied with fuel.

4. The situation caused my family significant distress. We feared immediate eviction and the potential loss of electricity, which is essential for caring for our one-year-old daughter—sterilizing bottles, bathing her, and maintaining her health. The uncertainty was compounded by the fact that, due to the funding freeze, the Embassy could not provide hotels for USAID staff or facilitate our repatriation to the United States. The stress was overwhelming as we stayed up late making contingency plans in case, we lost power or were evicted.

5. On February 12, 2025, the Embassy held a meeting with USAID personnel, confirming it could no longer pay rent or utilities. They informed us that they had contacted landlords to request leniency until payments could resume. However, all

USAID-assigned housing would continue relying on generators until the funding freeze was lifted. As a result, we have been forced to keep our daughter indoors due to the strong smell of gas outside. We still do not know whether payments will resume and how long our landlord will allow us to remain in our house.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on February 17, 2025.

                                                  /s/   Arthur Doe