# EXHIBIT E

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
PERSONAL SERVICES                        )
CONTRACTOR ASSOCIATION,         )
                                                        )
          *Plaintiff*,                                 )    Case No. 1:25-cv-469
                                                        )
          v.                                              )
                                                        )
DONALD TRUMP, *et al..*,                 )
                                                        )
          *Defendants.*                           )
_____)

**DECLARATION OF HENRY DOE**

I, Henry Doe, declare as follows:

1. I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

2. I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve overseas as Team Lead on a USAID/BHA (Bureau for Humanitarian Assistance) emergency response.

3. On February 8th, I read news on the internet that the Trump administration was giving 30 days for USAID staff posted overseas to return to the U.S. However I never was personally contacted and remain unsure how this applies to me and my team whom I'm responsible for. Additionally, neither the Principal

Officer nor the Management Officer at the U.S. Mission post where we serve had received any such instructions regarding me nor my team, and such have no grounds on which to pack out my team.

4. My spouse is in the 36th week of pregnancy with our first child. Due to how far along my wife is in her 3rd trimester, it's actually impossible and completely unsafe for us to return to the U.S. at this time, let alone board any aircraft whatsoever. Thankfully our yet unborn child has been very healthy leading up to January. However, we now are facing the real fear of this child facing elevated risk due to the stress of these last few weeks on my spouse.

5. The suddenness of this, with no plan communicated whatsoever, is creating great upheaval in the lives of my family and those of my team who are serving abroad. Without warning nor communication, our access to USAID accounts and systems were removed, which are also linked to U.S. Mission systems that are meant to keep us safe. This act put all our lives in further danger. More than half of my team still remain unconnected to their USAID accounts and systems, despite the highest BHA leadership messaging that this should be reversed.

6. The emergency assistance that me and my team coordinate on behalf of the U.S. government lies squarely within the U.S. policy goals of making the U.S. safer, stronger and more prosperous. The conflict-ridden nation that we seek to stabilize through principled, needs-based humanitarian assistance recently saw the fall of its

decades-old dictator regime. It has now been replaced by a government that has been labeled as a terrorist organization by the U.S. The humanitarian needs remain critically high, and the US is a central donor to keeping vulnerable populations from slipping toward extremism due to other countries and nonstate actors who also work there, such as Iran, China, and others.

7. Two waivers have been issued, one for emergency food assistance to continue, and the other for emergency medical services and other emergency subsistence activities to continue. However, the USAID/BHA staff who support this critical programming, including those of my team, have also lost access to their systems, and are unable to provide ongoing support to UN and NGO programs, which includes the ability to keep funds flowing to these critical activities, leaving these organizations and staff in extremely dangerous situations. Waivers count for nothing if the people and systems that allow this work to go forward are unable to function.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2025.

/s/   Henry Doe

3