# EXHIBIT F

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) | |
| *Plaintiff,* | ) ) ) | Case No. 1:25-cv-469 |
| v. | ) ) | |
| DONALD TRUMP, et al., | ) ) | |
| *Defendants.* | ) ) | |

**DECLARATION OF ALICE DOE**

I, Alice Doe, declare as follows:

**1.** I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**2.** I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve on the BHA Support Relief Group (SRG), which is a group of highly experienced humanitarian staff who deploy on very short notice to support humanitarian crises.

**3.** I have been working in the international development field for 20 years; 14 of those have been with USAID. I have served my country in Afghanistan, Pakistan, Yemen, Libya, Syria, and Sudan, among other locations.

**4.** I am experiencing several hardships due to recent executive orders. In the most immediate instance, I have spent the last several months working on the Afghanistan Disaster Assistance Response Team, helping to provide support to over 6 million people in the winter. I have not received my last two paychecks, even though I was deployed on the response for all of that time. This amounts to over $10,000 (before taxes) that I have not received. Because so many people have been furloughed or fired, and because the remaining staff are overwhelmed trying to understand the impacts of the Executive Orders, I have been unable to get a response to the numerous emails I have sent to multiple listservs to ask about my salary. At this point, I have a) no idea why I'm not getting paid and b) no idea if/when I will be paid.

**5.** This is on top of delays in re-payment of travel expenses. USAID staff all pay their own hotel and expenses and then get reimbursed after the travel expenses are approved. Usually payment is within a few days of approval. I have now submitted 2 requests for repayments - both for over $3,000, and one was submitted and approved over 2 weeks ago. I have no idea if or when these will be paid. When combining the lack of salary payments with the travel vouchers, the U.S. Government now owes me over $17,000. This is a significant amount of money that I am legally owed, and due to the

lack of staff and financial systems currently at AID, I have no idea if or when I will be paid.

6. On Monday February 3, I abruptly lost access to my email and all USAID systems. This is despite serving on a prioritized humanitarian response. I had several files related to my personal admin that I am now unable to access, and I have spent a significant amount of time over the last 2 weeks trying to find people to submit my timesheets and travel vouchers, as I am unable to do so, despite the fact that all of us were supposed to have our access restored last week.

7. Finally, my contract was up for annual renewal on February 17. This is normally a standard process where the Contracting Officer signs an document allowing the contract to continue for another year and forward funds the contract for another year, within the overall timeframe of the contract. In December and January I had submitted all the required documents and information for this to happen. I have since sent multiple emails requesting information about my contract renewal. I have never received an answer - it appears they simply let it lapse, but there was no communication on this. In addition, normally when a contract ends, the contractor is allowed a certain amount of payout for any remaining annual leave they were unable to take - I am unclear if in this instance that will happen, which is another financial hardship on top of the $17,000 I'm already owed.

8. In short, I am owed tens of thousands of dollars, but have no way of knowing if or when they will be paid. I lost access to critical documents I need related to my employment when I lost access to systems with no warning, and I was never re-activated despite the court's requirement. I have (presumably) lost the second year of my contract, but I have no way of knowing. This all makes it extremely difficult to plan for both the short and long term if I am without money, without access to relevant administrative documents, and don't even know if I have a job or not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2025.

                                                         /s/   Alice Doe