# EXHIBIT G

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____ )
                               )
PERSONAL SERVICES              )
CONTRACTOR ASSOCIATION,        )
                               )   Case No. 1:25-cv-469
        *Plaintiff*,           )
                               )
        v.                     )
                               )
DONALD TRUMP, et al.,          )
                               )
        *Defendants.*          )
_____ )

**DECLARATION OF JACK DOE**

I, Jack Doe, declare as follows:

**1.** I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**2.** I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve as Senior Humanitarian Program Officer, stationed overseas in ███████████████.

**My position at USAID and nature of my work**

**3.** I am a USPSC with USAID who has worked with the organization for more than eight years. Currently I work as a Senior Humanitarian Program Officer managing

emergency food, health, and WASH programs. In my time with USAID, I have held multiple leadership positions, including Planning Coordinator for the 2023 Turkey Earthquake Disaster Assistance Response Team (DART), and as Planning Coordinator and Deputy Leader for Planning for the Levant (Gaza) DART. Throughout my work I have managed complex humanitarian operations, coordinated across interagency and international partners, and led strategic planning efforts. My work is primarily focused on providing emergency food and nutrition assistance in conflict zones and disaster-affected communities.

**Harm caused by USAID Shutdown**

4.       On the evening of February 2, 2025, I became aware that I had lost access to my USAID email and all agency systems. At the time, I was on Temporary Duty (TDY) in Blackstone, Virginia attending Foreign Affairs Counter Threat (FACT) training, which is a required security course for all staff who will spend more than 90 days overseas in a given year, and must be renewed every six years. I never received any specific communications or direction from USAID other than public statements from Agency officials that all staff were being placed on Administrative Leave and that all field staff would be recalled within 30 days. Despite the lack of clarity regarding my employment status and if I would be able to return to post after training, I remained at training for two days. When it became clear that the Administration intended to recall

all overseas officers, I departed FACT to make arrangements for potential permanent and imminent relocation to my home of record.

5. To date, I remain without access to my email, time & attendance system, or other Agency systems, including Department of State systems meant to manage security and travel issues. I have received no formal notification from USAID officials that I am on administrative leave, and despite public assertions that no staff are on administrative leave, my last paystub indicates that I paid for Administrative Leave for the week of February 3-7. My timesheet was coded as Administrative Leave for this period by Agency staff according to the guidance they received at the time, despite the fact that I was in required security training for the first two days of the week. The submitted timesheet also did not include my Post Differential Allowance of 15% to which all staff assigned to ▮▮▮▮▮▮ are entitled.

6. I was able to return to ▮▮▮▮▮▮ on February 10, as I had a ticket issued for travel prior to any changes in travel processes or approvals. However, as I remain without access to our travel platform, I am unable to seek reimbursement for my approved travel from January 16 - February 10; and I remain unsure if these costs will be approved as I have received no information regarding my employment status.

7. Additionally, I have yet to be reimbursed more than $19,000 in lodging, per diem, and other approved costs from my deployment as Deputy Leader for Planning for the Levant (Gaza) DART from November 11, 2024 - January 4, 2025. The voucher for

reimbursement was submitted and received first level approval on January 17, before the change in Administration and revised travel guidance, however there has been no progress to proceed with additional approvals and reimbursement of costs.

8. My PSC with USAID has a period of performance from March 10, 2024 - March 9 2029, though there is only sufficient funding to cover salary/allowance payments for the first year of the contract. Given the lack of clear guidance on when repatriation and separation from the Agency may occur, I am concerned that there will not be sufficient funds available to continue to pay my salary/allowances if I am not able to repatriate prior to funding being exhausted on/around March 9, 2025. Additionally, it remains unclear to me if there will be sufficient funding to allow for annual leave payout and any other eligible reimbursable costs to which I would normally be entitled to.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2025.

__/s/   Jack Doe_____