# EXHIBIT H

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | ) | |
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) | Case No. 1:25-cv-469 |
| *Plaintiff,* | ) ) | |
| v. | ) ) | |
| DONALD TRUMP, et al., | ) ) | |
| *Defendants.* | ) ) | |
| _____ | ) | |

**DECLARATION OF KAY DOE**

I, Kay Doe, declare as follows:

**1.** I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**2.** I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. I have worked for USAID for 10 years. Currently, I serve as a deputy team lead for the Office of Middle East, North Africa, and Europe at USAID's Bureau for Humanitarian Assistance (BHA), based in Washington, D.C.

**3.** My most recent PSC contract began on February 12, 2023, with a period of performance through February 11, 2028. On February 12, 2024, I received notice that I

had been selected for new PSC position with USAID and eventually, in coordination with BHA's PSC Contracts Team, confirmed February 8, 2025, as the start date for my new position.

4. On the morning of February 3, 2025, I attempted to login to my USAID e-mail account and was met with an error message. I received no stop-work order, no termination notice, and no indication that I had been placed on administrative leave. I notified my supervisor of the loss of access and continued attempting to login throughout the day with no success. I have attempted to log in every work day since losing access, multiple times per day; as of February 17, my access to USAID systems had still not been restored. Every day, I have alerted my supervisor and the contracting officer who executed my contract to my loss of access, but I have received no response from the contracting officer, nor any indication of a change in my employment status. On February 11, 2025, USAID's CIO Help Desk informed me over the phone and in writing that they were unable to restore my account, "without authorization from political leadership."

5. Meanwhile, the status of both my current and new contract are uncertain. Each year, coinciding with my contract anniversary date (February 12), the contracting officer must execute an incremental modification to my contract to add additional funds for the upcoming year. I have received no communication about the status of this modification, and have no indication that it has indeed been executed. Simultaneously,

despite previously confirming a February 8, 2025, start date for my new position, I have received no communication regarding the status of the new contract. Coupled with the removal of my access to USAID systems since February 3, 2025, the status of my employment is deeply unclear.

6. Furthermore, I have not received payment for the previous pay period, nor reimbursement for health insurance and other expenses covered under my current contract—amounting to more than $5,000—which I submitted for reimbursement on February 2, 2025. I am aware of multiple other PSC colleagues who have also not received, or only received partial, payment for the previous pay period and/or are awaiting reimbursements for covered costs, many of whom also continue to lack access to USAID systems.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2025.

                                                         /s/   Kay Doe