# EXHIBIT I

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                            )
PERSONAL SERVICES                    )
CONTRACTOR ASSOCIATION,    )
                                                            )   Case No. 1:25-cv-469
                   *Plaintiff,*                          )
                                                            )
               v.                                          )
                                                            )
DONALD TRUMP, et al.,               )
                                                            )
                   *Defendants.*                      )
_____)

**DECLARATION OF MATTHEW DOE**

I, Matthew Doe, declare as follows:

1. I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

2. I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve as a Senior Transition Advisor in USAID's Conflict Prevention and Stabilization Bureau, based in ▮▮▮▮▮▮▮▮▮▮ and available for assignments worldwide.

3. I have worked for the same office within USAID for almost my entire tenure with the Agency, an office that is at the forefront for the US government's assistance

response in post-conflict and / or political transition environments. My work has included being on the initial USAID team that went into Kabul in early 2002 after 9/11, directing programming in extremely insecure areas of Iraq in 2004 / 2005, supporting USAID efforts to bring stability to Pakistan border areas with Afghanistan, building a program in Turkey and Jordan to respond to the internal conflict in Syria starting in 2012, and oversighting programs that sought to contain violent extremism in West Africa. As a PSC, I have progressed to several senior level positions within my office that entailed representation work to the National Security Council, the State Department, the Department of Defense and Capitol Hill. I have always been proud of the mission and that I am serving the national security interests of the United States.

4. I have been a USAID PSC for 25 years and have held positions both overseas and in Washington, DC. Many PSCs work for USAID for many years, as I have, because USAID routinely recruits for PSCs and I have been able to apply for important and interesting positions under this USAID hiring mechanism. It has been both the reliable practice and my own experience and it has afforded me a rewarding career with USAID.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2025.

                                             __/s/   Matthew Doe_____