# EXHIBIT J

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
PERSONAL SERVICES                       )
CONTRACTOR ASSOCIATION,                 )
                                        )   Case No. 1:25-cv-469
                    *Plaintiff.*        )
                                        )
            v.                          )
                                        )
DONALD TRUMP, et al.,                   )
                                        )
                    *Defendants.*       )
_____     )

**DECLARATION OF PENNY DOE**

I, Penny Doe, declare as follows:

1. I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

2. I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. I serve at a regional mission abroad and fall under Chief of Mission authority.

3. On February 3, 2025, I was locked out of my USAID email account. I received no stop-work order, no termination notice, and no notice that I had been placed on administrative leave. My agency leadership at post was not aware of me, or my

colleagues being locked out or reasons why we were locked out. When we contacted IT to enable our accounts, IT responded "Unfortunately, your account has been disabled. Please reach out to your mission/bureau career leadership [to] work with their political leadership to request confirmation of the action. We are unable to restore accounts without authorization from political leadership. As we have referred you on who to contact, we will now be resolving this ticket." When I called IT to find out who they meant by "political leadership" they indicated that they received and provided a script response but that they did not know who specifically to follow up with to restore access. Despite multiple efforts by our leadership to restore access, my email access has not been restored.

4. To my knowledge, no other PSC in my mission, more than 20 in the region, has had their email access restored.

5. Without USAID email access, we do not directly receive management or other official communications shared to mission employees via email. Instead, we rely on colleagues to forward official communications to our personal email or hear of information through WhatsApp groups for mission employees, often later than (or not at all) when communications are originally circulated.

6. On February 14, 2025, our Mission sent a safety management notice via email to Mission employees and eligible family members (EFM) of all agencies. However, the notice was only received by individuals with functioning email accounts. Since the PSCs

in our mission are still locked out of our email accounts, we did not directly receive the notice from the Mission.

7. An EFM who runs one of our safety WhatsApp groups circulated the management notice via WhatsApp. The notice, called "POTENTIAL EFFECT OF FUNDING FREEZE ON MISSION RESIDENCES," states that "the worldwide freeze on various components of foreign aid has had the unintended consequence of blocking … operational payments, including critical utilities such as water and electricity." It goes on to acknowledge that "some residences rely on 'credits' in pre-paid metering systems" and that the payment freeze has resulted in not being able to "top up credits on these pre-paid electricity metering systems." Further, the notice reports that the Department of State Regional Security Office convened "a crisis response working group" to deal with the "unintended consequences" of the foreign aid funding freeze, and it also describes lifestyle adjustments that employees should be prepared to make if they lose all external electric power and are forced to rely on solar panels.

8. The lack of clarity and communication for our being locked out of email communications, current and future employment status of PSCs, and unnecessary immediate evacuation of USAID employees abroad has caused chaos, disorder, and undue emotional harm to employees and our families.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 17, 2025.

/s/     Penny Doe