# EXHIBIT K

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| PERSONAL SERVICES ) | |
| CONTRACTOR ASSOCIATION, ) | |
| ) | |
| *Plaintiff*, ) | Case No. 1:25-cv-469 |
| ) | |
| v. ) | |
| ) | |
| DONALD TRUMP, et al., ) | |
| ) | |
| *Defendants.* ) | |
| _____ ) | |

**DECLARATION OF TAYLOR DOE**

I, Taylor Doe, declare as follows:

**1.** I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**2.** I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. My work has focused on USAID-funded humanitarian programs in sectors that were covered under the waiver for life-saving assistance. I was terminated for convenience on Feb 12th, with my last day of work on the 27th. I do not know why I was terminated given that my work focuses on waived sectors and my performance has been documented as excellent. '

3.     On February 17, 2025, I learned that personal identifying information, including name and address, of several PSCs had been posted on the DOGE website. I was alerted by 7 colleagues on Monday, February 17, that they'd found my personal contract details on the Doge.gov website, as an example of "savings" after my Contracting Officer informed me that my contract would be terminated on February 27th. The website includes my contract number, my personal phone number, an older home address, and other contract details. My current address can easily be found using the information on the DOGE website given that different pieces of personal data of PSCs was already available to the public in other sources.

4.     As a PSC, our personal data has been available on certain government databases for some time (such as SAM.gov). While I was never thrilled about it, until recently I did not feel my personal safety and safety of my family would be at risk given that these government databases did not have individual fields indexed by search engines such as Google.  Finding me on these databases would require someone to be familiar with USG contracting.

5.     Moreover, I have always kept a private online presence where I limited my use of social media and avoided attaching my name to many publications. Since January 2t1, 2025, however,, malicious speech and written comments across many platforms have made me feel that senior leaders in my workplace, the administration, and the public have animus towards me, examples listed below.

6. Given the aggressive statements demonstrating animus towards USAID staff by DOGE staff and supporters, posting my personal information in such a public place where members of the public who do not usually browse government procurement databases or who may be predisposed against government employees makes me feel scared for my safety and the safety of my family. I am also very worried about identity theft, given that my social security number was stolen in a previous USG data leak. I have locked my and my spouse's credit, purchased a subscription to remove personal data from various websites online, purchased a home security camera, informed neighbors of a possible threat to me and to call me or the police if they notice any unusual activity around my home. I also had to reach out to a former landlord of the home listed on the DOGE website to request she warn her current tenants of possible threats to their home, causing the landlord considerable concern about her property and tenants in a rural community where people rarely lock their doors or have any home security.

7. My last name can be identified with Jewish background. Given rising antisemitism in the country, and anti-semitic statements made by members of the current administration and Elon Musk, I am worried that a member of the public could make inferences about my background from my name, the implication that I had engaged in un-American or illegal activity by being on the DOGE website in the first place, and specifically target me or my spouse. My elderly father's name and

information can also easily be found through my personal information. He is very unwell, leaving him vulnerable.

8. Two colleagues of mine whose contracts were also terminated had their current home addresses disclosed on the doge.gov websites. These colleagues have expressed fear for their children's safety in their homes and were in emotional distress about how to protect their families.

9. Multiple statements to the public made by Administration officials, staff, and other public figures have characterized USAID staff as behaving contrary to American interests and as deserving of hostility, making the information disclosed specifically on the DOGE.gov website more harmful than information disclosed elsewhere. For example:

> a. The USAID's Bureau for Humanitarian Assistance, where I work, is currently run by Assistant to the USAID Administrator, Tim Meisburger, a political appointee with significant latitude to make program, policy, and staffing decisions. Tim Meisburger has, in multiple publications and social media posts, demonstrated animus towards "leftists"[1], characterizing people who contributed to Democratic political campaigns as "radical elements of society" in an

---

[1] Now-deleted tweet from Timothy Meisburger:
https://drive.google.com/file/d/1tPNFr5cWofpgLtDR9ISUh5dJKUbn_3jW/view?usp=sharing

      article he wrote and published[2]. His now-deleted September 17th 2024 tweet reads "why does the left always promote and perpetrate violence, and can we ever be safe with leftists in government"? His September 25th 2024 tweet reads "Here is the last assessment of foreign aid orgs I did for Heritage. As a set, they reveal the absolute capture of our foreign aid by partisan leftists more concerned with pushing an (sic) political agenda than actually helping others".

b. Meisburger also, in a now-deleted tweet from June 2020, retweeted the below, indicating support of an individual "Emerald Robinson" who stated: "We've got a whole generation of Christian pastors and leaders who think their role is to compromise with atheists and pagans and church burners. But that's not 'compassion'. That's weakness. You don't compromise with them. You convert them". I am Jewish and I infer animus towards non-Christians by Meisburger- a senior USAID official.

c. Statements made by President Donald J. Trump, and Elon Musk (DOGE, who have had close personal oversight over USAID including staffing) demonstrate animus towards USAID staff:

---

[2] Publication by Timothy Meisburger: https://www.heritage.org/global-politics/report/political-discrimination-threatens-us-foreign-assistance

    d.      In [X Spaces](), Elon Musk said President Trump agreed to shut USAID down. "It became apparent that it's not an apple with a worm it in," Musk [said]() on February 3, 2025 in a live session on X Spaces early Monday. "What we have is just a ball of worms. You've got to basically get rid of the whole thing. It's beyond repair."

    e.      President Trump on February 3, 2025 stated: ["USAID is run by radical lunatics and we are getting them out"]().

    f.      Elon Musk on February 3, 2025, [posted on X:]() "We spent the weekend feeding USAID into the wood chipper".

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2025.

                                                                                    /s/   Taylor Doe