# EXHIBIT M

Case No. 1:25-cv-469

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                        )
PERSONAL SERVICES                       )
CONTRACTOR ASSOCIATION,      )
                                                        )   Case No. 1:25-cv-469
          *Plaintiff*,                         )
                                                        )
          v.                                      )
                                                        )
DONALD TRUMP, et al.,                    )
                                                        )
          *Defendants.*                     )
_____ )

**DECLARATION OF ZELDA DOE**

I, Zelda Doe, declare as follows:

**1.** I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**2.** I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. I have worked for BHA since 2017 and have served primarily overseas, responding to the humanitarian crisis in Syria and most recently, in Gaza.

**3.** On February 17, 2025, I learned that personal identifying information (PII), including name and address, of several PSCs had been posted on the DOGE website.

4. The open posting of PII is of great concern to me and my family. I have already been attacked online, on February 12, 2025, by a neighbor, when I posted an article on Facebook about USAID. The neighbor indicated that in part because of my work and in part for other reasons, my husband and I are terrorists and that we support terrorist organizations. He went further and suggested that I denounce my US citizenship and that the next time I am overseas, I should have Hamas act as my security, and he said that I somehow spit in the graves of his "brothers and sisters"- he is a former Marine. He said that the rest of the neighborhood wants no association with us.

5. Although this individual knows me from the neighborhood, my experience being attacked online makes my husband and I feel extremely exposed as to how the information posted on the DOGE website will be used, and by whom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 18, 2025.

                                                                                              /s/   Zelda Doe