UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERSONAL SERVICES CONTRACTOR ASSOCIATION,

    Plaintiff,

v.

PRESIDENT DONALD TRUMP, *et al.*,

    Defendants.

Civil Action No. 1:25-cv-00469

### NOTICE OF RELATED CASE

Pursuant to Local Civil Rule ("LCvR") 40.5(b)(3), Defendants hereby notify the Court of the existence of a related case. When Plaintiffs filed this case, they included a Notice of Related Case, ECF No. 2, noting that this case is related to that this case is related to *American Foreign Service Association et al. v. Trump et al.*, 1:25-cv-352; *AIDS Vaccine Advocacy Coalition et al. v. U.S. Department of State et al.*, 1:25-cv-400; and *Global Health Council et al. v. Trump et al.*, 1:25-cv-402. Because *American Foreign Service Association* was the first filed and lowest numbered of these cases, Defendants' understanding is that this case should have been assigned to the Honorable Carl J. Nichols, as related to *American Foreign Service Association*. In any event, as explained below, this above-captioned subsequently filed case implicates questions of law and fact that have already been raised in the earlier-filed *American Foreign Service Association et al. v. Trump et al.*, 1:25-cv-352. Pursuant to the requirements of LCvR 40.5(b)(3), Defendants file this notice with the Clerk so that it may be transmitted to Judge Carl J. Nichols. A copy of this

notice has also been automatically served on all other parties to this case through the Court's electronic filing system.

Although this case involves different named plaintiffs, both this case and *American Foreign Service Association* involve a claim challenging the propriety of Executive Order No. 14,169, "Reevaluating and Realigning United States Foreign Aid," 90 Fed. Reg. 8619 (Jan. 20, 2025). Both actions allege that, in issuing this Executive Order, President Trump violated the Separation of Powers, *compare Personal Services Contractor Association*, Compl. ¶¶ 38-47, *with American Foreign Service Association*, Compl. ¶¶ 49-71, and challenge the agencies' actions under the Administrative Procedure Act, *compare Personal Services Contractor Association*, Compl. ¶¶ 45-49, *with American Foreign Service Association*, Compl. ¶¶ 72-75.

Because both the *American Foreign Service Association* case and this case "(i) relate to common property," "(ii) involve common issues of fact," and "(iii) grow out of the same event or transaction," LCvR 40.5(a)(3), Defendants respectfully submit that these cases may warrant consideration for relatedness.

Dated: February 19, 2025                                    Respectfully submitted,

BRETT A. SHUMATE
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0693
Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*