UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PERSONAL SERVICES                   )
CONTRACTOR ASSOCIATION,             )
                                    )
          *Plaintiff*,            )    Case No. 1:25-cv-469-AHA
                                    )
          v.                      )
                                    )
DONALD TRUMP, et al.,               )
                                    )
          *Defendants*.           )
_____ )

## DECLARATION OF NANCY DOE

I, Nancy Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I am a Deputy Team Lead in BHA and support BHA's disaster response efforts.

3. At approximately 6:15 this morning, February 19, 2025, I learned that two PSCs that I supervise on my team received an email to their personal and usaid.gov email accounts of USAID's intent to terminate "for convenience" their USPSC contract on March 6, 2025. They received this email at approximately 12:34 a.m., and it was clear that the same letter/notification was sent to both, as a bcc. In neither case did the notification address the individual by name or make reference to their contract number.

4. Shortly thereafter, I learned that this was widespread among my colleagues in USAID's Bureau for Humanitarian Assistance (BHA). Those affected included individuals ranging from GS-11 to GS-14 equivalent across BHA's seven offices. Most, if not all, were DC or CONUS-based contracts.

5. The roles these individuals occupy include Humanitarian Assistance Officers, managing BHA's "emergency, lifesaving assistance" awards for ongoing programs in Ukraine, Sudan, and other priority regions, as well as technical experts such as Infectious Disease and Pandemics Coordinators, Humanitarian Protection Advisors, Agriculture Advisors, and Humanitarian Advisors facilitating congressional oversight of USAID's humanitarian work, including legally-mandated reports to Congress. Many of these individuals are Agreement Officer Representatives (AORs) for BHA's ongoing humanitarian assistance work, providing critical financial and programmatic management and oversight to taxpayer-funded programs. Many are also qualified to serve on Response Management Teams (RMTs) and Disaster Assistance Response Teams (DARTs), including in leadership roles, and are available to deploy on short notice to respond to sudden-onset disasters or other complex emergencies around the world.

6. Within the hour, I learned from a friend and former colleague that over 100 notifications were delivered overnight and that considerably more are expected

throughout the rest of the day. It is unclear if these totals are just for BHA PSCs or if they also include individuals from other bureaus.

7. Later in the morning, around 9 a.m., I learned that PSCs in other bureaus of USAID are also receiving such notices, including Democracy, Human Rights and Governance; Inclusive Growth, Partnerships, and Innovation; and Global Health.

8. Notifications of termination "for convenience" continue to be delivered, with PSCs across the Agency reporting new receipts as of 10:30 a.m. EST on February 19.

9. The letter/notifications that were sent do not include information regarding off-boarding processes and have caused chaos in the workforce. No information was provided about whether or not unused leave would be paid out and when, or if health insurance premiums for March will be reimbursed. Nor did these letters specify how work should be handed over to employees who did not receive notice of termination. PSCs slated for termination have not even been instructed on how to return their laptops and badges.

10. In my 15+ years at the agency, I am only aware of an exceedingly few instances of USAID terminating PSC contracts "for convenience." In all such cases, it was long-expected and appropriately planned for because a specific program was coming to an end. Today's mass terminations are already leading to widespread chaos and confusion. I am aware of teams that will be left with just a Team Leader, and no one left to do the work that has been deemed essential to continue.

11. Although the State Department continues to claim that waivers are allowing for the ongoing provision of lifesaving humanitarian assistance, the broad termination of AORs will make the reality of resuming critical programs even more improbable. BHA has historically relied upon PSCs to serve in the Humanitarian Assistance Officer role, and as such, serve as AORs on the majority of, if not most of, BHA's life-saving humanitarian assistance programming. A sudden departure of a significant number of BHA's AORs will cripple our ability to ensure the continued flow of humanitarian aid.

12. The breadth of terminations also threatens to cripple USAID's disaster response capabilities, as many of those terminated also spent months each year on-call or deployed to response teams responding to humanitarian needs in places like Sudan and Israel (Gaza).

13. Furthermore, these terminations include PSCs directly involved in congressional oversight, thus limiting congressional oversight over appropriated funds by eliminating the USAID staff who receive and respond to congressional inquiries and facilitate USAID's compliance with statutory reporting requirements.

14. This process has caused significant distress to all involved. Supervisors were not notified of the terminations before they occurred, leaving them unable to answer PSC employee questions. Many of the PSCs spent the past several weeks navigating uncertain working arrangements, including their loss of access to

    USAID systems and offices, in some cases reinstatement of access to USAID systems, all while continuing to carry out their responsibilities in line with vague and inconsistent guidance.

15. At 12:30 p.m., I just now learned that the Agency intends to terminate ALL PSC contracts, which will further compound all of the harms noted above and all but guarantee that the Agency cannot comply with the Temporary Restraining Order requiring it to resume and continue disbursing appropriated foreign-assistance funds and barring the Agency from giving effect to terminations, suspensions, and stop-work orders on contracts and grants with NGOs and American businesses. The indiscriminate termination of PSCs who carry out critical financial and programmatic management and oversight to taxpayer-funded programs will wreak havoc on those programs.

16. I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2025.

                                                            /s/ Nancy Doe