UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
PERSONAL SERVICES                   )
CONTRACTOR ASSOCIATION,             )
                                    )
         *Plaintiff,*           )    Case No. 1:25-cv-469-AHA
                                    )
    v.                             )
                                    )
DONALD TRUMP, et al.,               )
                                    )
         *Defendants.*         )
_____ )

**FOURTH DECLARATION OF JANE DOE**

I, Jane Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I submitted previous declarations in this case, Case No. 1:25-cv-469-AHA, and in the related case *American Foreign Service Association v. Trump*, No. 1:25-CV-352-CJN (ECF Nos. 9-10 and 24-16), which have also been filed in this case at ECF No. 6-5.

3. I heard from colleagues that, around 8:00 pm on February 18, 2025, USAID contracting officers overseeing a select list of PSC contracts were ordered to immediately issue notices terminating PSC contracts. The list included approximately 300 PSCs in USAID's Bureau for Humanitarian Assistance (BHA). By the next morning, I learned that more than 100 PSCs in BHA and other bureaus

had received termination notices beginning shortly after midnight.

4. I personally received a termination notice at 12:34 am this morning (February 19, 2025) sent to both my personal and work emails. The body of the email was not addressed to anyone in particular, simply saying "Greetings." I was Bcc'd, and the attachment supposedly informing me of my termination did not contain my name or contract number anywhere in the document. It stated that my contract would be terminated in 15 days.

5. Per colleagues' reports, termination notices continued being sent throughout the night and are continuing the morning of February 19 and through the time of writing this declaration. At least 15 PSCs, and likely many more, are reporting receiving the exact same letter as me, including the same time stamp on the authorizing signature.

6. Individual contract numbers and names were reportedly not included in most termination letters, and it appears that multiple PSCs were Bcc'd on the same email with the same termination letter attached. For Bureau of Humanitarian Assistance (BHA) colleagues, the termination letters seem to have mostly come from one Contracting Officer (CO), and in my case, and for others as well, this was not the CO assigned to our PSC contract. Emails were sent to both personal and work emails. The PSCs who have received these notices, myself included, have no idea whether these generic notices blasted out to groups of employees, which do not

identify any specific person or contract, can even function as legal notice of termination. Nonetheless, the blast emails attaching the generic letters purport to require PSCs to respond in writing.

7. All of the termination notices thus far appear to be for PSCs based in the United States or who have a "worldwide" place of performance, though one notice was sent to a PSC based overseas (Thailand). Many terminated PSCs are working on lifesaving humanitarian assistance and/or food assistance for which there are alleged waivers. In BHA, many who were terminated were "Humanitarian Assistance Officers," ranging from GS-11 to 13. This position manages the majority of the "lifesaving assistance" awards at BHA. Also included in terminations were GS-14s providing management of the operations functions on overseas Disaster Assistance Response Teams (DARTs) & DC-based Response Management Teams (RMTs). I've also seen references to technical experts such as "Infection Disease and Pandemics Coordinator" and other Technical specialty colleagues receiving terminations.

8. Further, many of the terminated PSCs are Contracting or Agreement Officer Representatives (CORs/AORs), critical to providing oversight for programs that have received waivers to the pause in foreign assistance. These same COR/AORs are also first-line approvers for both payment reimbursement and advances for implementing partner awards. Termination of these approvers in "ASIST" (the

Agency Secure Image and Storage Tracking System for award management), will further backlog overdue back payments to implementing partners performing lifesaving assistance..

9. Also included in terminations are PSCs in BHAs "Surge" (SRG) Cadre– who work under contracts to provide expertise and rapid deployment support to BHA on an as-needed basis–often in the case of a sudden onset emergency. Among these SRG colleagues who were terminated, many are generalists in humanitarian assistance who are trained to step into a variety of roles at a moment's notice, but others provide more specific technical expertise in unique disaster situations or complex operating contexts.

10. Outside of BHA, as of this morning, colleagues have also reported PSCs in other bureaus receiving termination letters. This includes PSCs in Global Health (GH), Inclusive Growth, Partnerships, and Innovation (IPI), and Democracy, Rights, and Governance (DRG), per reports.

11. Also, while composing this declaration, colleagues have been informed by their supervisors that the Office of Acquisitions and Assistance (OAA) has been instructed–by whom remains unclear–to terminate all remaining USAID PSC contracts today. That would include hundreds of PSCs posted overseas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 19, 2025.

                                                                                     /s/ Jane Doe