Rev. 11/2020

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PERSONAL SERVICES CONTRACTOR
ASSOCIATION

                  Plaintiff

                vs.

DONALD TRUMP et al

                  Defendant

Civil No.       25-469    (CJN)

Category  D

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on __2/19/2025__ from _Judge Amir H. Ali_

to _Judge Carl J. Nichols_ by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS
Chair, Calendar and Case
Management Committee

cc:    _Judge Amir H. Ali_  & Courtroom Deputy

       _Judge Carl J. Nichols_  & Courtroom Deputy
       Liaison, Calendar and Case Management Committee