UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>DONALD TRUMP, *et al.,*<br><br>    Defendants. | Case No. 1:25-cv-469-CJN |

**MOTION FOR LEAVE TO SUPPLEMENT THE RECORD ON
<u>PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER</u>**

  Plaintiff Personal Services Contractor Association ("Association") moves pursuant to Local Civil Rules 7(d) and 65.1 to file the attached supplemental declarations in support of its Motion for a Temporary Restraining Order (ECF No. 6) and states the following in support:

  1. The situation regarding the U.S. Agency for International Development (USAID), including the status of its Personal Service Contractor (PSC) workforce, is rapidly evolving—even hour-to-hour.

  2. Members of the Association stationed abroad remain in precarious circumstances, subject to the termination of their contracts with only *15-days'* notice and without the protections the government has indicated it plans to provide to "direct hire" employees.

  3. Given the shifting landscape since Plaintiff filed for a temporary restraining order on February 19, 2025, which includes the mass termination of most PSCs stationed in the United States, Plaintiff seeks to include in the record supplemental declarations attesting to current circumstances.

4. The additional evidence Plaintiff seeks to file is crucial for the Court to have a complete and accurate understanding of the current facts related to the dismantling of USAID and the consequent irreparable harm on Plaintiff's members.

5. The additional declarations are attached as Exhibits 1 to 14.

6. Allowing this supplementation will not prejudice any party and will ensure the Court has the most up-to-date information to make an informed decision.

7. The Court has inherent authority to supplement the record when changes in facts affect the issues central to the litigation.

Accordingly, Plaintiff respectfully requests leave to include Exhibits 1 to 14 in the record of its motion for a Temporary Restraining Order. A proposed order is attached and will also be emailed to CJNpo@dcd.uscourts.gov.

Dated: February 26, 2025

Respectfully submitted,

  /s/ Marni Willenson  

Carolyn E. Shapiro*
Schnapper-Casteras PLLC
200 E. Randolph St., Ste 5100
Chicago, IL 60601
cshapiro@schnappercasteras.com
773-520-7533

*pro hac vice pending,
*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.*

Marni Willenson
D.C. USDC Bar No. IL0011
Illinois Bar No. 6238365
Willenson Law, LLC
3420 W. Armitage Ave.,
Ste 200
Chicago, IL 60647
marni@willensonlaw.com
312-546-4910

Joshua Karsh*
Mehri & Skalet PLLC
1237 Judson Ave.
Evanston, IL 60202
jkarsh@findjustice.com
773-505-7533

*pro hac vice pending,
*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.*