## INDEX OF EXHIBITS

**Exhibit 1**        Declaration of Barbara Doe

**Exhibit 2**        Declaration of Ellie Doe

**Exhibit 3**        Second Declaration of Henry Doe

**Exhibit 4**        Second Declaration of Jack Doe

**Exhibit 5**        Sixth Declaration of Jane Doe

**Exhibit 6**        Declaration of Jay Doe

**Exhibit 7**        Declaration of Jonathan Doe

**Exhibit 8**        Declaration of Marina Doe

**Exhibit 9**        Declaration of Renee Doe

**Exhibit 10**       Declaration of Roberta Doe

**Exhibit 11**       Declaration of Sandra Doe

**Exhibit 12**       Declaration of Ursula Doe

**Exhibit 13**       Second Declaration of Y. Doe

**Exhibit 14**       Declaration of Vanessa Doe