# EXHIBIT 1

**25-cv-469-CJN**

**Motion for Leave to File**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) | |
|  | ) | Case No. 25-cv-469-CJN |
| *Plaintiff*, | ) ) | |
| v. | ) ) | |
| DONALD TRUMP, et al., | ) ) | |
| *Defendants.* | ) ) ) | |

**DECLARATION OF BARBARA DOE**

I, Barbara Doe, declare the following under penalty of perjury:

1. I am over 18 years of age and competent to give this declaration, based on my personal knowledge, information, and belief.

2. I work as a personal services contractor (PSC) for USAID in Africa as part of the PEPFAR program to combat HIV/AIDS.

3. I am a Health Advisor (including oversight of Care and Treatment and orphan and vulnerable children programs).

3. I am in the third year of a five-year contract, currently in the second year of a two- year option, with one more option year possible. Based on the terms of my contract, I was expecting to remain employed at my current post until at least into portions of 2026, if not into 2027. Our program currently has funds obligated for my position through the current fiscal year, and my program oversight, as Agreement Officer's Technical

Representative (AOR), including two programs that are currently included in waivers for USAID programs during the 90 day pause.

5. Beginning in the early morning hours of February 3, 2025, I was locked out of all of my USAID computer, payment and security systems.

6. My position involves making sure that cooperating agreements with our local partners comply with all U.S. government requirements, including executive orders. I am the AOR for a program that supports Care and Treatment and Orphan and Vulnerable Children Programming, both covered under Global Health Security and Diplomacy (GHSD's) approved waiver for programming. These programs are planned at $11 million a year. In the last couple of weeks, I've spent a lot of time reviewing the local agreements in light of President Trump's new executive orders, and making any necessary changes to bring them into compliance with my assigned agreement officer.

7. My lack of access to email and USAID computer systems has significantly impacted my work. Since February 3, my colleagues and I have had to do any discussions and work that requires my direct input in the conference room reviewing documents via shared documents because of my lack of USAID computer systems access. I am not invited to general meetings, that are meant to provide updates on current status for USAID in our efforts to continue compliance with President Trump's executive orders, as I am not able to access my work calendar.

8. I also lack access to routine communication methods that I should have under Chief of Mission including security and housing updates, etc. I have in fact missed at least one security notice that was issued, and only found out about it as a work colleague talked to me about it. I have also not gotten some emails around housing due to my non access to

my work email. Also our Chief of Mission sends out emails that I do not receive, so I am not able to be updated on what is occurring in my Embassy that is relevant to me and my family. While I am working with my Agreement Officer ("AO") to work with partners to align with the approved waivers and guidance, we are concerned as there are continued delays for payments, requests for budgets were only received late last week after having approval for these activities weeks ago. Some staff and office spaces were already terminated to align with local labor laws. Also with the new status of having people that are critical to our work either being put on administrative leave or being issued RIFs, it makes it very hard to ensure we are meeting the required standards for oversight and management of the approved waived activities.

9. If I'm forced to return to the United States, it will be very destabilizing for me and my family. I have two school aged children, and they have never lived in the United States. Both of my children are currently enrolled in school until the end of June 2025. This forced (it is not voluntary, as if we stay we have to cover all costs which is prohibitive) return to the states, outside of what was planned for January 2026 or at the latest January 2027, is destabilizing for our children. They will have to change school approaches (U.S.-based school teaching versus schooling for International Baccalaureate) at the same time as adjusting abruptly to a human-made emergency (i.e., not like COVID). They are also being forced to enter a new school with only two months remaining, which is hard educationally and socially to catch up with where kids are in class.

10. If we are only given 15 days' notice of termination, that does not allow for any ability to prepare to depart post – as normally this process starts six to eight weeks prior. For example: I am required to get my host government's approval to sell cars, and that can

    take multiple weeks; I would need to be here for pack out which can take anywhere between three weeks to five weeks.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025.

                                                  /s/ Barbara Doe