# EXHIBIT 3

**25-cv-469-CJN**

**Motion for Leave to File**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) | |
| Plaintiff. | ) ) ) | Case Nos. 1:25-CV-469-CJN |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) | |

**SECOND DECLARATION OF HENRY DOE**

I, Henry Doe, declare as follows:

1. I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

2. I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve overseas as Team Lead on a USAID Bureau for Humanitarian Assistance (BHA) emergency response.

3. Along with my field-based team of PSCs, I received guidance on February 25, 2025 that PSCs should continue to report work absent other instructions. However, due to the loss of Washington, DC-based BHA staff and lack of control over the payment system, the majority of our United Nations and Non-Governmental Organization partners have ceased emergency lifesaving operations due to lack of funds (and large amounts of funds being owed to them for past work). Some partners are now past the point of no return and have laid off all their staff and

stopped all emergency activities due to lack of funds. Though we have access to our systems, and despite waivers in place, there are no meaningful ways to support the continuation of lifesaving assistance at this time without the staff and systems in place.

4. My spouse is now in the 37th week of pregnancy with our first child. There has been zero guidance about how to request compassionate extensions if I were to receive a 15-day termination notice, or before receiving such a notice. I have no information about my future employment (which grants me housing and stability of accessing healthcare at post). Given the sudden and continual terminations of fellow colleagues, the stress in my household remains extremely high about our future, even as our doctor has told us that our baby can now be born any day now. Though I don't know how I would physically do it, I am going through mental scenarios of how I may be forced to move out of our housing and find accommodation to rent on the local market here at post at the same time of caring for my spouse and newborn child.

5. I have repeatedly reached out to my Contracting Officer about Paid Paternity Leave, which is a right stated in my contract, but have received no answers. As mentioned before, my spouse is no longer able to safely travel out of country, nor would any airline accept her traveling. Additionally, our health insurance would not cover the birth of our child in the U.S. if we somehow traveled by medevac. Our health insurance covers us at post. The psychological and emotional stress is extremely high at a time when parents should be happily preparing for their child's arrival into the world.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025.

                                                   __/s/    Henry Doe__