# EXHIBIT 4

**25-cv-469-CJN**

**Motion for Leave to File**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)  Case No. 25-cv-469-CJN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND DECLARATION OF JACK DOE**

I, Jack Doe, declare as follows:

1. I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

2. I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. Currently, I serve as Senior Humanitarian Program Officer, stationed overseas in ███████████████. I previously submitted a declaration on February 17, 2025.

**Outstanding Payment Status:**

**Continued Non-Payment by USAID, Now Totaling in Excess of $22,000**

3. I continue to wait for reimbursement for travel expenses incurred prior to the change in administration and the issuance of new policies regarding travel. The total in expenses that are outstanding is **more than $22,000** with no indication of when these costs will be paid.

4.	As stated in my earlier declaration, there is only sufficient funding to cover my salary/allowance payments for the first year of my five-year contract, which ends on March 9, 2025, 11 days from today. To this day, I have received no assurance of continuing funds, no notice of termination, and no guidance on when repatriation and separation from the Agency may occur.

5.	In addition to the outstanding payments for travel costs, I was informed today that the lease for my government housing will expire on April 8, 2025. While there is no guarantee that my employment will continue beyond this point, in order to guarantee the availability of the unit beyond April 8, USAID will need to transfer funds to my mission to pay for the lease renewal. This process should be routine, however, with the widespread termination of staff within the teams that process these payments, it is unclear who would take action to prepare funds for this cost. It is also my understanding that payments are still not being processed by the Agency.

**Programmatic Harm Caused by USAID Shutdown**

6.	The country portfolio I cover is in a period of political transition after years of a brutal dictatorship. As new authorities seek to maintain control of the country, malign actors - including Iranian backed militias, ISIS, and other jihadist organizations - seek to gain influence and recruit followers who are desperate and have little to no resources or livelihoods. The humanitarian assistance we provide helps to meet families' basic needs and reduce the need for them to turn to criminal and terrorist organizations. The funding for the grants with UN agencies and NGOs who carry out this work is still frozen, despite being granted waivers for lifesaving assistance to continue, with tens of millions of dollars in outstanding payments for work completed before January 20, 2025. The NGOs in particular who provide food, water, medicine,

and other essential services for Syrian people are already shutting down operations and laying off staff due to the lack of payment. The risk of abandoning families who are dependent on US funding for food, water, healthcare, and other lifesaving assistance, including those in dangerous IDP camps, is a rise in anti-American sentiment and turning to drug smuggling or cooperation with armed groups to meet the needs of their families. It is essential to maintain humanitarian assistance to mitigate security risks and prevent deterioration of conditions leading to local and regional instability.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025.

/s/    Jack Doe