# EXHIBIT 8

**25-cv-469-CJN**

**Motion for Leave to File**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | )<br>)<br>) |
| *Plaintiff*, | )<br>) |
| v. | ) Case No. 1:25-cv-469-CJN<br>) |
| DONALD TRUMP, et al., | )<br>) |
| *Defendants*. | )<br>) |

**DECLARATION OF MARINA DOE**

I, Marina Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I am an employee of a USAID Bureau of Humanitarian Assistance (BHA) implementing partner organization. We provide food and non-food items, shelter repairs, and water and sanitation services to people affected by conflict and natural disasters. We deliver assistance in both urban and rural communities, as well as in camps housing internally displaced persons.

3. I work for an implementing partner organization that has approximately half a dozen active cooperative agreements (awards) with USAID/BHA at any given time, and has for decades. Personal Services Contractors (PSCs) working with USAID/BHA often serve as the Agreement Officers Representatives (AORs) and other key roles and are our primary points of contact for any and all formal correspondence under these awards. As implementing partners, we don't often know if a USAID/BHA staff member is a PSC or other category of staff, as PSCs often perform the same functions as other staff (such as serving as AORs).

4. AORs are our first points of contact for formal technical and administrative guidance and questions for awards – such as requests for program modifications, budget/cost modifications, approvals to procure restricted items in line with governing regulations, and any other formal guidance or approvals that we require to proceed smoothly with our work. We have regular and frequent communications with BHA, including our AORs – again, regardless of BHA employment status, which is not always known to us. This includes providing formal program reports in line with the terms of our agreements (typically quarterly or semi-annually), and informal program updates on a weekly or monthly basis. Working with USAID/BHA is a partnership and involves frequent communication and interaction between the designated BHA representative and the implementing partner. This communication increases exponentially during an emergency or crisis; during these times we will often communicate with our USAID/BHA counterparts multiple times per day as needed to ensure rapid action in delivering humanitarian assistance.

5. The onslaught of Executive Orders coming out since January 20th has produced such a crisis, and we would expect to be working in step with our USAID/BHA representatives to respond effectively and ensure that we can continue providing life-saving aid. However, the combination of all BHA PSCs essentially disappearing overnight – whether they were fired, placed on leave, or just locked out of systems – we were not told which, or who was gone – combined with the directives to cease communication with USAID/BHA – resulted in virtually no communications between my organization and or BHA contacts from January 23 – February 12th. During this time the only correspondence came from Agreement Officers.

6. Between January 25, 2025 and February 1, 2025 we received multiple requests to stop

work and certify that we were not implementing any DEIA activities, to stop all work, and then to only partially suspend work. These requests all came from an Agreement Officer, not our usual points of contact, and included language like the following:

> *"Please see attached revised notification from the Agreement Officer for awards which are now under a partial suspension. This notification supersedes the notification you received on January 28, 2025, for the above specified awards only. When providing confirmation of receipt to the Agreement Officer please also copy BHA.GrantsUnit.Admin@usaid.gov. If you have any questions, please direct to the previously designated Agreement Officer Representative."*

7. The sudden lack of USAID/BHA staff, including PSCs, left us completely in limbo to do our best to interpret the onslaught of vague and contradictory directives coming out in a vacuum of information of guidance form our funder. The partial suspension granted waivers for some humanitarian activities, but in line with other directives, the language was unclear. Typically, upon receipt of guidance that is unclear or open to interpretation, we would immediately call or email our AOR (as instructed) or other BHA point of contact to request clarification and review alignment of our particular activities - which the AORs are familiar with, since they work closely with us – but in this instance we had no one to ask since AORs were either unemployed or not allowed to communicate with us.

8. We responded to BHA confirming our understanding of the partial suspension but received no response confirming that our interpretation is accurate or that we would be paid for those activities. We continue to implement these activities with our own funds, at our own significant financial risk. We have not received payment for any of our activities, or confirmation that the costs for the activities are allowable – all confirmation and directives that would typically come from USAID AORs. This has had a devastating impact on our programming, and is costly - financially, in terms of the lives and well-being of our

program participants, and our reputation and the reputation of the US government. We are rapidly running out of funds and need to make decisions in the coming weeks as to whether we must unilaterally terminate our programming because we are out of money. Again, this issue would typically be discussed, escalated, and hopefully resolved through engagement with our BHA contacts, who are not available. We have no clarity as to what we can or should continue implementing, what costs will be covered, if payments will ever resume, or if humanitarian activities will continue beyond this review period. We are operating in a complete vacuum at incredible risk to our staff and organization, because we have no counterparts in BHA.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025.

/s/ *Marina Doe*
Marina Doe