# EXHIBIT 9

**25-cv-469-CJN**

**Motion for Leave to File**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) |
| *Plaintiff*, | ) ) Case No. 1:25-cv-469-CJN |
| v. | ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants*. | ) ) |

**DECLARATION OF RENEE DOE**

I, Renee Doe, declare the following under penalty of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I am a United States Personal Service Contractor (USPSC) stationed overseas and have previously been posted overseas to other locations. In the past, I have been an overseas-hire PSC and gone through the return process. In that role, I have worked with several other USPSCs also posted in countries around the world.

3. On February 03, 2025, without warning, I lost access to my USAID email and account, and have not yet regained access. I contacted USAID's IT support about access restoration only to be informed that my account was disabled. I was asked to contact my mission leadership who could work with their political leadership to request confirmation of the restoration action. Despite my mission leadership writing to the concerned parties in Washington, D.C., I, and several other USPSCs at post, have not regained access.

4. In addition to losing access to my work email, I lost access to all systems including the Scry Panic App managed through the Regional Security Office because it was linked to

my work email. I live in a high-crime country, and the Scry Panic App is a way to alert U.S. Diplomatic Security, track my location and send help.

5. USPSCs are entitled to have their repatriation travel, including their family members on their travel orders, arranged and paid for by the U.S. government, per the terms of our contracts.

6. Because repatriation is a complicated process, ordinarily it is planned well ahead of time, and almost always the process starts at least six weeks before the return date. The process is designed to ensure that the USPSC has returned home before the contract has expired.

7. I have experienced or witnessed, or other USPSCs have told me about, the following examples of why this process should not or cannot be rushed:

    a. USPSCs need to complete a departure checklist including a sign-off from Human Resources (travel authorization, issuance of travel orders), Financial Management (outstanding vouchers, cashier, etc.), the General Services Office (housing and facilities walk-throughs, mailroom, switchboard), the Regional Security Office (outbrief and relevant forms to be filed and submitted), and the Executive Office (lump-sum payout memorandum including a sign-off by the USPSC's supervisor, return of IT assets, and other relevant processes). The departure checklist process takes several days, usually weeks, to complete. A 15-day time period is insufficient to complete this entire process across many U.S. embassies of different sizes, threat levels, and support services.

    b. The packout process can take several days. In almost all cases, there is a pre-packout visit by the moving company, and then the actual packout

    occurs at a later date. Depending on the furnishings and household effects involved, packouts can take more than one day. In some places, an embassy/mission uses only one or perhaps two firms to perform this service; if many people/families are leaving at the same time, the packout process needs to be staggered.

c. USPSCs with children in school are not ordinarily expected to leave in the middle of a school year. In almost all cases, the norm is to end their contracts after their children have completed the academic year at their post. Schooling is often prepaid either for the entire school year or for the semester. This is also because there is no guarantee that there will be availability for dependents at the home of record in off quarter or off school year timeframes.

d. USPSCs often need to sell their cars if it is not feasible to ship them back to the U.S., either because of the vehicle's specifications or for other reasons. They also need to end the car's registration as a diplomatic vehicle and to return the license plate(s) to the U.S. Embassy. All of these steps take time, and the time frame varies from country to country.

e. Some overseas families have medical requirements—i.e., dependents with schedules for specialized treatment—that need to be fulfilled and may not fit into the allocated 15-day window provided. Parallel services in the home of record may not be developed while overseas within the window provided and potentially have adverse impacts on needed medical requirements upon

return. Additional time is needed to set up the network for dependent needs when returned to the home of record.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025.

*/s/ Renee Doe*
Renee Doe
