# EXHIBIT 10

**25-cv-469-CJN**

**Motion for Leave to File**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) |
| *Plaintiff*, | ) ) |
| v. | ) ) ) |
| DONALD TRUMP, et al., | ) ) |
| *Defendants*. | ) ) ) |

Case No. 1:25-cv-469-CJN

**FIRST DECLARATION OF ROBERTA DOE**

I, Roberta Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I have been working in humanitarian assistance for the past 15 years. I started my career working as an institutional contractor with the USAID's Office of Food for Peace and then the Office of Foreign Disaster Assistance before the merger of the two offices into the Bureau of Humanitarian Assistance (BHA). For the last several years I have been working for implementing partners supporting BHA-funded programs. Often Personal Services Contractors (PSCs) who work at USAID as Humanitarian Officers and Awarding Officer Representatives (AORs) have been our primary points of contact while keeping USAID abreast of program issues. These individuals have been in immediate contact with me and others at my organization within the beginning hours and days of a rapid onset emergency (natural disasters and conflicts) to determine if our organization is positioned to respond to the emergencies. They have facilitated rapid proposal reviews through multiple technical layers within the Agency ensuring technical approaches are sound and appropriate as well

as reverting back to implementing partners for clarification within days to ensure proposed programming will carry out safe and effective activities before getting Awarding Officer (AO) approval.

3. Throughout program implementation, PSCs have facilitated quick technical and AO approvals of various aspects of program implementation which details may not have been known at the time of proposal development. For example, at the onset of a rapid response detailed plans for critical water system rehabilitation nor bill of quantities (BOQs) may not have been available due to the urgency immediate need to be addressed at the time of the proposal. PSC later quickly reviewed rehabilitation plans and BOQ ensuring technical soundness and facilitated AO approvals. PSCs have been implementing partners' focal points when reporting on dynamic contexts and has facilitated reviews and approvals from the AOs when program modifications are required due to rapidly changing operating contexts.

4. Over the last several weeks since implementing partners have received program suspension notices and a few program waivers, PSCs would have been our primary point of contact for clarifications on how "lifesaving" activities are defined beyond just "food assistance, shelter, medicines" etc. and what would be considered allowable costs. The inability to communicate with our PSC focal points has paralyzed programs due to the lack of clarity issued in waivers and minimum allowable costs under the suspension orders. The inability to communicate with these individuals who are typically our first line of communication and guidance as it relates to USG priorities and new regulations puts partners at financial risk as well as has devastating impacts on program participants who had been promised assistance and have no answers as to whether they will continue to receive critical

    humanitarian support.

5. The PSC freeze and lack of response have forced us to continue pausing programming further diminishing the trust of our organizations as well as USAID and the USG within the countries of operation. Due to the lack of response,s organizations are unable to ensure they will be reimbursed thus in addition to pausing vital programs they are laying off staff and furloughed in turn diminishing the ability of partners to rapidly re-start programming if the suspension is lifted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025.

                                             /s/ *Roberta Doe*
                                             Roberta Doe