# EXHIBIT 12

**25-cv-469-CJN**

**Motion for Leave to File**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)   1:25-cv-00352-CJN<br>)<br>)<br>)<br>)<br>)<br>) |

**SECOND DECLARATION OF URSULA DOE**

I, Ursula Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I previously filed a declaration in *American Foreign Service Association v. Trump*, 1:25-cv-00352-CJN, ECF #19-4, with Exhibit 1.

3. I am a Personal Services Contractor with USAID's Bureau for Humanitarian Assistance (BHA). I am part of USAID/BHA's Support Relief Group (SRG) cadre, who provide critical gap-filling and "surge" capacity worldwide during events like natural disasters or the scale up of armed conflict. As a SRG staff member over the past year and a half, I have worked in Port-au-Prince, Haiti, Jerusalem, Israel, and Mogadishu, Somalia.

4. I have been in Mogadishu since May 2024, supporting BHA's humanitarian programming in Somalia.

5. The U.S. Embassy in Mogadishu is considered a high-threat post and is rated critical for security. Incidents of indirect fire are common in Mogadishu and all Embassy staff are bound by strict security standard operating procedures, which include having access to

phones, radios, and connectivity.

6. On February 2, 2025 (US time), my access to USAID's systems was unexpectedly cut off, leaving me without access to my email, travel or voucher systems, and any HR documents. My connection to the Scry Panic app (used by the Embassy for personnel tracking and locating) was also cut off as it was linked to my USAID email account. I was not informed that I was on administrative leave or any other status.

7. My access restrictions were raised immediately through my leadership due to security concerns. When calling the Chief Information Officer Helpdesk ("CIO"), per USAID procedures, to report my continued lack of access, I was told that I needed approval from 'political leadership' for my account to be reenabled.

8. In order to re-enable my account, my leadership raised their concerns regarding my lack of account access to the Assistant to the Administrator (AtA) of BHA, who is a political appointee. There was no action and I remained without access to USAID systems.

9. Days later, I was put on a broader list of BHA staff who lost access, for political leadership approval. I was told that the access list reached the AtA's desk. Again, there was no action.

10. Throughout the next two weeks, I called CIO repeatedly for a status update on my account. I was told that I was not "on the list" to be re-activated and I would have to speak with my political leadership to be put on a list for account access.

11. I raised this issue again through my leadership and was told that the AtA was "familiar with my case specifically". Despite this, I still remained without account access.

12. My account was finally reactivated early in the morning on February 21, 2025. In the early morning of February 22, I received a termination letter, through that same account. The termination notice was sent to me without any identifying factors (like my name or contract

number). I was BCC-ed on the email along with - I later learned - hundreds of others within my cadre.

13. I have received no further communication on my termination beyond the form template that I was BCC-ed on. I am still in Mogadishu, with a contract termination date that is quickly approaching. I am in country on a diplomatic passport and am staying in Embassy housing. I am on temporary duty status in country and am not authorized to remain in country if I am no longer employed by the U.S. Government.

14. My termination date is March 10 and, though I have just reached out to leadership on my travel back, most individuals responsible for travel-related matters within the agency have been put on admin leave and our payment and obligation systems are still down.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025.

                                                                                               /s/ *Ursula Doe*
                                                                                                Ursula Doe