# EXHIBIT 13

**25-cv-469-CJN**

**Motion for Leave to File**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| _____ | ) | |
| PERSONAL SERVICES | ) | |
| CONTRACTOR ASSOCIATION, | ) | |
| | ) | Case No. 1:25-cv469-CJN |
| *Plaintiff.* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DONALD TRUMP, et al., | ) | |
| | ) | |
| *Defendants.* | ) | |
| _____ | ) | |

**SECOND DECLARATION OF Y. DOE**

I, Y. Doe, declare as follows:

1.     I am over 18 years old and competent to give this declaration, the contents of which are based on my personal knowledge, information and belief.

**<u>Update on My Own Circumstances Since February 18, 2025</u>**

2.     I am a USAID Personal Services Contractor (PSC) and a member of the PSC Association. This is my second declaration provided in support of the Association's motion for a temporary restraining order.

3.     Since I signed my first declaration on February 18, 2025, my situation fundamentally has not changed:

    a.   I am still in limbo. Leadership is still giving me verbal assurances that my lapsed contract will be renewed. I send a daily email stating that I am prepared to work but have not received a single response.

b. Further, the ordered departure (OD) from the Democratic Republic of the Congo has been extended for another 30 days. However, I have no written confirmation or definitive guidance about my employment status or contract extension. This means I am not able to receive the housing allowance or daily stipend that are afforded to my other colleagues also on OD.

c. Despite my need to make long-term financial and other commitments impacting my life, the Agency that employs me has provided no reliable indication of any plan for what I can expect in the coming days, let alone in the coming months.

d. The Agency is in complete disarray. Among countless other examples, per a recent call that leadership conducted with DRC personnel, they are aware that the support to personnel evacuated by boat from the Democratic Republic of the Congo has been sub-par, yet the non-repayment of vouchers and uncertainty still persists.

e. I am still owed upwards of $18,000 in unpaid vouchers for travel, health insurance, and other entitlements. These obligations, including Cost of Living Allowance (COLA), Special Evacuation Allowance (SEA), Meals and Incidental Expenses (M&IE), and health insurance costs have not yet been paid or reimbursed, and it is still unclear they will ever be paid. I do not know for how long I can continue to shoulder this financial burden.

f. The lack of clarity and abandonment by my employer continues to have broad-reaching implications on my life, my household, my finances and my personal well-being.

g.  I still can't leave Washington D.C., however, the benefits to which I was entitled while on ordered departure, including a housing stipend, stopped when my contract lapsed. Now, I am under even more financial stress. I can't sign a lease, because I have no confirmation of my status as a federal employee and no money. I cannot afford $190 a night for a hotel in Washington D.C. I have no housing and am staying with friends in spare bedrooms and on sofas.

h.  I still have no health insurance.

i.  My pets and belongings are stuck in the DRC. Because the agency has fallen apart, DRC personnel have been told that we should not expect to be reunited with our personal property for at least a year. Similarly, the fate of our pets remains uncertain, many colleagues have given them up for adoption in Kinshasa as they have no hope of getting them back. I am exploring ways to extract them at great personal expense.

j.  The cumulative exhaustion of the above is severely impacting my mental health. I have dedicated my life and career to a sector that is currently being decimated. When I think about my future employment prospects and the future of those we serve I feel anxious, fearful and powerless.

**Continuing Trauma Being Inflicted on USAID Personnel**

4.  It is the opinion of many of the personnel at USAID (I would pose the opinion of the majority) that the way in which the so-called 90-day review has been implemented actively seeks to cause psychological and financial harm to committed US government employees.

5.      In a speech in 2023, Russell Vought, the current Director of the Office of

Management and Budget (OMB) under President Trump, made the following statement:

> "We want the bureaucrats to be traumatically affected. When they wake up in the
> morning, we want them to not want to go to work because they are increasingly
> viewed as the villains. We want their funding to be shut down... We want to put them
> in trauma."

6.      From my perspective, and those of my USAID colleagues, it is apparent that the

methods currently used by the administration to interact with USAID staff are animated by

malice and seek to 'put us in trauma'.

7.      On Wednesday January 22, Acting Administrator Jason Gray sent email asking

employees to report "facts and circumstances" of a "change in any contract or grant description

or personnel position description within the Agency since November 5, 2024 to obscure the

connection between the contract or grant and DEIA or similar ideologies." The tone of the email

was threatening. It encouraged employees to report on one another, creating an environment of

mistrust. It also created an atmosphere of fear for anyone who might have been involved in

activities aligned with diversity, equity or inclusion in the past.

8.      On Saturday January 25 (outside of core working hours), the USAID workforce

received a message from Ken Jackson titled "Message and Expectations to the Workforce". The

message was tantamount to a gag order on communicating externally, it also set the stage for

upcoming 'scrutiny' and was threatening in nature stating:

"Failure to abide by this directive, or any of the directives sent out earlier this week and in the

coming weeks, will result in disciplinary action."

9.      On Monday January 27, 56 senior career staff were put on administrative leave via email, with allegations that they had "circumvented The President's Executive Orders". The following day 1,000+ institutional support contractors were furloughed. At this point, only a week into the new administration, there was already widespread confusion and fear of the aforementioned 'disciplinary action'.

10.      On Tuesday January 28, a portion of staff received the, now notorious, "Fork in the Road" email from hr@opm.gov. Until this point, USAID had still not received any formal guidance on what was happening or how the review was going to take place. This email was not received by all hiring mechanisms and so made me and my other PSC colleagues fearful of what was in store for us.

11.      On Saturday February 1, the USAID website was taken down by a DOGE official, they also gained access without authentication to USAID social media accounts and took down X and IG, and USAID main social media handles. Hundreds of staff lost access to their emails and were not provided with notification. This communications blackout was inflicted over the weekend causing considerable stress and confusion as to what it meant for people's employment.

12.      On Sunday February 2, Elon Musk, head of the Department of Government Efficiency (DOGE), referred to USAID as a "criminal organization" and stated, "Time for it to die." Until then staff had understood that programming was under review for reasons of efficiency and to ensure compliance with administration priorities. Now we were being publicly denigrated as criminals, manufacturing the consent for our demise.

13.      The same day, DOGE sent an email, using USAID's Press email box, to all staff saying the USAID headquarters at the Ronald Reagan Building will be closed the following day

(February 3), and Agency personnel normally assigned to work at USAID will work remotely to work from home. However, at the same time hundreds of staff around the globe were losing access to all systems, struggling to communicate with one another, their supervisors or with the security apparatus responsible for keeping them safe. Already people were panicking about what the systems lock-out meant for their employment, their healthcare and their personal safety, especially at a time where we were being painted as villains and 'insubordinate'.

14.     On Monday February 3, USAID staff still tried to return to work in the best capacity they could, working from home or going into offices abroad despite having no access to systems, only to be met with more malicious rhetoric. Elon Musk announced plans to dismantle USAID, citing "It became apparent that it's not an apple with a worm in it. What we have is just a ball of worms. You've got to basically get rid of the whole thing. It's beyond repair." Shortly thereafter, President Donald Trump referred to USAID as "radical left lunatics," criticizing the agency's management and operations. This villainization by those in the highest positions of power were having the desired effect to traumatise staff.

15.     Also on February 3, Elon Musk stated, "We spent the weekend feeding USAID into the wood chipper," indicating his commitment to dismantling the agency with no regard for the fact that it is composed of hardworking employees in the US and abroad and that he would be splintering lives.

16.     On Tuesday February 4, a memorandum was sent to all USAID employees from Acting Deputy Administrator for Policy and Planning and Acting Deputy Administrator for Management and Resources, Pete Marocco, informing staff they are being placed on Administrative Leave or "excused absence with pay effective immediately, pursuant to ADS 480. You will remain on administrative leave with pay until otherwise notified...During the

period you are on administrative leave you are not to enter USAID premises, access USAID

systems, or attempt to use your position or authority with USAID in any way without my prior

permission or prior permission of a supervisor in your chain of command."

17.    Later, an Internal Communications notice went to employees stating that on

Friday, February 7 at 11:59 PM, all USAID direct hire personnel will be placed on

administrative leave globally. "For USAID personnel currently posted outside the United States,

the Agency, in coordination with missions and the Department of State, is currently preparing a

plan, in accordance with all applicable requirements and laws, under which the Agency would

arrange and pay for return to travel to the United States within 30 days and provide for the

termination of PSC and ISC contracts that are not determined to be essential." The effect of these

two messages was to sow widespread panic amongst colleagues in DC and abroad. Already

under considerable stress, staff were now working under the assumption that they only had a few

days to prepare handovers of their work or, in many cases, prepare to move their entire families

across continents.

18.    On Thursday February 6, USAID political leadership informed staff that of the

over 13,000 workforce, only 300 have jobs that will continue past February 7. At this point,

USAID had been subject to the oscillating impacts of decision-making for over two weeks.

Already exhausted, we were being told that we would lose our jobs, homes and safety nets at a

moment's notice, and be thrust into a sector that was also decimated from the funding freeze. It's

hard to describe the atmosphere amongst colleagues as anything other than tears and terror.

19.    On Tuesday February 18, at midnight, the first of several rounds of batch

terminations of PSCs was issued. Each batch was sent to hundreds of individuals in *bcc*. The

email was not only noncompliant with contract regulations, it was dehumanizing and caused yet more stress for the individuals who received them.

20.     Those terminated were offered a short window to retrieve belongings from one of the former USAID buildings. Many individuals went to support their coworkers, and show solidarity. As staff congregated to commiserate, another batch of terminations went out firing yet more of those in the room. The vitriolic rhetoric employed by the administration combined with their actions, understandably caused me and others to feel like they are being purged from a job and organization they love, as well as fear for their future prospects.

21.     On Saturday February 22, a colleague directed me to a tweet posted by Elon Musk demanding that federal workers justify what they got done last week and that "failure to respond will be treated as a resignation". Shortly thereafter colleagues started receiving an email from an unknown HR address with the subject "What did you do last week?" (in lower case). This email requested five bullet points but made no mention that failure to respond would be treated as resignation. There was consternation from the workforce that we might have to respond to some form of "shadow control" which is issuing instructions, or that instructions or policy was now being communicated via social media.

22.     Elon Musk later implied that the email had been a ruse, further evidencing that USAID and federal employees are being subjected to psychological harm at the whim of an individual or group of powerful individuals.

23.     The government is subjecting employees to a form of psychological warfare.  The mental health of USAID employees is bad. We are being gaslit by our employing agency and the U.S. government. We are being maligned.

24.     What is happening at USAID is trauma being inflicted on the workforce in line with Russell Vought's playbook. Despite our service to the U.S. government and American public, we are being treated without even basic dignity.

**Pending Humanitarians Disasters from the Dismantling of USAID**

25.     The mass terminations, imposition of administrative leave and lapses in contracts means that there is no one left at USAID to implement anything. Despite the treatment that we as USAID employees have received, there are still many willing to resume their roles at a moment's notice to try to salvage programs and provide desperately-needed assistance.

26.     The new administration's disorderly implementation of Stop Work Orders (SoW) and the 90-day review, has already inflicted significant harm on NGOs. The non-payment of services already provided, even prior to the new administration taking office, coupled with the uncertainty around future payments means that NGOs have had to take drastic measures. They have laid off staff, closed offices, reduced the activities they provide; feeding fewer children, building fewer shelters, halting the provision of clean water.

27.     The upheaval in the provision of foreign assistance is complicating humanitarian efforts in Eastern Congo. Since January 2025, escalating conflict in North and South Kivu has displaced over 1 million people. The USG funds approximately 70% of the humanitarian response but the turbulence has made it difficult to scale up assistance effectively. We as USAID workers were forced to sit in silence as our implementing partners reached out with reports, and shared footage of bodies in the streets. We were unable to offer guidance, support or even condolences.

28.     The transition, combined with the conflict in Eastern Congo has also heightened risks. The programming implemented there depends on continuous supervision and monitoring.

9

The wanton terminations, imposition of admin leave and lapses in USAID staff contracts is impacting the oversight of US taxpayer-funded programs in DRC and around the globe.

29.    It is my understanding that the funds that were supposed to be unfrozen under Judge Ali's temporary restraining order include funds committed to the World Food Program (WFP). Around the globe, WFP implements the UN Humanitarian Air Service which transports food, medicine, and humanitarian personnel.

30.    The UNHAS service is particularly critical in Eastern Congo. Road infrastructure is largely non-existent and, even where there is a road network, insecurity makes overland travel incredibly dangerous. In early February, three humanitarian workers under a USAID Bureau of Humanitarian Affairs project were executed in their vehicle while trying to deliver aid.

31.    While USAID is not the only agency that funds humanitarian air service in the DRC, it is by far the largest single contributor, and the service cannot be maintained without USAID funds. Due to the funding freeze, and despite Judge Ali's TRO, humanitarian assistance via helicopter has already stopped. And the rest of the air service, which includes major aircraft, is expected to be grounded within the next 48 hours.

32.    In 2024, the service transported 44,236 passengers and carried 597 metric tons of cargo, this included vital medications, food assistance, materials to build shelters and nutritional supplements for infants. It is reasonable to expect, given the ongoing conflict on the ground, that the demand for air transport will be even more acute in 2025.

33.    UNHAS is relied upon by 212 organizations, many of which are also recipients of USAID funding, to carry out their operations.

34.    Even a brief hiatus in service provision will have drastic implications on the provision of humanitarian assistance and broader implementation of the UN mandate in Eastern Congo.

35.    The same situation is likely to be replicated in other settings where WFP operates UNHAS if funding is not secured.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025.

　　　　　　　　　　　　　 /s/ Y. Doe　　　　　　

11