# EXHIBIT 14

**25-cv-469-CJN**

**Motion for Leave to File**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,  )<br>)<br>*Plaintiff*,  )<br>)<br>v.  )<br>)<br>DONALD TRUMP, et al.,  )<br>)<br>*Defendants*.  ) | Case No. 1:25-cv-469-CJN |

**DECLARATION OF VANESSA DOE**

I, Vanessa Doe, declare the following under penalties of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I am an employee of a U.S.-based non-governmental organization (NGO) who receives funding through grants and cooperative agreements from USAID to deliver lifesaving humanitarian assistance overseas. In my current role, I oversee a team of grant managers who collectively monitor and manage the delivery of approximately $100 million in funds from USAID's Bureau for Humanitarian Assistance (BHA) for humanitarian programs in the Middle East and Eastern Europe. This includes providing screening for and treatment of malnutrition, delivery of basic healthcare and necessary medicines in hard-to-reach areas, supporting families to meet their basic needs and access to food, and delivering safe drinking water to displaced and conflict-affected people in places like Iraq, Gaza, Syria, Yemen, and Ukraine. My agency has supported communities in these conflict-affected areas for years, and in some cases our services are the only ones available in those locations. Prior to my current NGO role, I worked at BHA as an Information Officer employed by an

institutional contractor; in that role, I worked regularly with Personal Service Contractors (PSCs) and am therefore familiar with the role many of them play within BHA.

3. In the course of our business, my team and I regularly engage with PSCs at BHA to ensure compliant delivery of humanitarian services in highly complex, often insecure, locations. The PSCs with whom we work, who often serve as our Agreement Officer Representatives (AORs) and Humanitarian Affairs Officers (HAOs), serve a critical role in supporting my agency's compliance with the Terms and Conditions of our USAID awards and the Rules and Regulations of the U.S. Government by monitoring our programming, reviewing our programmatic and financial reports, answering questions related to allowability of funds, and most importantly coordinating and documenting the necessary approvals we require to remain compliant.

4. Since January 20, 2025, when the U.S. Government issued a 90-day freeze on all foreign assistance, the work that my team and I do has been thrown into chaos. Notwithstanding the waivers to allow the continued flow of lifesaving assistance, my agency has been unable to fully resume or maintain operations of our BHA-funded programs because we are unable to communicate with many of our BHA counterparts, including AORs and HAOs, as we typically would to confirm that our understanding of new contractual requirements is correct and aligns with BHA's understanding. The vague language that has been provided is left open to interpretation, and in the absence of a functioning USAID payment system, my agency has been forced to reduce the delivery of BHA assistance, thereby withholding lifesaving support to populations reliant on our services and negatively impacting our ability to meet our programmatic targets to which we are contractually held.

5. In the coming days and weeks, my agency will have to contend with accepting high levels

of risk as a result of our inability to reliably communicate with our BHA AORs, HAOs, and other counterparts. In Syria, for example, we will have to decide on awaiting a customary response from an AOR who may or may not still be employed with BHA in order to deliver BHA-funded nutrition commodities to children suffering from malnutrition under a new BHA award or move forward, without the required approval, and accept a financial risk of several hundred thousand dollars. Additionally, in Yemen, we will need to communicate with our AOR to facilitate approval for several thousands of dollars of BHA-funded pharmaceuticals to be delivered to rural health facilities; failure to receive approval with support of the AOR could lead to financial risks to my agency or delay the delivery of the medicines, putting them at risk of spoilage that would require their destruction. Lastly, our country programs in conflict-affected areas across the Middle East and Eastern Europe will face funding gaps, as a number of our awards will come to an end in March and the negotiations for follow-on funding to continue delivery of lifesaving services have been left open ended with the lack of communication from our BHA counterparts, in particular our AORs.

6. The inability for my agency to communicate with our BHA counterparts to compliantly deliver assistance in line with the Terms and Conditions of our awards and receive the expected payments for such work has also forced my agency to furlough or lay off hundreds of staff from our U.S.-based staff. Because of the uncertainty around the continuation of U.S. Government funding–a source of funds that my agency for years has relied on–many staff who are furloughed or laid off will be required to seek employment elsewhere. Our staff hold specialized skills and with mass layoffs and furloughs happening across USAID implementing partners, the industry will struggle to regain the technical expertise built up

over decades, even if actions taken against USAID do not proceed in full force. Not only has my agency furloughed or laid off staff within the U.S., but layoffs are likely imminent across our global offices as a result of the changes at USAID have caused.

7. The proposed changes to USAID and termination of PSCs likewise will irreparably damage the technical expertise within the U.S. Government to ensure that funds distributed to deliver work in insecure contexts is done in compliance with U.S. Rules and Regulations. In my 10 years of experience working within BHA and at a USAID implementing office, I have witnessed firsthand the professionalism of PSCs and the critical role they plan in managing U.S. Government funds, including monitoring for and mitigating against waste, fraud, and abuse.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 24, 2025.

                                                 /s/ *Vanessa Doe*
                                                 Vanessa Doe