UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DONALD TRUMP, *et al.,*<br><br>Defendants. | Case No. 1:25-cv-469-CJN |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**

Upon consideration of Plaintiff's motion and for good cause shown, the Court GRANTS Plaintiffs' motion to supplement the record.

**SO ORDERED.**

DATED: February __, 2025

_____
THE HON. CARL J. NICHOLS
UNITED STATES DISTRICT JUDGE