UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>          Plaintiff,<br><br>v.<br><br>DONALD TRUMP, *et al.,*<br><br>          Defendants. | Case No. 1:25-cv-469-CJN |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE *INSTANTER* A CORRECTED REPLY BRIEF IN SUPPORT OF THE MOTION FOR A TEMPORARY RESTRAINING ORDER**

Plaintiff Personal Services Contractor Association ("Association") moves to file *instanter* a corrected Reply in Support of Motion for a Temporary Restraining Order, ECF No. 6, and states the following in support:

1. On February 20, 2025, this court set a briefing schedule, ordering Plaintiff to file any reply brief in support of its Motion for a Temporary Restraining Order by 5:00 pm EST on February 26, 2025.

2. The situation regarding the U.S. Agency for International Development (USAID), including the status of its Personal Service Contractor (PSC) workforce, is rapidly evolving—even hour-to-hour.

3. Given the shifting landscape since Plaintiff filed for a temporary restraining order on February 19, 2025, including in the two days since the Defendants' filing of their Brief in Opposition to the Motion for a Temporary Restraining Order, Plaintiff has had to update its Reply Brief and gather evidence to supplement the record repeatedly.

4. Plaintiff filed its Reply Brief before 5:00 pm EST on February 26, 2025. ECF No. 14. After filing, however, Plaintiff realized that the brief as filed contained errors such as inconsistent citation formats, a few missing citations, and a number of typos. The attached corrected Reply Brief (Exhibit 1) corrects those errors. It does not make substantive changes to the brief as originally filed.

5. A redlined version of the corrected Reply Brief (Exhibit 2) is also attached.

6. In compliance with Local Civil Rule 7(m), Plaintiff's counsel reached out to counsel for the Government to ascertain the Government's position, but given the late hour, has not heard back. Plaintiff is proceeding with the filing this evening so the Court has an accurate copy of the Reply Brief (Exhibit 1), with correct citations to the docket and corrected tables.

Accordingly, Plaintiff respectfully requests leave to file *instanter* the attached corrected Reply Brief in Support of the Motion for a Temporary Restraining Order. A proposed order is attached and will also be emailed to CJNpo@dcd.uscourts.gov.

Dated: February 26, 2025              Respectfully submitted,

/s/ Marni Willenson

Carolyn E. Shapiro*
Schnapper-Casteras PLLC
200 E. Randolph St., Ste 5100
Chicago, IL 60601
cshapiro@schnappercasteras.com
773-520-7533

*pro hac vice pending,
*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.*

Marni Willenson
D.C. USDC Bar No. IL0011
Illinois Bar No. 6238365
Willenson Law, LLC
3420 W. Armitage Ave., Ste 200
Chicago, IL 60647
marni@willensonlaw.com
312-546-4910

Joshua Karsh*
Mehri & Skalet PLLC
1237 Judson Ave.
Evanston, IL 60202
jkarsh@findjustice.com
773-505-7533

*pro hac vice pending,
*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.*