UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) |  |
| *Plaintiff*, | ) ) | Case No. 1:25-cv-469-CJN |
| v. | ) ) ) |  |
| DONALD TRUMP, et al., | ) ) |  |
| *Defendants*. | ) ) |  |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO SUPPLEMENT THE RECORD**

Pursuant to Local Rule 65.1(d), Plaintiff moves for leave to supplement the record to include additional documents relevant to Plaintiff's motion for a temporary restraining order, ECF 6, and in support of this motion state as follows:

1. This motion asks for leave to add additional declarations to the record, attached as Exhibits 1 to 20, which report relevant events and circumstances, almost all of which have transpired or surfaced in the past six days.

2. These declarations are relevant to the issues of irreparable harm to Plaintiff's members and to the likelihood of success on the merits.

3. This Court has the discretion to allow parties to supplement the record of a case, *Marsh v. Johnson*, 263 F. Supp. 2d 49, 53 (D.D.C. 2003) (citation omitted), which is especially important in cases like this one where relevant events are transpiring, sometimes hour-to-hour, and important facts continue to surface.

4. Pursuant to LCvR 7(m), Plaintiff's counsel conferred with counsel for Defendants and is authorized to represent that this motion is not opposed as long as Plaintiff would not oppose Defendants' filing a response, a condition to which Plaintiff has agreed.

5. A proposed order is being filed in PDF with this motion and will be submitted in Word format to CJNpo@dcd.uscourts.gov.

Dated: March 4, 2025

Respectfully submitted,

/s/ Marni Willenson

| | | |
|---|---|---|
| Carolyn E. Shapiro* | Marni Willenson | Joshua Karsh* |
| Schnapper-Casteras PLLC | D.C. USDC Bar No. IL0011 | Mehri & Skalet PLLC |
| 200 E. Randolph St., Ste 5100 | Illinois Bar No. 6238365 | 1237 Judson Ave. |
| Chicago, IL 60601 | Willenson Law, LLC | Evanston, IL 60202 |
| cshapiro@schnappercasteras.com | 3420 W. Armitage Ave., Ste 200 | jkarsh@findjustice.com |
| 773-520-7533 | Chicago, IL 60647 | 773-505-7533 |
| | marni@willensonlaw.com | |
| | 312-546-4910 | |
| *Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* | | *Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* |