# EXHIBIT 1

**25-cv-469-CJN**

**Motion for Leave to File**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) | |
| *Plaintiff*, | ) ) | Case No. 1:25-cv-469-CJN |
| v. | ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| *Defendants*. | ) ) | |

**DECLARATION OF COLLETTE DOE**

I, Collette Doe, declare the following under penalty of perjury:

1. I am over 18 years of age and competent to give this declaration.

2. I am a Personal Services Contractor (USPSC) for USAID, currently employed overseas in a low-income country as a diplomat under Chief of Mission authority. I am approximately 26 weeks pregnant with an expected due date in early June 2025.

3. Under normal circumstances, my medical evacuation (Medevac) arrangements would be fully in place and approved for payment at this point in my pregnancy. However, due to the chaos at USAID, I have been unable to begin planning for Medevac. I am being told that the Health Unit is still awaiting updated guidance. At the same time, nearly the entire PSC workforce has been terminated with only 15 days' notice. I have no information about my own status or confirmation that my Medevac expenses will be paid. Medevac from my location costs tens of thousands of dollars, and I have no way to pay that on my own. I have no savings that can be used to pay for my own Medevac costs. Additionally, I will

have no way to keep paying for health insurance in the United States without a job, and even if I could keep my insurance, I will have no funds to pay the $2,000 copay for labor and delivery.

4. My family does not have a permanent residence of our own to return to in the United States.
    a. My husband left his job to support me at my post overseas.
    b. We have a two-year-old child who requires continuous care.
    c. The uncertainty surrounding our financial and housing situation is causing immense stress, which is negatively affecting my physical and mental health.

5. Since January 2025, when the new administration issued the executive order freezing foreign aid funding, I have suffered from serious health complications, including:
    a. Record-low blood pressure
    b. Fainting spells
    c. Weakened immune system, increasing my vulnerability to illness
    d. A recent three-day course of IV antibiotics due to severe infection.

6. I am now at a point where I am afraid to give birth. I fear losing insurance, housing, and financial stability, all while depleting our savings and trying to care for a toddler. Bringing a child into this level of uncertainty is overwhelming, and I urgently need clarity and support to ensure my family's well-being.

7. I have tried to contact the medical section of the Department of State, but I get no response. I urgently require formal reassurance that I will receive the necessary medical, financial, and logistical support from the U.S. government from now, up until and throughout:
    a. My Medevac process (second week of April - first week of June, 2025)
    b. My parental leave (PPL) duration (Second week of June - last week of August,

2025).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 1, 2025.

                                                                                                        ___/s/ Collette Doe___