UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>*Plaintiff*,<br><br>v.<br><br>DONALD TRUMP, et al.,<br><br>*Defendants*. | Case No. 1:25-cv-469-CJN |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO SUPPLEMENT THE RECORD WITH
A BOOKMARKED PDF BINDER OF PETER MAROCCO'S TESTIMONY**

For the Court's convenience, Plaintiff has prepared a bookmarked PDF containing, in chronological order, the seven declarations of Peter Marocco filed in *American Foreign Services Association v. Trump*, 25-cv-352-CJN, *AIDS Vaccine Advocacy Coalition v. U.S. Department of State*, 25-cv-400, and this case. Plaintiff moves for leave to supplement the record to include the bookmarked PDF. Defendants do not oppose this motion.

A proposed order is being filed in PDF and will be submitted in Word format to CJNpo@dcd.uscourts.gov.

Dated: March 5, 2025

                                        Respectfully submitted,


                                         /s/ Marni Willenson

| Carolyn E. Shapiro* | Marni Willenson | Joshua Karsh* |
|---|---|---|
| Schnapper-Casteras PLLC | D.C. USDC Bar No. IL0011 | Mehri & Skalet PLLC |
| 200 E. Randolph St., Ste 5100 | Illinois Bar No. 6238365 | 1237 Judson Ave. |

| | | |
|---|---|---|
| Chicago, IL 60601<br>cshapiro@schnappercasteras.com<br>773-520-7533<br><br>*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* | Willenson Law, LLC<br>3420 W. Armitage Ave.,<br>Ste 200<br>Chicago, IL 60647<br>marni@willensonlaw.com<br>312-546-4910 | Evanston, IL 60202<br>jkarsh@findjustice.com<br>773-505-7533<br><br>*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* |