IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00469 |

## JOINT STATUS REPORT

The Parties respectfully submit this joint status report in response to the Court's Minute Order of March 11, 2025. The parties have conferred on the motion for a temporary restraining order. ECF No. 24. As counsel for Defendants stated during that conference, Defendants have not destroyed personnel records, and Defendants will not destroy additional documents stored in the USAID offices in the Ronald Reagan Building without notice to Plaintiff and an opportunity to raise the issue with the Court. In light of these representations, the parties propose that Defendants shall file a response to the motion, which will include a sworn declaration that will explain which documents were and were not destroyed, as soon as practicable, but no later than 4:00 p.m. on March 12, 2025. Plaintiffs reserve the right to file a reply thereafter no later than 12:00 p.m. on March 13, 2025.

Dated: March 11, 2025                                      Respectfully submitted,

1

/s/ Marni Willenson
D.C. USDC Bar No. IL0011
Illinois Bar No. 6238365
Willenson Law, LLC
3420 W. Armitage Ave., Suite 200
Chicago, IL 60647
(312) 546-4910
marni@willensonlaw.com

Carolyn E. Shapiro*
Schnapper-Casteras PLLC
200 E. Randolph St., Suite 5100
Chicago, IL 60601
(773) 520-7533
cshapiro@schanppercasteras.com

Joshua Karsh*
Mehri & Skalet PLLC
1237 Judson Ave.
Evanston, IL 60202
(773) 505-7533
jkarsh@findjustice.com

*Member of the Illinois bar with a D.C.
 practice limited to federal litigation. Not a
 member of the District of Columbia bar

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

/s/ *Michael P. Clendenen*
MICHAEL P. CLENDENEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW

                                          Washington, DC 20005  
                                        Phone: (202) 305-0693  
                                        Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*