IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) |
| Plaintiff, | ) Case No. 1:25-cv-469-CJN ) |
| v. | ) ) |
| DONALD TRUMP, et al., | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S MOTION FOR PRELIMINARY IINJUNCTION**

**INDEX OF EXHIBITS**

| **Exhibit No.** | **Description** |
|---|---|
| **Exhibit 1** | Memorandum and letters to Congress, Ryan Shrum & Paul Guaglianone (Mar. 24, 2025) |
| **Exhibit 2** | Congressional Notification Transmittal Letter & Notification (Mar. 28, 2025) |
| **Exhibit 3** | "Final Mission" email/memo to all USAID personnel (Mar. 28, 2025) |
| **Exhibit 4** | Global RIF Notice for All USAID Foreign Service Nationals (Apr. 9, 2025) |
| **Exhibit 5** | Declaration of Sarah Charles (Apr. 9, 2025) |
| **Exhibit 6** | Declaration of T. Christopher Milligan (Apr. 9, 2025) |
| **Exhibit 7** | Declaration of Nicholas Enrich (Mar. 3, 2025) |
| **Exhibit 8** | Nicholas Enrich Mem. to USAID Administrators (March 4, 2025) |
| **Exhibit 9** | Nicholas Enrich Stmt. to U.S. House Foreign Affairs Comm. (Mar. 25, 2025, "Shadow Hearing") |

1

| | |
|---|---|
| **Exhibit 10** | Email from Nicholas Enrich to Joel Borkert re termination of lifesaving humanitarian activities awards (Feb. 27, 2025) |
| **Exhibit 11** | Next Declaration of Jane Doe (Apr. 11, 2025) |
| **Exhibit 12** | Third Declaration of Jane Doe (Feb. 18, 2025) |
| **Exhibit 13** | Second Declaration of Gregory Doe (Apr. 11, 2025) |
| **Exhibit 14** | Declaration of Gregory Doe (Mar. 2, 2025) |
| **Exhibit 15** | Declaration of Francisco Doe (Apr. 9, 2025) |
| **Exhibit 16** | Declaration of Marjory Doe (Apr. 14, 2025) |
| **Exhibit 17** | Second Declaration of Y. Doe (Feb. 26, 2025) |
| **Exhibit 18** | Declaration of Y. Doe (Feb. 18, 2025) |
| **Exhibit 19** | Declaration of Zane Doe (Mar. 3, 2025) |
| **Exhibit 20** | Second Declaration of Ursula Doe (Feb. 26, 2025) |
| **Exhibit 21** | Declaration of Jack Doe (Feb. 17, 2025) |
| **Exhibit 22** | Declaration of Kay Doe (Feb. 17, 2025) |
| **Exhibit 23** | Declaration of Barbara Doe (Feb. 26, 2025) |
| **Exhibit 24** | Second Declaration of Jessica Doe (Feb. 19, 2025) |
| **Exhibit 25** | Further Declaration of Randall Chester (Feb. 11, 2025) |
| **Exhibit 26** | Declaration of Thomasina Doe (Feb. 11, 2025) |
| **Exhibit 27** | Declaration of Mitchell Warren (Feb. 10, 2025) |
| **Exhibit 28** | Declaration of Walter Doe (Feb. 11, 2025) |
| **Exhibit 29** | Declaration of Della Doe (Feb. 26, 2025) |
| **Exhibit 30** | Declaration of J. Doe 2 (Feb. 18, 2025) |

| **Exhibit 31** | Declaration of J. Doe 7 (Feb. 17, 2025) |
|---|---|
| **Exhibit 32** | Declaration of J. Doe 9 (Feb. 18, 2025) |
| **Exhibit 33** | Declaration of J. Doe 26 (Feb. 17, 2025) |
| **Exhibit 34** | Declaration of Pete Marocco (Feb. 10, 2025) |
| **Exhibit 35** | Declaration of Pete Marocco (Feb. 24, 2025) |
| **Exhibit 36** | Supplemental Declaration of Pete Marocco (Feb. 26, 2025) |
| **Exhibit 37** | Executive Order 14169, "Reevaluating and Realigning United States Foreign Aid" (Jan. 20, 2025)* |
| **Exhibit 38** | Executive Order 14158, "Establishing and Implementing the President's 'Department of Government Efficiency'" (Jan. 20, 2025)* |
| **Exhibit 39** | 25 STATE 6828, All Diplomatic and Consular Posts Collective (ALDAC), (Jan. 24, 2025) |
| **Exhibit 40** | Nick M. Brown, Cong. Rsch. Serv., R48150, *Foreign Assistance: Where Does the Money Go?* (2024)* |
| **Exhibit 41** | Alyssa R. Casey & Emily M. Morgenstern, R45422, *U.S. International Food Assistance: An Overview* (2021)* |
| **Exhibit 42** | U.S. Global Leadership Coalition, *Int'l Affairs Budget Update* (Mar. 19, 2025) |
| **Exhibit 43** | KFF, *Congress Passes Full-Year Continuing Resolution Bill, Maintaining Global Health Funding at Prior Year Levels* (Mar. 18, 2025) |
| **Exhibit 44** | Congr. Rsch. Serv., R48231, *Dep't of State, Foreign Operations, and Related Programs: FY2025 Budget and Approps.* (2025)* |
| **Exhibit 45** | Congr. Rsch. Serv., R40482, *Dep't of State, Foreign Operations, and Related Programs Approps.: A Guide to Component Accounts* (2024)* |
| **Exhibit 46** | Cong. Rsch. Serv., IF10261, *U.S. Agency for Int'l Dev.: An Overview* (2025)* |
| **Exhibit 47** | Snapshot of USAID Workforce, Headcount Static Infographic (Sept. 30, 2024) |

| | |
|---|---|
| **Exhibit 48** | OIG, USAID, *Oversight of USAID-Funded Humanitarian Assistance Programming Impacted by Staffing Reductions and Pause on Foreign Assistance* (Feb. 10, 2025) |
| **Exhibit 49** | Declaration of Daniel Katz and documents from the administrative record in *Alliance for Ret. Ams. v. Bessent,* 25-cv-313 (D.D.C.) |
| **Exhibit 50** | Daniel Katz/Matthew Garber email and other documents from the administrative record in *Alliance for Ret. Ams. v. Bessent,* 25-cv-313 (D.D.C.) |
| **Exhibit 51** | ECF No. 70-3 in *Doe v. Musk,* 8:25-cv-462 (D. Md.), filed by DOJ Category 3: Decision to shut down USAID Headquarters on Jan. 31, 2025 |
| **Exhibit 52** | ECF No. 70-4, *Doe v. Musk,* 8:25-cv-462 (D. Md.), filed by DOJ Category 4: Decision to transfer USAID headquarters to U.S. Customs and Border Protection |
| **Exhibit 53** | ECF No. 70-5 in *Doe v. Musk,* 8:25-cv-462 (D. Md.), filed by DOJ Category 5: Decision to take USAID's website offline on Feb. 1, 2025 |
| **Exhibit 54** | ECF No. 70-7 in *Doe v. Musk*, 8:25-cv-462 (D. Md.), filed by DOJ Category 7: Decision to put USAID employees on administrative leave on Feb. 4, 2025 |
| **Exhibit 55** | ECF No. 69-8 in *Doe v. Musk*, 8:25-cv-462 (D. Md.), filed by DOJ Category 8: Decision to put USAID employees on administrative leave on Feb. 7, 2025 |
| **Exhibit 56** | ECF No. 70-9 in *Doe v. Musk*, 8:25-cv-462 (D. Md.), filed by DOJ Category 9: Decision to terminate certain USAID personal services contractors |
| **Exhibit 57** | Letter of Termination for Convenience to PSCs (Feb. 19, 2025)* |
| **Exhibit 58** | Email from Jami Rodgers re Termination of PSCs (Feb. 19, 2025) |
| **Exhibit 59** | Agency Notice from Acting Administrator Jason Gray (Jan. 24, 2025) |
| **Exhibit 60** | Jason Gray "Clarification" and "FAQs" email (Jan. 26, 2025) |
| **Exhibit 61** | Email to allusaid@usaid.gov about Ronald Reagan Building closure (Feb. 3, 2025) |
| **Exhibit 62** | Text message to USAID personnel about Ronald Reagan Building closure (Feb 3, 2025) |

| **Exhibit 63** | Text message to USAID personnel that Ronald Reagan Building headquarters and other USAID buildings will remain closed (Feb. 3, 2025) |
|---|---|
| **Exhibit 64** | Email to all Washington, DC-based staff that all USAID buildings will remain closed (Feb. 9, 2025) |
| **Exhibit 65** | Notification of Administrative Leave (Feb. 23, 2025) |
| **Exhibit 66** | Obtaining Personal Belongings from the Ronald Reagan Building (Feb, 26, 2025) |
| **Exhibit 67** | Letter to Secretary Rubio from Members of the Senate Foreign Relations Committee (Feb. 2, 2025) |
| **Exhibit 68** | Letter to President Trump from Ranking Members of House Committees (Feb. 4, 2025) |
| **Exhibit 69** | Letter to Secretary Rubio from Congressman Meeks (Feb. 12, 2025) |
| **Exhibit 70** | Letter to Secretary Rubio from Senators Shaheen and Schatz (Feb. 27, 2025) |
| **Exhibit 71** | Letter to Pete Marocco from Members of the House Foreign Affairs Committee (Mar. 11, 2025) |
| **Exhibit 72** | Letter to Secretary Rubio from Members of the Senate Foreign Relations Committee (Mar. 14, 2025) |
| **Exhibit 73** | Letter to Secretary Rubio from Members of the Senate and House Appropriations Committees (Mar. 27, 2025)* |
| **Exhibit 74** | Donald J. Trump, *Agenda47: Using Impoundment to Cut Waste, Stop Inflation, and Crush the Deep State* (June 20, 2023) |
| **Exhibit 75** | Elon Musk post on X, "Time for it to die" (Feb. 2, 2025) |
| **Exhibit 76** | First DOGE X Spaces Conversation with Elon Musk and others (Feb. 2, 2025) |
| **Exhibit 77** | Melody Schreiber, *Why does Musk want USAID 'to die'? And why did its website disappear*, Nat'l Public Radio (Feb. 3, 2025) |
| **Exhibit 78** | Jennifer Hansler, Alex Marquardt, Lex Harvey, *Elon Musk said Donald Trump agreed USAID needs to be 'shut down,'* CNN (Feb. 3, 2025) |

| **Exhibit 79** | Elon Musk post on X, "We spent the weekend feeding USAID into the wood chipper"; Marjorie Taylor Greene reply, "Congress would never get rid of it on their [sic] own" (Feb. 3, 2025) |
|---|---|
| **Exhibit 80** | Donald J. Trump post on Truth Social, "USAID IS DRIVING THE RADICAL LEFT CRAZY. … CLOSE IT DOWN!" (Feb. 7, 2025) |
| **Exhibit 81** | DOGE post on X, "Unburdened by what has been" (Feb. 7, 2025) |
| **Exhibit 82** | Elon Musk re-post of DOGE, "This building is now occupied by @CBP," (Feb. 7, 2025) |
| **Exhibit 83** | Elon Musk re-post on X, "We need to delete entire agencies" (Feb. 13, 2025) |
| **Exhibit 84** | Marco Rubio post on X announcing USAID award cuts (Mar. 10, 2025) |
| **Exhibit 85** | OIG, USAID, Rpt. E-000-22-002-M, Contractor Use for Disaster and Stabilization Responses: USAID Is Constrained by Funding Structure but Better Data Collection Could Improve Workforce Planning (2022) |
| **Exhibit 86** | Dominick A. Fiorentino & Taylor N. Riccard, IN12538, Office of Management and Budget (OMB) Reporting on Apportionments (2025)* |
| **Exhibit 87** | Memorandum from Justin H. Brown to Michele Sumilas (Mar. 2, 2021) |
| **Exhibit 88** | Memorandum from Thomas E. Yatsco to Reginald W. Mitchell (July 27, 2020) |
| **Exhibit 89** | U.S. Gov't Accountability Off., Office of Mgmt. & Budget—Withholding of Ukraine Security Assistance, B-331564 (Jan. 16, 2020) |
| **Exhibit 90** | Emily M. Morgenstern & Nick M. Brown, Cong. Rsch. Serv., R40213, *Foreign Assistance: An Introduction to U.S. Programs and Policy* at 2 n.3, 11 (2022)* |
| **Exhibit 91** | Nick M. Brown, Cong. Rsch. Serv., IF11515, *U.S. Foreign Assistance: Budget Dev. & Execution* (Apr. 23, 2020)* |
| **Exhibit 92** | USAID Fiscal Year 2024 Agency Financial Report (excerpts) |
| **Exhibit 93** | Declaration of Pete Marocco (Feb. 25, 2025) |

*Indicates a document electronically certified by the Library Congress or electronically signed. These exhibits do not have cover sheets.