

# Department of State, Foreign Operations, and Related Programs: FY2025 Budget and Appropriations

Updated January 6, 2025

**Congressional Research Service**

https://crsreports.congress.gov

R48231

**CRS REPORT**
Prepared for Members and
Committees of Congress

**Congressional Research Service**
Informing the legislative debate since 1914

**SUMMARY**

R48231

January 6, 2025

**Emily M. McCabe**
Specialist in Foreign
Assistance and Foreign
Policy

**Cory R. Gill**
Analyst in Foreign Affairs

# Department of State, Foreign Operations, and Related Programs: FY2025 Budget and Appropriations

Each year, Congress considers 12 distinct appropriations measures to fund federal programs and activities. One of these measures is the Department of State, Foreign Operations, and Related Programs (SFOPS) appropriations bill, which includes funding for U.S. diplomatic activities; cultural exchanges; development, security, and humanitarian assistance; and participation in multilateral organizations, among other international activities. For FY2025, the Biden Administration initially requested $64.03 billion in new budget authority for SFOPS accounts, or $63.04 billion when including proposed rescissions of prior-year funding. Of the proposed funding, $2.82 billion was requested with an emergency designation. On November 18, 2024, as part of a nearly $100 billion request for funds to address Hurricanes Helene and Milton and other natural disasters, the Administration proposed an additional $310 million for the International Boundary and Water Commission, an SFOPS account. This increased the Biden Administration's total FY2025 SFOPS request to date to $63.35 billion when factoring in proposed rescissions.

The FY2025 base request (not including the emergency-designated funding) represents a 6.7% increase from FY2024-enacted base appropriations (excluding emergency funding). The total request represents a 26.1% decrease from total FY2024-enacted appropriations. The Administration prepared the FY2025 request prior to enactment of final FY2024 appropriations. Consistent with previous budget requests and annual SFOPS appropriations measures, the budget request divides SFOPS into two main components:

- **Department of State and Related Agency.** These accounts, which are provided in Title I of the SFOPS bill, primarily support Department of State diplomatic and security activities. The initial FY2025 proposal includes $18.47 billion for Title I accounts, representing a 5.9% increase from FY2024-enacted base appropriations and a 4.3% increase from total FY2024-enacted levels. When including the November proposal for emergency funding, the total request for Title I accounts for FY2025 is $18.78 billion, a 6.1% increase from total FY2024-enacted levels.

- **Foreign Operations and Related Programs.** These accounts, which are provided in Titles II-VI of the SFOPS bill, fund most foreign assistance activities. The FY2025 request includes a total of $45.56 billion for these in accounts, of which $2.82 billion is designated as emergency funding. The base request represents a 3.5% increase when compared with FY2024-enacted base levels; the total request represents a 35.2% decrease when compared with total FY2024-enacted levels.

On June 12, 2024, the House Appropriations Committee approved its version of the FY2025 SFOPS appropriations bill. The full House amended and approved the measure on June 28, 2024. The bill would provide a total of $53.10 billion in new budget authority for SFOPS ($52.29 billion after rescissions). Of that total, the bill includes $15.14 billion for Department of State and Related Agency accounts and $37.97 billion for Foreign Operations and Related Programs accounts.

On July 25, 2024, the Senate Appropriations Committee approved its FY2025 SFOPS appropriations measure, which would provide $62.35 billion in new budget authority for SFOPS ($62.18 billion after rescissions). Of that total, the bill includes $17.60 billion for Department of State and Related Agency accounts and $44.75 billion for Foreign Operations and Related Programs accounts, of which $5.90 billion is designated as emergency funding.

On September 26, 2024, P.L. 118-83, a continuing resolution (CR) to fund federal government agencies in FY2025, largely at FY2024 levels, was enacted, extending funding through December 20, 2024. On December 21, the President signed P.L. 118-158; the law included a CR funding federal government agencies in FY2025 through March 14, 2025, and disaster relief including $250 million for the International Boundary and Water Commission, among other matters.

**Table A-1** provides an account-by-account comparison of the FY2025 request to FY2024- and FY2023-enacted funding levels. **Table A-2** offers a similar comparison focused specifically on the International Affairs budget (Function 150). Both appendices will be updated to reflect congressional action. **Figure A-1** depicts the International Affairs budget account structure.

This report tracks SFOPS budget requests and appropriations, comparing funding levels for accounts and purposes. It does not provide extensive analysis of international affairs policy issues. For in-depth analysis and contextual information on international affairs issues, consult the wide range of CRS reports on specific subjects, such as global health, diplomatic security, and U.S. participation in the United Nations. For more information on SFOPS accounts, see CRS Report R40482, *Department of State, Foreign Operations, and Related Programs Appropriations: A Guide to Component Accounts*, by Cory R. Gill and Emily M. McCabe.

# Contents

Overview .................................................................................................................................. 1
    Emergency Funds.............................................................................................................. 2
    Mandatory Funds ............................................................................................................. 3
Congressional Action ............................................................................................................. 4
State Department Operations and Related Agency Funding ................................................... 5
    Title I: Department of State and Related Agency ............................................................ 5
Foreign Operations Funding................................................................................................... 13
    Title II: U.S. Agency for International Development....................................................... 13
    Title III: Bilateral Economic Assistance .......................................................................... 13
    Title IV: International Security Assistance ....................................................................... 18
    Title V: Multilateral Assistance ....................................................................................... 19
    Title VI: Export and Investment Assistance .................................................................... 20

# Figures

Figure 1. International Affairs as a Portion of the Federal Budget, FY2025 Estimate.................. 1
Figure 2. SFOPS Funding: FY2018-FY2025 ............................................................................ 2
Figure 3. Biden Administration FY2025 SFOPS Title I Request, by Funding Priority
    (Excluding Emergency Funding) ........................................................................................ 6
Figure 4. Embassy Security, Construction, and Maintenance Available Funding: FY2023-
    FY2025 ................................................................................................................................ 7
Figure 5. Foreign and Civil Service Direct Hire Funded Positions ............................................. 12
Figure 6. Humanitarian Assistance Accounts: FY2023-FY2025 ................................................ 16
Figure 7. Non-Health Development and Transition Assistance Accounts: FY2023-
    FY2025................................................................................................................................. 17
Figure 8. Security Assistance Accounts: FY2023-FY2025 ......................................................... 19

Figure A-1. International Affairs Budget Components.................................................................. 31

# Tables

Table 1. SFOPS Status, FY2025................................................................................................. 4
Table 2. Diplomatic Security and Embassy Construction Annual Funding:  FY2023-
    FY2025................................................................................................................................. 8
Table 3. U.S. Payments of Assessments to International Organizations and Peacekeeping
    Missions Annual Funding, FY2023-FY2025 ...................................................................... 9
Table 4. Global Health Programs (GHP) Subaccounts: FY2023-FY2025 ................................... 14

Table A-1. Department of State, Foreign Operations, and Related Programs
    Appropriations: FY2023-FY2025 ...................................................................................... 22
Table A-2. International Affairs Budget: FY2023-FY2025.......................................................... 30

# Appendixes

Appendix. Supplementary Tables and Figures ............................................................................. 21

# Contacts

Author Information ...................................................................................................................... 31

# Overview

Annual Department of State, Foreign Operations, and Related Programs (SFOPS) appropriations support a range of U.S. activities around the world. These include the operation of U.S. embassies; diplomatic activities; international development, security, and humanitarian assistance; U.S. participation in multilateral organizations; and U.S. export promotion activities; among others. The SFOPS appropriation closely aligns with the International Affairs budget function (150), which typically represents about 1% of the annual federal budget (**Figure 1**).[1]

**Figure 1. International Affairs as a Portion of the Federal Budget, FY2025 Estimate**



**Source:** Prepared by CRS using Office of Management and Budget FY2025 Budget Historical Table 5.1.

The Biden Administration's initial budget request for FY2025 proposes $64.03 billion in new budget authority for SFOPS appropriations accounts, or $63.04 billion when including proposed rescissions of prior year funding.[2] Of the requested funding, $2.82 billion was requested as emergency funding. The base request, including rescissions, represents a 6.7% increase from FY2024-enacted base funding, which does not include $2.50 billion in emergency SFOPS funds enacted as part of the FY2024 Further Consolidated Appropriations Act (Division F of P.L. 118-47) or the $26.81 billion in emergency supplemental SFOPS funds enacted as part of the FY2024 National Security Supplemental Appropriations Act (P.L. 118-50).

On November 18, 2024, as part of a nearly $100 billion request for funds to address Hurricanes Helene and Milton and other natural disasters, the Administration proposed $310 million for the International Boundary and Water Commission, an SFOPS account.[3] Including emergency funding from both the initial and November requests, the Administration's total request of $63.35 billion represents a 26.1% reduction from total FY2024-enacted funding.

---

[1] The SFOPS appropriation aligns closely but not exactly with the International Affairs budget (Function 150). The primary differences are that international food aid programs are part of Function 150 but funded through the Agriculture appropriation, and that SFOPS includes funding for international commissions that are part of the Function 300 budget (Natural Resources and Environment).

[2] Rescissions of prior year funding do not affect new budget authority but are considered when calculating budget totals for purposes such as compliance with Appropriations Committees' 302(b) allocations or statutory spending caps.

[3] Letter from President Joseph R. Biden to Speaker of the House Mike Johnson, November 18, 2024, at https://www.whitehouse.gov/wp-content/uploads/2024/11/Letter-regarding-critical-disaster-funding-needs.pdf.

## Emergency Funds

Over the past decade, Congress has annually appropriated funding designated as "emergency" that is not bound by preestablished budget caps. Congress has directed such funding for a range of activities, including those considered in the regular budget cycle as well as unanticipated global crises. Funds have been provided through annual appropriations bills and off-cycle supplemental measures. For FY2024, for example, Congress enacted emergency funding for SFOPS accounts in both the regular appropriation (Division F of P.L. 118-47) and an emergency supplemental measure (Divisions A, B, and C of P.L. 118-50). The emergency supplemental funding was primarily to support Israel, Ukraine, and activities in the Indo-Pacific.

Emergency designated funding for SFOPS accounts has fluctuated from year to year, at times accounting for a large portion of total annual SFOPS appropriations (**Figure 2**). Since FY2016, the years for which emergency funding accounted for the highest percentage of total SFOPS funding are FY2017 (36.1%), FY2022 (34.2%), and FY2024 (34.2%).

**Figure 2. SFOPS Funding: FY2018-FY2025**



**Sources:** Prepared by CRS using annual Department of State, Foreign Operations, and Related Programs Congressional Budget Justifications (CBJs); Letter from President Joseph R. Biden to Speaker of the House Mike Johnson; P.L. 117-180; P.L. 117-328; P.L. 118-47; P.L. 118-50. Emergency-OCO reflects a designation used from FY2012-FY2021 for Overseas Contingency Operations, per the Budget Control Act of 2011. For more on OCO, see CRS In Focus IF10143, *Foreign Affairs Overseas Contingency Operations (OCO) Funding: Background and Current Status*, by Emily M. McCabe.

**Notes:** Actual = actual obligation totals as reported in the CBJs. Enacted = the amount appropriated in the annual SFOPS bill.

For FY2025, the Administration includes in its initial request $2.82 billion in emergency designated funding: $350.0 million for Assistance for Europe, Eurasia, and Central Asia; $1.09 billion for International Disaster Assistance; and $1.37 billion for Migration and Refugee Assistance. The Administration does not make clear why it requests such funds with the emergency designation.

In November 2024, the Administration transmitted to Congress a proposal for disaster assistance funding. As part of that request, the Administration proposed an additional $310 million for SFOPS for the International Boundary and Water Commission. According to the request, the proposed funds "would be used to address the need for additional water infrastructure to prevent and reduce sewage flows and contamination in Southern California through support for ongoing

design and construction at the South Bay International Wastewater Treatment Plant and related infrastructure."[4]

## Mandatory Funds

The majority of funding for SFOPS accounts is discretionary spending, meaning the amount of budget authority available is determined in annual appropriations measures.[5] The consistent exception to this has been the annual Payment to the Foreign Service Retirement and Disability Fund funded through Title I. This amount is considered to be mandatory spending because the amount of budget authority necessary is determined by statutory requirements outside the jurisdiction or control of the House and Senate Appropriations Committees.

For the past three fiscal years, the Biden Administration has proposed mandatory budget authority for other select initiatives. For FY2025, the Administration is requesting $7 billion in mandatory budget authority for two purposes:[6]

- To "out-compete" China, including $2.00 billion over five years for an International Infrastructure Fund that would "advance strategic 'hard' infrastructure projects, particularly for projects that align with U.S. national security and economic interests in countries that are vulnerable to malign influence by strategic competitors";[7] and $2.00 billion over five years to advance the Indo-Pacific Strategy. The Administration asserts that providing the mandatory budget authority for such investments would "demonstrate sustained, long-term U.S. commitment to partners and ensure these necessary long-term, strategic investments have a reliable, consistent source of funding."[8]

- To support the Green Climate Fund's Second Replenishment with $3.00 billion over four years. This level matches the United States pledge for the Second Replenishment; other donor countries have pledged a cumulative $9.73 billion.

Congress largely did not accept the Administration's FY2023 and FY2024 requests for mandatory budget authority within SFOPS' jurisdiction.[9] It remains to be seen how, if at all, Congress may act on the FY2025 request.

---

[4] Letter from President Joseph R. Biden to Speaker of the House Mike Johnson, November 18, 2024, p. 5, at https://www.whitehouse.gov/wp-content/uploads/2024/11/Letter-regarding-critical-disaster-funding-needs.pdf.

[5] For a brief explanation of discretionary and mandatory budget authority, see CRS In Focus IF12105, *Introduction to Budget Authority*, by James V. Saturno.

[6] The FY2025 request includes mention of a further $100 million for the CHIPS and Science Act but notes that the budget authority has already been provided.

[7] State Department, *FY2025 Congressional Budget Justification, Foreign Operations*, pp. 189-190.

[8] Ibid., p. 190.

[9] The FY2024 request included mandatory funding for the Compacts of Free Association (COFA; for more, see CRS In Focus IF12194, *The Compacts of Free Association*, by Thomas Lum). Under the request, such funds would have been administered by the Department of State instead of the Department of the Interior (DOI), through which COFA assistance had previously been funded and administered. Congress enacted the Compact of Free Association Amendments Act of 2024 (Division G of P.L. 118-42), which approved Compact economic packages but maintained the existing structure with DOI managing the funding and administration of assistance.

# Congressional Action

### Table 1. SFOPS Status, FY2025

| 302(b) Allocations | | Committee Action | | Floor Action | | Conference/ Agreement | | Final |
|---|---|---|---|---|---|---|---|---|
| **House** | **Senate** | **House** | **Senate** | **House** | **Senate** | **House** | **Senate** | |
| | 07/11/24 | 06/12/24 | 07/25/24 | 06/28/24 | | | | |
| | S.Rept. 118-190; Revisions in S.Rept. 118-197 and S.Rept. 118-203 | H.R. 8771 H.Rept. 118-554 | S. 4797 S.Rept. 118-200 | H.R. 8771 | | | | |

**Source:** For more on appropriations status, see CRS Appropriations Status Table, *Appropriations Status Table: FY1999 to Present*, by Justin Murray.

**Notes:** 302(b) Allocations refer to the House and Senate Appropriations Committees' allocation of spending authority to their respective subcommittees, pursuant to Section 302(b) of the Congressional Budget Act of 1974. For more on 302(b) allocations, see CRS Report R47388, *Enforceable Spending Allocations in the Congressional Budget Process: 302(a)s and 302(b)s*, by Drew C. Aherne.

**House Legislation.** H.R. 8771 would provide a total of $53.10 billion in new budget authority for SFOPS accounts ($52.29 billion after rescissions), of which $15.14 billion would be for Department of State and Related Agency accounts and $37.97 billion would be for Foreign Operations and Related Programs accounts.[10]

**Senate Legislation.** S. 4797 would provide a total of $62.35 billion in new budget authority for SFOPS accounts ($62.18 billion after rescissions), of which $5.90 billion would be designated as emergency funding.[11] Of the total, $17.60 billion would be for Department of State and Related Agency accounts and $44.75 billion would be for Foreign Operations and Related Programs accounts. All proposed emergency funding would be for select bilateral economic assistance (Title III) and security assistance (Title IV) accounts.

**Continuing Resolutions.** On September 26, 2024, P.L. 118-83, a continuing resolution (CR) to fund federal government agencies in FY2025, largely at FY2024 levels, was enacted, extending funding through December 20, 2024. On December 21, the President signed P.L. 118-158; the law included a CR funding federal government agencies in FY2025 through March 14, 2025, and disaster relief including $250 million for the International Boundary and Water Commission, among other matters.

---

[10] For the report accompanying the measure, see H.Rept. 118-554.

[11] For the report accompanying the measure, see S.Rept. 118-200.

# State Department Operations and Related Agency Funding

## Title I: Department of State and Related Agency

The Department of State and Related Agency title provides funding for the State Department's internal operations and many non-foreign assistance programs, including most Foreign Service and Civil Service personnel salaries, diplomatic security and embassy construction, U.S. assessed contributions (membership dues) to international organizations and international peacekeeping missions, and public diplomacy and cultural exchanges. The U.S. Agency for Global Media (USAGM), an independent federal agency supervising civilian U.S. government-funded international broadcasting to foreign publics, is the "Related Agency" Congress funds under this title. The Administration's initial FY2025 request for the Title I accounts totals $18.47 billion, or 5.9% more than the $17.44 billion Congress provided for these accounts in FY2024 (excluding emergency funding). The Administration's total FY2025 Title I request, which includes an additional $310 million in emergency funding the Administration requested in November 2024 for the International Boundary and Water Commission, equals $18.78 billion, or 6.1% more than the total FY2024-enacted level (including emergency supplemental funding). For a full listing of the Title I accounts and recent proposed and actual funding levels, see **Table A-1**.

**House Legislation.** The House-passed legislation (H.R. 8771) would provide $15.14 billion for the Title I accounts, or 18.1% less than the Administration's initial request and 13.2% less than the FY2024 base funding Congress provided. The House passed this measure prior to the Administration's November 2024 request for an additional $310 million for the International Boundary and Water Commission.

**Senate Legislation.** The Senate Appropriations Committee-approved legislation (S. 4797) would provide $17.60 billion for Title I, or 4.7% less than the Administration's initial request and 1.0% more than the FY2024 base funding level. The Senate Appropriations Committee reported this measure prior to the Administration's November 2024 request for an additional $310 million for the International Boundary and Water Commission.

**Emergency Funding.** President Biden signed P.L. 118-158 on December 21, 2024. In addition to a CR funding the State Department and other federal agencies in FY2025 through March 14, 2025, this law included $250 million for the International Boundary and Water Commission, or 19.4% less than the $310 million in emergency funding the Administration requested for the commission.

**Figure 3. Biden Administration FY2025 SFOPS Title I Request, by Funding Priority (Excluding Emergency Funding)**

Total Request: $18.47 billion



**Source:** FY2025 SFOPS Congressional Budget Justification; CRS calculation.

**Notes:** DP = Diplomatic Programs account. "Ongoing Operations" funds the operating budgets of most of the State Department's regional, functional, and managerial bureaus; diplomatic engagement to advance U.S. national security and foreign policy interests on matters including sanctions enforcement and arms control; public diplomacy programs; and salaries of many of the State Department's Foreign and Civil Service personnel. It encompasses the Human Resources (excluding Worldwide Security Protection, or WSP, American Salaries), Overseas Programs, and Diplomatic Policy & Support funding allocations under the DP account, along with a small share of the Security Programs allocation. It is distinct from the WSP funding category, which is described in the following subsection.

## *Diplomatic Security and Embassy Construction*

The Worldwide Security Protection (WSP) allocation within the Diplomatic Programs account and the Embassy Security, Construction, and Maintenance (ESCM) account are also known as the SFOPS "diplomatic security accounts." WSP is the primary operating appropriation for the Bureau of Diplomatic Security, which is principally responsible for security operations including a worldwide guard force protecting the State Department's overseas diplomatic posts, residences, and domestic offices.[12] ESCM funds the Bureau of Overseas Buildings Operations, which provides U.S. diplomatic and consular missions abroad with secure, safe, and functional facilities.[13] Congress has long provided budget authority for both WSP and ESCM on either a multiyear or no-year basis. Such action allows the State Department to retain unobligated appropriated funds for several years after the fiscal year for which they were appropriated or, in the case of no-year appropriations, indefinitely. Therefore, the annual appropriations Congress

---

[12] State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 370.

[13] Ibid., p. 388.

provides for WSP and ESCM constitute only a share of all available funding for these accounts at any point in time. For additional detail with respect to ESCM, see **Figure 4**.

**Figure 4. Embassy Security, Construction, and Maintenance Available Funding: FY2023-FY2025**

(In millions of current U.S. dollars; includes emergency funds)



**Source:** White House, Office of Management and Budget, *Budget of the U.S. Government Fiscal Year 2025*, Appendix, p. 753, at https://www.whitehouse.gov/omb/budget/appendix/.

**Note:** Information at this level of detail was unavailable for WSP in the President's budget justification documents.

The Administration's request includes a combined $5.84 billion for the diplomatic security accounts (see **Table 2**). This totals 1.2% more than the base funding Congress provided for the accounts in FY2024. For WSP, the Administration's priorities include protecting the U.S. overseas presence in Iraq (for which $747.7 million is requested) and the potential resumption of a physical U.S. diplomatic presence in Libya for the first time since 2014 (for which $44.5 million is requested).[14] With regard to ESCM, the request includes $871.9 million in State Department funding for the Capital Security Cost Sharing (CSCS) and Maintenance Cost Sharing (MCS) Programs, which fund the planning, design, construction, and maintenance of U.S. overseas posts.[15] When accounting for further contributions from consular fees and other agencies with personnel assigned to U.S. embassies and other overseas posts, the Administration's total request for these programs is $2.22 billion.[16]

---

[14] Ibid., pp. 373, 375.

[15] Ibid., p. 390.

[16] Ibid., p. 391.

**Table 2. Diplomatic Security and Embassy Construction Annual Funding: FY2023-FY2025**

(In millions of current U.S. dollars; includes emergency funds)

| Account | FY2023 Enacted | FY2024 Enacted | FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|
| Worldwide Security Protection | 3,813.71 | 3,913.71 | 3,928.71 | 3,928.71 | 3,890.71 |
| Embassy Security, Construction & Maintenance | 1,957.82 | 1,957.82 | 1,907.07 | 1,957.82 | 1,907.07 |
| **Total** | **5,771.53** | **5,871.53** | **5,835.78** | **5,886.53** | **5,797.78** |

**Source:** FY2025 SFOPS Congressional Budget Justification; CRS calculations; P.L. 118-47; P.L. 118-50; H.R. 8771; S. 4797.

**Notes:** Figures exclude rescissions. Percentage changes may differ from numbers included in this table due to rounding.

The FY2024 Enacted column includes emergency supplemental funding from the Israel Security Supplemental Appropriations Act, 2024, the Ukraine Security Supplemental Appropriations Act, 2024, and the Indo-Pacific Security Supplemental Appropriations Act, 2024 (Divisions A-C of P.L. 118-50).

**House Legislation.** H.R. 8771, the House-approved legislation, includes $5.89 billion for the diplomatic security accounts. If enacted, this bill would provide 0.9% more for these accounts than the Administration requested. H.R. 8771 does not include any language endorsing the Biden Administration's WSP funding priorities regarding Libya and Iraq, but it also does not prohibit the Administration from funding these priorities. The committee report accompanying the bill indicates that it would provide $906.6 million for CSCS/MCS, or 4.0% more than the Administration's request for these programs.[17]

**Senate Legislation.** The Senate committee-approved measure, S. 4797, would provide $5.80 billion for the diplomatic security accounts. This funding level is 0.7% lower than the Administration's request. The committee report accompanying this bill states that the bill would provide sufficient funding for the State Department to re-establish a U.S. diplomatic presence in Libya. The report further calls on the State Department to prioritize doing so and requires it to submit a report to Congress on its progress.[18] Like the House legislation, the Senate bill does not directly address the Biden Administration's Iraq-related WSP funding priorities. The committee report states that the bill includes $871.9 million for CSCS/MCS, which equals the Administration's request.[19]

## Assessed Contributions to International Organizations and Peacekeeping Missions

The Contributions to International Organizations (CIO) account funds the United States' payments of its annual assessed contributions (membership dues) to 44 international organizations. These include the United Nations (UN) and organizations in the UN system (such as the World Health Organization, or WHO) and regional organizations including the North Atlantic Treaty Organization (NATO).[20] Separately, the United States pays its assessed

---

[17] H.Rept. 118-554, p. 20.

[18] S.Rept. 118-200, p. 11.

[19] Ibid., pp. 20-21.

[20] State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 442.

contributions to 10 UN peacekeeping missions through the Contributions for International Peacekeeping Activities (CIPA) account.[21] The United States provides additional funding to international organizations through various SFOPS humanitarian and multilateral assistance accounts.

The Administration's combined FY2025 request for CIO and CIPA totals $2.91 billion. This request is nearly identical to the aggregate FY2024 funding Congress provided for these accounts. However, the Administration's CIO request totals about $133 million (or 8.6%) more than the FY2024 funding level for that account, while its CIPA request is around $133 million (or 9.7%) less than the FY2024 funding level. For more detail, see **Table 3**.

**Table 3. U.S. Payments of Assessments to International Organizations and Peacekeeping Missions Annual Funding, FY2023-FY2025**

*(In millions of current U.S. dollars)*

| Account | FY2023 Enacted | FY2024 Enacted | FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|
| Contributions to International Organizations | 1,438.00 | 1,543.45 | 1,676.69 | 269.61 | 1,676.69 |
| Contributions for International Peacekeeping Activities | 1,481.92 | 1,367.41 | 1,234.14 | 1,068.90 | 1,234.14 |
| **Total** | **2,919.92** | **2,910.86** | **2,910.83** | **1,338.51** | **2,910.83** |

**Sources:** FY2025 SFOPS Congressional Budget Justification; CRS calculations; P.L. 118-47; H.R. 8771; S. 4797.
**Notes:** Figures exclude rescissions. Percentage changes may differ from numbers included in this table due to rounding.

The Biden Administration's FY2025 CIO request includes $75 million to pay the United States' annual assessment to the United Nations Educational, Scientific, and Cultural Organization (UNESCO) and an additional $25 million to pay a share of U.S. arrears (overdue assessed contributions) to that organization.[22] The United States began accumulating these arrears in 2011, as UNESCO's decision to grant membership as a state to the Palestinians that year triggered U.S. laws prohibiting funding to UN entities that took such action. While the United States withdrew from UNESCO in 2018, it later rejoined the organization in July 2023 after the Biden Administration exercised authority provided by Congress to waive these funding restrictions.[23]

With regard to CIPA, the Biden Administration's request assumes that U.S. contributions to UN peacekeeping missions will remain consistent with the 25% statutory cap on the U.S. share of global contributions to such missions.[24] Congress has maintained this cap since 1994 due to concerns that UN-assessed rates for U.S. payments are too high.[25] The UN currently assesses the U.S. share of UN peacekeeping at 26.9%. Therefore, the Biden Administration projects that the United States will continue to accumulate arrears reflecting the gap between the UN rate of

---

[21] Ibid., p. 484.

[22] Ibid., p. 443.

[23] For more detail, see CRS In Focus IF10354, *United Nations Issues: U.S. Funding to the U.N. System*, by Luisa Blanchfield.

[24] State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 484.

[25] For more detail, see CRS In Focus IF10597, *United Nations Issues: U.S. Funding of U.N. Peacekeeping*, by Luisa Blanchfield.

assessment and actual U.S. dues payments.[26] The United States has accumulated over $1.1 billion in arrears due to this gap since FY2017.[27] While the Biden Administration requested that Congress provide it requisite funding to pay peacekeeping dues at the UN rate of assessment in previous budget cycles, Congress refrained from doing so.[28]

**House Legislation.** H.R. 8771 would provide a combined $1.34 billion for CIO and CIPA, or 54.0% less than the Administration's request. The House committee report allocates all of the $269.6 million the bill would provide for CIO to six international organizations, none of which are UNESCO.[29] The bill also prohibits funding to the United Nations Relief and Works Agency (UNRWA) and the WHO.[30] For CIPA, the committee report includes a directive calling on the State Department to engage with the United Nations to "prioritize efforts to cap United States assessments for peacekeeping operations at 25 percent."[31]

**Senate Legislation.** S. 4797 includes $2.91 billion in total funding for CIO and CIPA, which equals the Administration's request. If enacted, this measure would provide resources for the State Department to pay the United States' annual assessment to UNESCO and a share of U.S. arrears, as envisioned in the budget request. Although this bill would not ban U.S. funding to the WHO like the House bill, the committee report would require the Secretary of State to brief Congress on efforts to promote reforms at the WHO, including those "tied to increases in assessed contributions."[32] The committee report accompanying this bill expresses concern that the accrual of U.S. arrears to peacekeeping missions funded through CIPA "undermines U.S. credibility and influence at the UN, particularly at a time when the [People's Republic of China] is actively increasing its financial, human resources, and political influence in the UN system."[33]

### State Department Workforce

In October 2021, Secretary of State Antony Blinken launched the State Department's "Modernization Agenda." The Modernization Agenda's stated intent is to ensure that the State Department is "strong, effective, diverse, and flexible enough to lead America's engagement in the world."[34] The Biden Administration's FY2025 budget request seeks to advance several of the Administration's goals linked with the Modernization Agenda. These include increasing the size of the Foreign Service and reducing Foreign Service vacancies, expanding the Training and Development Float ("training float," or share of employees participating in training and professional development programs rather than serving in policy assignments, which currently

---

[26] State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 484.

[27] CRS In Focus IF10597, *United Nations Issues: U.S. Funding of U.N. Peacekeeping*, by Luisa Blanchfield.

[28] CRS Report R47579, *Department of State, Foreign Operations, and Related Programs: FY2024 Budget and Appropriations*, by Emily M. McCabe and Cory R. Gill, pp. 15-18; and CRS Report R47070, *Department of State, Foreign Operations, and Related Programs: FY2023 Budget and Appropriations*, by Emily M. McCabe and Cory R. Gill, pp. 10-13. While the Administration says that its request does not include requisite funding for the State Department to pay U.S. peacekeeping assessments above the 25% statutory cap, it includes authority that would allow the State Department to do so. See the proviso of the proposed appropriations language at State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 483.

[29] For a list of such organizations, see H.Rept. 118-554, p. 23.

[30] Ibid.; see also Section 7048(d) and (k) of H.R. 8771.

[31] H.Rept. 118-554, p. 25.

[32] S.Rept. 118-200, p. 23.

[33] Ibid.

[34] State Department, *Fiscal Year 2022 Agency Financial Report: Data Informed Diplomacy,* p. 116, at https://www.state.gov/wp-content/uploads/2022/09/FY-2022-Agency-Financial-Report.pdf.

totals around 250 employees), and strengthening Diversity, Equity, Inclusion, and Accessibility (DEIA) programs.[35]

Congress provides funding for most Foreign and Civil Service personnel salaries, along with State Department human resources management programs, through the Human Resources funding category of the Diplomatic Programs account (hereafter "Human Resources"). The Biden Administration requested about $3.90 billion for Human Resources for FY2025, or 16.8% more than the $3.34 billion Congress provided in FY2024. This request includes salaries for a combined 29,586 Foreign and Civil Service personnel (including personnel whose salaries are funded through accounts other than Diplomatic Programs), which is 202 more positions than Congress funded in FY2023 (the most recent year for which such data are available; for additional detail see **Figure 5**).[36] The State Department is seeking to create new positions focused on increasing strategic engagement in the Indo-Pacific and competing with China (for which 50 new positions are requested), strengthening the State Department's strategic and managerial functions (for which 27 new positions are requested), and increasing the size of the training float (for which 10 new positions are requested), among other areas.[37] Further, the Biden Administration is seeking $73.6 million to implement the State Department's DEIA programming, or 5.6% above the $69.7 million in funding for such programs in FY2023 (the most recent fiscal year for which such data are available).[38] The budget request states that the majority of this funding increase is intended to expand accessibility and reasonable accommodations for the State Department's workforce.[39]

---

[35] State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 8; Testimony of Deputy Secretary of State for Management and Resources Richard Verma at U.S. Congress, Senate Committee on Foreign Relations, *Modernization and Management: Building a Department to Address 21st Century Challenges*, 118th Cong., 2nd sess., May 16, 2024. The State Department has long kept a share of personnel in training, but as Deputy Secretary Verma noted in his testimony, "the vast majority" have been in foreign language training. Such positions are excluded from the 250 training positions referred to in the text.

[36] State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, p. 16.

[37] Ibid., pp. 82-87, 150.

[38] Ibid., p. 61.

[39] Ibid., p. 60. The State Department's Reasonable Accommodations Policy, as noted in the *Foreign Affairs Manual*, states that "reasonable accommodation for a disability is a change in the work environment or in the application process that would enable a person with a disability to enjoy equal employment opportunities." For more detail, see State Department, *Foreign Affairs Manual*, 3 FAM 3670, at https://fam.state.gov/fam/03fam/03fam3670.html.

**Figure 5. Foreign and Civil Service Direct Hire Funded Positions**



**Source:** State Department, *FY2025 Congressional Budget Justification, Department of State Diplomatic Engagement, Appendix 1*, pp. 15-16.

**House Legislation.** The House-approved legislation, H.R. 8771, does not include a specific total allocation for Human Resources. If enacted, this would allow the State Department to determine an appropriate allocation from available resources made available for the Diplomatic Programs account. However, the committee report includes a $688.8 million Human Resources allocation for security personnel funded under the WSP funding category, which equals the Administration's request.[40] As H.R. 8771 would provide $1.7 billion less for the Diplomatic Programs account than the Administration requested, this bill, if enacted, may preclude the Administration from implementing all of the hiring initiatives detailed in its request. H.R. 8771 would also prohibit the Administration from using funds to implement several executive orders President Biden issued pertaining to DEIA or, as described in the bill, to fund "diversity, equity and inclusion initiatives, training, programs, offices, officers, policies, or other executive agency functions."[41]

**Senate Legislation.** S. 4797, the Senate committee-approved bill, would provide a $3.53 billion allocation for Human Resources, which is about 9.5% less than the Administration's request. Of such funding, the bill would provide $686.8 million for security personnel funded under WSP, which is slightly below the $688.8 million included in both the Administration's request and the House-approved legislation. Although the bill may not provide requisite funding for the Administration to implement all of the hiring initiatives detailed in its request, the committee report maintains that the bill increases funding and provides enhanced support to the U.S. diplomatic workforce.[42] The committee report further recommends funding to support continued implementation of both the training float and DEIA programs, although it does not specify funding levels.[43]

---

[40] H.Rept. 118-554, p. 7.

[41] Section 7070 of H.R. 8771.

[42] S.Rept. 118-200, p. 6.

[43] Ibid., pp. 10-12.

# Foreign Operations Funding[44]

## Title II: U.S. Agency for International Development

Title II provides funding for USAID's administrative accounts, including the Operating Expenses (OE), Capital Investment Fund, and Office of Inspector General (OIG) accounts.[45] For FY2025, the budget request includes a total of $2.22 billion for the three accounts, representing a 9.1% increase compared with enacted base funding for the accounts for FY2024. The priorities for such funding include increasing USAID U.S. Direct Hire staff by 145 positions (75 Civil Service and 70 Foreign Service) and investing in cybersecurity.[46]

**House Legislation.** The House-passed legislation, H.R. 8771, would provide $1.56 billion for the three accounts, representing a 23.3% decrease from FY2024-enacted base funding for the three accounts. The proposed level is 29.7% lower than the proposed funding in the FY2025 request. The greatest reduction would be for the OE account, which would see a 28.3% reduction from FY2024-enacted base funding and would be 34.8% lower than the proposed FY2025 level. The report accompanying the measure states that while the committee recognizes the "need for more contracting officers and agreement officers within USAID to facilitate faster execution of contracts and agreements and conduct more responsible oversight, the Committee notes that USAID has not presented a persuasive case on how more funding for staff will lead to stronger assistance outcomes."[47]

**Senate Legislation.** S. 4797, the Senate Appropriations Committee-approved measure, would provide $2.11 billion for the three accounts, which would represent a 3.4% increase from FY2024-enacted base funding for the three accounts. The proposed level is 5.2% lower than the Administration's request for FY2025.

## Title III: Bilateral Economic Assistance

The bilateral assistance title provides funding for bilateral foreign assistance programs (excluding security assistance), independent agencies, and select Department of the Treasury programs. In sum, for FY2025, the Administration requests $29.69 billion for Title III accounts, of which $2.82 billion would be designated as emergency funding. The base level represents a 1.3% decrease from FY2024-enacted base appropriations for such accounts. Including the emergency funding, the total represents a 38.1% decrease from total enacted Title III funding for FY2024. Title III accounts are explored in greater detail in the sections below.

**House Legislation.** The House-passed legislation would provide a total of $23.80 billion for Title III accounts. The proposed base level would represent a 12.6% reduction from FY2024-enacted base appropriations and is 19.8% lower than the President's total request for such accounts.

**Senate Legislation.** The Senate Appropriations Committee-approved legislation would provide a total of $29.73 billion for Title III accounts, of which $3.72 billion would be designated as emergency funding. Compared with FY2024-enacted base funding for the accounts, the proposed

---

[44] Title VII, General Provisions, is not included in the report because it generally does not include appropriations. Title VII includes guidance and restrictions on the use of the funds appropriated in the other titles.

[45] For more on USAID, see CRS In Focus IF10261, *U.S. Agency for International Development: An Overview*, by Emily M. McCabe.

[46] State Department, *FY2025 Congressional Budget Justification, Foreign Operations, Appendix 2*, pp. 127-128.

[47] H.Rept. 118-554, p. 36.

base funding for FY2025 would be reduced by 4.4%. When including the emergency-designated funds, the total amount provided for Title III accounts in the measure would be 38.0% lower than the total enacted for such accounts in FY2024 but is 0.1% higher than the Administration's total proposal for FY2025.

## Global Health Programs

The Administration proposes a 2.0% reduction for the Global Health Programs (GHP) account in FY2025 compared with the FY2024-enacted level. The proposed reduction is largely due to a smaller proposed U.S. contribution to the Global Fund to Fight AIDS, Tuberculosis and Malaria (Global Fund) for FY2025. Most other GHP subaccounts would see level or increased funding under the request for FY2025 (**Table 4**).

**Table 4. Global Health Programs (GHP) Subaccounts: FY2023-FY2025**

(In millions of current U.S. dollars)

|  | FY2023 Enacted | FY2024 Enacted | FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|
| HIV/AIDS (State) | 4,395.0 | 4,395.0 | 4,395.0 | 4,395.0 | 4,395.0 |
| Global Fund | 2,000.0 | 1,650.0 | 1,191.6 | 1,250.0 | 1,200.0 |
| Global Health Security-State | — | — | 250.0 | — | 250.0 |
| **Total, GHP-State** | **6,395.0** | **6,045.0** | **5,836.6** | **5,645.0** | **5,845.0** |
| HIV/AIDS (USAID) | 330.0 | 330.0 | 330.0 | 330.0 | 330.0 |
| Tuberculosis | 394.5 | 394.5 | 394.5 | 394.5 | 394.5 |
| Malaria | 795.0 | 795.0 | 795.0 | 800.0 | 795.0 |
| Maternal and Child Health | 910.0 | 915.0 | 940.0 | 915.0 | 940.0 |
| Nutrition | 160.0 | 165.0 | 160.0 | 472.5[a] | 165.5 |
| Vulnerable Children | 30.0 | 31.5 | 30.0 | 32.5 | 31.5 |
| Family Planning/Reproductive Health | 524.0 | 524.0 | 549.0 | 461.0 | 549.0 |
| Other Public Health Threats[b] | 122.5 | 130.5 | 142.5 | 114.5 | 144.5 |
| Global Health Security-USAID | 900.0 | 700.0 | 650.0 | 50.0 | 480.0 |
| **Total, GHP-USAID** | **4,166.0** | **3,985.5** | **3,991.0** | **3,623.7[c]** | **3,830.0** |
| **Total, GHP** | **10,561.0** | **10,030.5** | **9,827.6** | **9,268.7** | **9,675.0** |

**Sources:** P.L. 117-328; P.L. 118-47; FY2025 Department of State, Foreign Operations, and Related Programs Congressional Budget Justification; H.R. 8771; S. 4797.

a.  Includes $300 million designated to "be made available for American-made Ready-to-Use Therapeutic Foods (RUTF)."

b.  Includes funding for Neglected Tropical Diseases (NTDs).

c.  There is approximately $53.7 million in GHP made available to USAID but not designated for a specific subaccount. This total therefore includes the $3,580.0 million as specified above, as well as the $53.7 million unspecified.

**House Legislation.** The House-passed legislation, H.R. 8771, would provide a total of $9.27 billion for GHP, representing a 7.6% reduction from FY2024-enacted levels. The proposed level is also 5.7% less than the Administration's proposal for FY2025. The largest reductions compared with FY2024-enacted levels include those to global health security (-92.9%) and the U.S.

contribution to the Global Fund (-24.2%). With respect to global health security, the report accompanying the legislation directs USAID "to leverage the capabilities and capacities generated by previous investments in global health and ensure deconfliction between global health security programs with other ongoing global health activities."[48]

**Senate Legislation.** S. 4797 would provide a total of $9.67 billion for GHP, which would be a 3.5% reduction from FY2024-enacted levels and is 1.5% lower than the Administration's request for FY2025. At the subaccount level, the largest reduction would be to the U.S. contribution to the Global Fund (-27.4%). The measure would include global health security funds both at USAID and State, including a $250.0 million contribution to the Pandemic Fund.[49]

### Humanitarian Assistance Accounts

Title III includes three global humanitarian assistance accounts: International Disaster Assistance (IDA), Migration and Refugee Assistance (MRA), and Emergency Refugee and Migration Assistance (ERMA).[50] For FY2025, the Administration requests a total of $8.47 billion for these three accounts, of which $2.47 billion would be designated as emergency funding (**Figure 6**). The base level would represent a 16.7% decrease from the base level provided for such accounts for FY2024 (not including emergency funds). When including emergency funding, the total requested for FY2025 would represent a 54.9% decrease from total enacted levels for FY2024. According to the Administration, among other goals, the proposal would seek to "maintain U.S. leadership in humanitarian response worldwide."[51]

---

[48] H.Rept. 118-554, p.40.

[49] The Pandemic Fund is a World Bank-hosted effort to "[provide] a dedicated stream of additional, long-term financing to strengthen critical pandemic prevention, preparedness, and response capabilities in low- and middle-income countries through investments and technical support at the national, regional, and global levels." For more, see https://www.thepandemicfund.org/background.

[50] The International Affairs budget function (Function 150) also includes Food for Peace Act Title II Grants (FFP), which is considered to be a humanitarian assistance account but is funded through the Agriculture appropriations bill. For FFP funding information, see **Table A-2**.

[51] State Department, *FY2025 Congressional Budget Justification, Foreign Operations, Appendix 2*, p. 266.

**Figure 6. Humanitarian Assistance Accounts: FY2023-FY2025**



**Sources:** P.L. 117-328; P.L. 118-47; P.L. 118-50; FY2025 Department of State, Foreign Operations, and Related Programs Congressional Budget Justification; H.R. 8771; S. 4797.

**Notes:** IDA = International Disaster Assistance; MRA = Migration and Refugee Assistance; ERMA = Emergency Refugee and Migration Assistance.

**House Legislation.** H.R. 8771 would provide a total of $5.41 billion for IDA and MRA; the measure does not include funding for ERMA. The total would represent a 25.0% reduction compared with FY2024-enacted base levels. It meets the Administration's base requests for IDA and MRA but is 10.0% lower than the Administration's total base request, which included $100 million in proposed funding for ERMA.

**Senate Legislation.** S. 4797 would provide a total of $8.86 billion for the three humanitarian accounts, of which $2.50 billion would be designated as emergency. When compared with FY2024, the FY2025 base amount provided would be an 11.8% reduction from the base enacted level and the FY2025 total amount would be a 52.8% reduction from total enacted levels. Compared with the Administration's request for FY2025, the base amount provided is 24.9% less than the base request and the total is 36.9% less than the total request, largely due to the proposed ERMA appropriation ($100,000 proposed compared with the $100.0 million Administration request).

### Non-Health Development & Transition Assistance

Title III funds six non-health development and transition assistance accounts: Development Assistance (DA), Transition Initiatives (TI), Complex Crisis Fund (CCF), Democracy Fund (DF), Economic Support Fund (ESF), and Assistance for Europe, Eurasia, and Central Asia. Collectively, these accounts provide funding for programs across a range of sectors, including democracy and governance, agriculture and food security, basic and higher education, and energy and the environment, among others. For FY2025, the Administration requests a total of $9.94 billion for the six accounts, of which $350.0 million would be considered emergency (**Figure 7**). The base level would represent a 13.4% increase from the base level provided for such accounts for FY2024 (not including emergency funds). When including emergency funding, the total requested for FY2025 would represent a 46.5% decrease from total enacted levels for FY2024.

Compared with base funding for FY2024, the Democracy Fund account is the only account that would be decreased under the Administration's request (-15.8%).

**Figure 7. Non-Health Development and Transition Assistance Accounts: FY2023-FY2025**



**Source:** P.L. 117-180; P.L. 117-328; P.L. 118-47; P.L. 118-50; FY2025 Department of State, Foreign Operations, and Related Programs Congressional Budget Justification; H.R. 8771; S. 4797.

**Notes:** DA = Development Assistance; TI = Transition Initiatives; CCF = Complex Crisis Fund; ESF = Economic Support Fund; DF = Democracy Fund; AEECA = Assistance for Europe, Eurasia, and Central Asia.

**House Legislation.** H.R. 8771 would provide a total of $7.67 billion for the six accounts, representing a 9.3% reduction from FY2024-enacted base levels. The proposed level is also 20.0% less than the Administration's base proposal for FY2025. Three accounts would see increases over FY2024-enacted base levels—AEECA (+67.3%), TI (+6.7%), and DF (+3.0%)—while the remaining three would see reductions—CCF (-45.5%), DA (-23.7%), and ESF (-4.4%).

**Senate Legislation.** S. 4797 would provide a total of $9.63 billion for the six accounts, of which $1.22 billion would be designated as emergency funding. The proposed base level would represent a 0.5% reduction from FY2024-enacted base levels and is 12.3% lower than the Administration's base request. Comparing totals, the proposed FY2025 level would represent a 48.1% reduction from FY2024 total enacted levels and is 3.1% lower than the Administration's total request.

## *Independent Agencies and Treasury Programs*

The Biden Administration proposes $1.51 billion for independent agencies for FY2025, a 4.2% increase from FY2024-enacted levels. All agencies would see level or increased funding under the proposal, with the Peace Corps receiving the largest increase (+11.3%), followed by the Inter-American Foundation (IAF, +10.6%) and the Millennium Challenge Corporation (MCC,

+0.8%).[52] Funding for the U.S. African Development Foundation (USADF) would equal FY2024-enacted levels.

For FY2025 Treasury Programs, the Administration proposed $40.0 million for International Affairs Technical Assistance and a net proposal of -$101.0 million ($10.0 million request for budget authority and $111.0 million rescission) for Debt Restructuring.[53] The Administration did not propose funding for the Tropical Forest and Coral Reef Conservation account, which received funds in FY2024. In sum, Treasury programs would be reduced by 177.2% from FY2024-enacted levels under the Administration's FY2025 request.

**House Legislation.** H.R. 8771 would provide $1.42 billion for independent agencies, which would represent a 2.2% reduction from FY2024-enacted levels and is 6.1% lower than the President's request. Compared with FY2024-enacted levels, the largest cuts would be to the IAF (-52.1%) and USADF (-33.3%). For Treasury International Programs, the House bill would provide $30.0 million for International Affairs Technical Assistance and $10.0 million for Debt Restructuring. The bill would also implement the Administration's $111.0 million rescission.[54]

**Senate Legislation.** The Senate Appropriations Committee measure would provide a total of $1.51 billion for the independent agencies, which would represent a 4.2% increase from the FY2024-enacted level and is equal to the Administration's request. The committee also meets the President's request for Treasury International Programs but adds $5.0 million for the Tropical Forest and Coral Reef Conservation Account. In total, the $55.0 million in budget authority proposed for Treasury International Programs for FY2025 would represent a 30.4% reduction from the FY2024-enacted level.

## Title IV: International Security Assistance

Title IV provides funding for five security assistance accounts: International Narcotics Control and Law Enforcement (INCLE); Nonproliferation, Anti-terrorism, Demining and Related Programs (NADR); Peacekeeping Operations (PKO); International Military Education and Training (IMET); and Foreign Military Financing (FMF). For FY2025, the Administration requests a total of $9.11 billion for the title, which would represent a 6.6% increase over FY2024-enacted base funding (**Figure 8**). Of the five accounts, INCLE would see the largest increase over FY2024-enacted base funding (+21.9%).

---

[52] For more on the Peace Corps, see CRS Report RS21168, *The Peace Corps: Overview and Issues*, by Nick M. Brown. For more on MCC, see CRS Report RL32427, *Millennium Challenge Corporation: Overview and Issues*, by Nick M. Brown.

[53] U.S. Department of the Treasury, *International Programs Congressional Budget Justification, FY2025*, pp.57-59.

[54] H.Rept. 118-554, 146.

**Figure 8. Security Assistance Accounts: FY2023–FY2025**



**Sources:** P.L. 117-328; P.L. 118-47; P.L. 118-50; FY2025 Department of State, Foreign Operations, and Related Programs Congressional Budget Justification; H.R. 8771; S. 4797.

**Notes:** NADR = Nonproliferation, Anti-terrorism, Demining, and Related Programs; PKO = Peacekeeping Operations; IMET = International Military Education and Training; FMF = Foreign Military Financing; INCLE = International Narcotics Control and Law Enforcement.

**House Legislation.** H.R. 8771 would provide a total of $10.36 billion for Title IV. This level would represent a 21.3% increase over FY2024-enacted base levels and is 13.8% higher than the Administration's request. Consistent with the Administration's prioritization of INCLE, the House measure also provides the greatest increase in funding to INCLE compared with the other four Title IV accounts (+60.8% over FY2024-enacted base and +31.9% higher than the request for FY2025). Both the request and House-passed measure cited combating fentanyl trafficking as of particular importance, with the House report stating that "the Committee notes the proliferation of fentanyl into America's neighborhoods as one of the greatest challenges facing the United States. Within that context, the Committee urges the Secretary of State to maximize focus and resources within this account to counter fentanyl trafficking."[55]

**Senate Legislation.** S. 4797 would provide a total of $8.98 billion for Title IV, of which $2.19 billion would be designated as emergency funding. The proposed base level would represent a 20.4% reduction from FY2024-enacted base levels and is 25.4% lower than the Administration's base request. Comparing totals, the Senate-proposed FY2025 level would represent a 45.6% reduction from FY2024 total enacted levels and is 1.4% lower than the Administration's total request. At the base level, compared with FY2024, the greatest reduction would be to INCLE (-30.0%); unlike the Administration's request and House-passed legislation, combating fentanyl trafficking is not highlighted as a particular priority for INCLE funding.[56]

## Title V: Multilateral Assistance

For Title V, which provides funds for voluntary U.S. multilateral engagement, the Administration proposes $4.00 billion, a 46.0% increase compared with the FY2024-enacted level. The increase

---

[55] H.Rept. 118-554, p.62.

[56] S. 4797 and its accompanying report, S.Rept. 118-200, include provisions related to fentanyl in other sections (e.g., Section 7036).

is largely a result of requested funds for U.S. contributions to entities that were not included in the FY2024 appropriation. These include the International Bank for Reconstruction and Development (IBRD) Portfolio Guarantee, the Asian Development Bank, the Inter-American Development Bank, the Global Infrastructure Facility (listed under Quality Infrastructure in budget documents), and the European Bank for Reconstruction and Development. Other entities in the request would receive no funding or see large decreases in FY2025 funding compared with FY2024, including the Global Agriculture and Food Security Program (GAFSP, -100%), Treasury International Assistance Programs (-70.0%), and the Asian Development Fund (-50.0%).

**House Legislation.** The House-passed bill, H.R. 8771, would provide a total of $1.72 billion for Title V, which would be a 37.2% reduction compared with FY2024-enacted levels and is 57.0% lower than the FY2025 request. Compared with FY2024, the measure would zero out the International Organizations and Programs and Treasury International Assistance Programs accounts and not provide contributions to the Clean Technology Fund or GAFSP. Funding provided for all other accounts and contributions in the title would be at equal or reduced amounts compared with those in FY2024-enacted appropriations.

**Senate Legislation.** The Senate Appropriations Committee bill, S. 4797, includes $3.15 billion for Title V, representing a 14.8% increase from FY2024-enacted base appropriations. The proposed level is 21.4% less than the Administration's request. Compared with FY2024-enacted base levels, the largest increases under the measure would be to Treasury International Assistance Programs (+300.0%), the International Fund for Agricultural Development (+25.6%), and the Clean Technology Fund (+20.0%); the only reduction would be to the Asian Development Fund (-50.0%).

## Title VI: Export and Investment Assistance

Title VI provides funding for three agencies: the Export-Import Bank (Ex-Im Bank), the U.S. International Development Finance Corporation (DFC), and the U.S. Trade and Development Agency (USTDA).[57] For Ex-Im and DFC, offsetting collections are meant to reduce each agency's budgetary impact. For FY2025, the Administration requests $532.3 million for Title VI, inclusive of projected offsetting collections. This level would represent a 29.7% decrease from FY2024-enacted levels.

**House Legislation.** The House-passed measure, H.R. 8771, would provide $520.6 million for Title VI, which would represent a 31.3% decrease from FY2024-enacted levels and is 2.2% lower than the Administration's request for FY2025.

**Senate Legislation.** S. 4797 would provide a total of $778.1 million, inclusive of projected offsetting collections, for Tile VI for FY2025. This level would represent an increase of 2.7% over FY2024-enacted levels and is 46.2% higher than the Administration's request.

---

[57] For more on Ex-Im Bank, see CRS In Focus IF10017, *Export-Import Bank of the United States (Ex-Im Bank)*, by Shayerah I. Akhtar. For more on DFC, see CRS In Focus IF11436, *U.S. International Development Finance Corporation (DFC)*, by Shayerah I. Akhtar and Nick M. Brown. For more on USTDA, see CRS In Focus IF10673, *U.S. Trade and Development Agency (TDA)*, by Shayerah I. Akhtar.

# Appendix. Supplementary Tables and Figures

The following tables and figure provide additional detail on and comparisons of the FY2023- and FY2024-enacted levels, FY2025 request, and the House- and Senate-proposed FY2025 measures. **Table A-1** provides an account-by-account comparison of the three years; **Table A-2** offers a similar comparison focused specifically on the International Affairs budget (Function 150). **Figure A-1** depicts the International Affairs budget account structure.

**Table A-1. Department of State, Foreign Operations, and Related Programs Appropriations: FY2023-FY2025**

(In millions of current U.S. dollars; numbers in parentheses are the portion of the account totals designated as emergency funds)

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| **Title I. Department of State and Related Agencies** | **17,541.42 (152.55)** | **17,710.22 (272.00)** | **18,784.40 (310.00)** | **5.9%** | **6.1%** | **15,135.87** | **17,604.59** |
| Administration of Foreign Affairs, Subtotal | 13,115.95 (152.55) | 13,199.20 (272.00) | 13,981.43 | 8.2% | 5.9% | 12,231.41 | 13,077.37 |
| Diplomatic Programs | 9,610.21 (147.05) | 9,623.11 (210.00) | 10,121.43 | 7.5% | 5.2% | 8,381.89 | 9,731.61 |
| *of which Worldwide Security Protection* | *3,813.71* | *3,913.71 (100.00)* | *3,928.71* | *3.0%* | *0.4%* | *3,928.71* | *3,890.71* |
| Consular and Border Security Programs | — | 50.00 | 491.00 | 882.0% | 882.0% | 496.00 | 0.00 |
| Capital Investment Fund | 389.00 | 389.00 | 401.85 | 3.3% | 3.3% | 389.00 | 401.85 |
| Office of Inspector General | 139.20 (5.50) | 143.67 (12.00) | 134.64 | 2.3% | -6.3% | 137.80 | 127.84 |
| Educational & Cultural Exchange Programs | 777.50 | 741.00 | 777.50 | 4.9% | 4.9% | 720.95 | 761.05 |
| Representation Expenses | 7.42 | 7.42 | 7.42 | 0.0% | 0.0% | 7.42 | 7.42 |
| Protection of Foreign Missions & Officials | 30.89 | 30.89 | 30.89 | 0.0% | 0.0% | 30.89 | 30.89 |
| Embassy Security, Construction, & Maintenance | 1,957.82 | 1,957.82 | 1,907.07 | -2.6% | -2.6% | 1,957.82 | 1,907.07 |
| *of which Worldwide Security Upgrades* | *1,055.21* | *1,055.21* | *961.86* | *-8.8%* | *-8.8%* | *1,012.61* | *961.86* |
| Emergencies in the Diplomatic & Consular Service | 8.89 | 58.89 (50.00) | 8.89 | 0.0% | -84.9% | 8.89 | 8.89 |

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| Repatriation Loans | 1.30 | 1.80 | 1.80 | 0.0% | 0.0% | 1.80 | 1.80 |
| Payment to American Institute in Taiwan | 34.08 | 35.96 | 38.22 | 6.3% | 6.3% | 38.22 | 38.22 |
| International Chancery Center | 0.74 | 0.74 | 0.75 | 0.1% | 0.1% | 0.75 | 0.75 |
| Foreign Service Retirement (mandatory) | 158.90 | 158.90 | 60.00 | -62.2% | -62.2% | 60.00 | 60.00 |
| International Organizations | 2,919.92 | 2,910.86 | 2,910.83 | 0.0% | 0.0% | 1,338.51 | 2,910.83 |
| Contributions to International Organizations | 1,438.00 | 1,543.45 | 1,676.69 | 8.6% | 8.6% | 269.61 | 1,676.69 |
| Contributions to International Peacekeeping Activities | 1,481.92 | 1,367.41 | 1,234.14 | -9.7% | -9.7% | 1,068.90 | 1,234.14 |
| International Commissions (FUNCTION 300) | 192.89 | 302.77 | 526.90 (310.00) | -28.4% | +74.0% | 333.37 | 313.59 |
| Int'l Boundary and Water Commission | 110.97 | 220.85 | 457.30 (310.00) | -33.3% | +107.1% | 250.35 | 228.85 |
| American Sections - International Commissions | 16.20 | 16.20 | 14.33 | -11.6% | -11.6% | 17.30 | 16.20 |
| International Fisheries Commissions | 65.72 | 65.72 | 55.27 | -15.9% | -15.9% | 65.72 | 68.53 |
| Agency for Global Media | 884.70 | 866.91 | 950.00 | 9.6% | 9.6% | 807.90 | 871.42 |
| International Broadcasting Operations | 875.00 | 857.21 | 940.30 | 9.7% | 9.7% | 798.20 | 861.72 |
| Broadcasting Capital Improvements | 9.70 | 9.70 | 9.70 | 0.0% | 0.0% | 9.70 | 9.70 |
| Related Programs, Subtotal | 414.44 | 414.50 | 400.25 | -3.4% | -3.4% | 409.70 | 417.25 |
| Asia Foundation | 22.00 | 22.00 | 22.00 | 0.0% | 0.0% | 19.58 | 23.00 |
| United States Institute of Peace | 55.00 | 55.00 | 55.46 | 0.8% | 0.8% | 55.00 | 55.46 |

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| Center for Middle Eastern-Western Dialogue Trust Fund | 0.18 | 0.20 | 0.20 | -3.9% | -3.9% | 0.20 | 0.20 |
| Eisenhower Exchange Fellowship Program | 0.18 | 0.18 | 0.19 | 2.8% | 2.8% | 0.19 | 0.19 |
| Israeli-Arab Scholarship Program | 0.09 | 0.12 | 0.16 | 36.8% | 36.8% | 0.16 | 0.16 |
| East-West Center | 22.00 | 22.00 | 22.26 | 1.2% | 1.2% | 19.58 | 23.26 |
| National Endowment for Democracy | 315.00 | 315.00 | 300.00 | -4.8% | -4.8% | 315.00 | 315.00 |
| Other Commissions, Subtotal | 13.53 | 15.98 | 14.98 | -6.2% | -6.2% | 14.98 | 14.13 |
| Commission for the Preservation of America's Heritage Abroad | 0.82 | 0.77 | 0.77 | 0.0% | 0.0% | 0.77 | 0.77 |
| United States Commission on International Religious Freedom | 3.50 | 4.00 | 4.85 | 21.3% | 21.3% | 4.85 | 4.00 |
| Commission on Security and Cooperation in Europe | 2.91 | 2.91 | 3.06 | 5.2% | 5.2% | 3.06 | 3.06 |
| Congressional-Executive Commission on the People's Republic of China | 2.30 | 2.30 | 2.30 | 0.0% | 0.0% | 2.30 | 2.30 |
| United States-China Economic and Security Review Commission | 4.00 | 4.00 | 4.00 | 0.0% | 0.0% | 4.00 | 4.00 |
| Commission on Reform & Modernization of Dept. of State | — | 2.00 | — | -100.0% | -100.0% | — | — |
| **Foreign Operations, Total** | **64,022.48 (20,912.45)** | **70,342.55 (29,036.00)** | **45,555.69 (2,815.00)** | **3.5%** | **-35.2%** | **37,967.30** | **44,745.41 (5,900.00)** |
| Title II. Administration of Foreign Assistance | 2,095.95 (13.00) | 2,091.50 (52.00) | 2,224.75 | 9.1% | 6.4% | 1,563.91 | 2,109.09 |

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| USAID Operating Expenses | 1,748.35 (5.00) | 1,734.00 (39.00) | 1,863.06 | 9.9% | 7.4% | 1,214.81 | 1,747.40 |
| Capital Investment Fund | 259.10 | 259.00 | 272.89 | 5.4% | 5.4% | 259.10 | 272.89 |
| Inspector General | 88.50 (8.00) | 98.50 (13.00) | 88.80 | 3.9% | -9.8% | 90.00 | 88.80 |
| Title III. Bilateral Economic Assistance | 48,926.60 (20,339.45) | 47,984.98 (20,759.00) | 29,688.72 (2,815.00) | -1.3% | -38.1% | 23,801.23 | 29,730.37 (3,715.00) |
| Global Health Programs, Total | 10,560.95 | 10,030.45 | 9,827.16 | -2.0% | -2.0% | 9,268.71 | 9,674.95 |
| *of which, USAID* | *4,165.95* | *3,985.45* | *3,991.00* | *0.1%* | *0.1%* | *3,623.71* | *3,829.95* |
| *of which, State* | *6,395.00* | *6,045.00* | *5,836.60* | *-3.4%* | *-3.4%* | *5,645.00* | *5,845.00* |
| Development Assistance | 4,368.61 | 3,931.00 | 4,534.70 | 15.4% | 15.4% | 3,000.00 | 4,153.15 |
| International Disaster Assistance | 4,843.36 (937.9) | 10,434.00 (6,405.00) | 4,543.36 (1,091.00) | -14.3% | -56.5% | 3,452.36 | 4,829.00 (1,400.00) |
| Transition Initiatives | 130.00 (50.00) | 100.00 (25.00) | 90.00 | 20.0% | -10.0% | 80.00 | 85.00 |
| Complex Crisis Fund | 60.00 | 55.00 | 60.00 | 9.1% | 9.1% | 30.00 | 60.00 |
| Economic Support Fund | 21,767.80 (17,466.50) | 11,789.40 (8,199.00) | 4,113.23 | 14.6% | -65.1% | 3,430.89 | 4,083.32 (815.00) |
| Democracy Fund | 355.70 | 345.20 | 290.70 | -15.8% | -15.8% | 355.70 | 345.20 |
| Assistance for Europe, Eurasia & Central Asia | 850.33 (350.00) | 2,345.33 (1,885.00) | 850.33 (350.00) | 8.7% | -63.7% | 770.33 | 902.79 (400.00) |
| Migration & Refugee Assistance | 4,447.24 (1,535.05) | 7,423.00 (4,245.00) | 3,827.24 (1,374.00) | -22.8% | -48.4% | 1,953.24 | 4,028.85 (1,100.00) |
| Emergency Refugee & Migration Assistance | 0.10 | 0.10 | 100.00 | 99900.0% | 99900.0% | — | 0.10 |

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| Independent Agencies, Subtotal | 1,452.50 | 1,452.50 | 1,513.00 | 4.2% | 4.2% | 1,420.00 | 1,513.00 |
| Peace Corps | 430.50 | 430.50 | 479.00 | 11.3% | 11.3% | 430.50 | 479.00 |
| Millennium Challenge Corporation | 930.00 | 930.00 | 937.00 | 0.8% | 0.8% | 937.00 | 937.00 |
| Inter-American Foundation | 47.00 | 47.00 | 52.00 | 10.6% | 10.6% | 22.50 | 52.00 |
| U.S. Africa Development Foundation | 45.00 | 45.00 | 45.00 | 0.0% | 0.0% | 30.00 | 45.00 |
| Department of the Treasury, Subtotal | 90.00 | 79.00 | -61.00 | -177.2% | -177.2% | 40.00 | 55.00 |
| International Affairs Technical Assistance | 38.00 | 38.00 | 40.00 | 5.3% | 5.3% | 30.00 | 40.00 |
| Treasury Debt Restructuring | 52.00 | 26.00 | -101.00 | -488.5% | -488.5% | 10.00 | 10.00 |
| Tropical Forest and Coral Reef Conservation | 20.00 | 15.00 | — | -100.0% | -100.0% | — | 5.00 |
| Title IV. International Security Assistance | 9,498.73 (560.00) | 16,518.01 (7,975.00) | 9,107.71 | 6.6% | -44.9% | 10,361.12 | 8,982.10 (2,185.00) |
| International Narcotics Control & Law Enforcement | 1,766.00 (375.00) | 1,775.00 (490.00) | 1,566.18 | 21.9% | -11.8% | 2,066.18 | 1,400.00 (500.00) |
| Nonproliferation, Anti-terrorism, Demining & Related Programs | 1,026.00 (105.00) | 970.00 (100.00) | 921.00 | 5.9% | -5.1% | 921.00 | 884.20 |
| Peacekeeping Operations | 460.76 | 420.46 (10.00) | 411.05 | 0.1% | -2.2% | 420.46 | 411.05 |
| International Military Education & Training | 112.93 | 119.15 | 125.43 | 5.3% | 5.3% | 125.43 | 125.43 |
| Foreign Military Financing | 6,133.05 (80.00) | 13,233.40 (7,375.00) | 6,084.05 | 3.9% | -54.0% | 6,828.05 | 6,161.43 (1,685.00) |
| Title V. Multilateral Assistance | 2,763.12 | 2,990.75 (250.00) | 4,002.22 | 46.0% | 33.8% | 1,720.41 | 3,145.75 |

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| International Organizations & Programs | 508.60 | 436.92 | 459.80 | 5.2% | 5.2% | — | 474.54 |
| Int'l Bank for Reconstruction & Development | 206.50 | 206.50 | 233.32 | 13.0% | 13.0% | 206.50 | 206.50 |
| IBRD Portfolio Guarantee | — | — | 1,000.00 | n.a. | n.a. | — | — |
| Global Environment Facility | 150.20 | 150.20 | 150.20 | 0.0% | 0.0% | 139.58 | 150.20 |
| International Development Association | 1,430.26 | 1,630.26 (250.00) | 1,430.26 | 3.6% | -12.3% | 1,097.01 | 1,480.26 |
| Asian Development Bank | — | — | 84.38 | n.a. | n.a. | — | — |
| Asian Development Fund | 43.61 | 87.22 | 43.61 | -50.0% | -50.0% | 43.61 | 43.61 |
| African Development Bank | 54.65 | 54.65 | 54.65 | 0.0% | 0.0% | 32.42 | 54.65 |
| African Development Fund | 171.30 | 197.00 | 197.00 | 0.0% | 0.0% | 171.30 | 197.00 |
| Inter-American Development Bank | — | — | 75.00 | n.a. | n.a. | — | — |
| MDB Climate Trust Funds and Facilities | — | — | 5.00 | n.a. | n.a. | — | — |
| Quality Infrastructure | — | 50.00 | 15.00 | -70.0% | -70.0% | — | — |
| Treasury International Assistance Programs | 125.00 | 125.00 | 150.00 | 20.0% | 20.0% | — | 200.00 |
| Clean Technology Fund | 20.00 | — | — | n.a. | n.a. | — | 150.00 |
| International Fund for Agricultural Development | 43.00 | 43.00 | 54.00 | 25.6% | 25.6% | 30.00 | 54.00 |
| Global Agriculture and Food Security Program | 10.00 | 10.00 | — | -100.0% | -100.0% | — | 10.00 |
| European Bank for Reconstruction and Development | — | — | 50.00 | n.a. | n.a. | — | 50.00 |

| | FY2023 Enacted[a] | FY2024 Enacted[b] | FY2025 Request[c] | % Change FY2024 Enacted Base to FY2025 Base Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| Title VI. Export and Investment Assistance | 738.08 | 757.31 | 532.30 | -29.7% | -29.7% | 520.63 | 778.10 |
| Export-Import Bank | 57.50 | 98.86 | -119.10 | -220.5% | -220.5% | 79.60 | 84.70 |
| International Development Finance Corporation | 593.58 | 571.45 | 551.40 | -3.5% | -3.5% | 354.03 | 593.40 |
| Trade and Development Agency | 87.00 | 87.00 | 100.00 | 14.9% | 14.9% | 87.00 | 100.00 |
| **TOTAL, before rescissions** | **81,563.90 (21,065.00)** | **88,052.77 (29,308.00)** | **64,340.09 (3,125.00)** | **4.2%** | **-26.9%** | **53,103.16** | **62,350.00 (5,900.00)** |
| Title VII. General Provisions+ all rescissions | -667.00 | -2,277.97 | -986.10 | -56.7% | -56.7% | -816.16 | -171.00 |
| **TOTAL, Net of Rescissions** | **80,896.90 (21,065.00)** | **85,774.80 (29,308.00)** | **63,353.99 (3,125.00)** | **6.7%** | **-26.1%** | **52,287.00** | **62,179.00 (5,900.00)** |

**Sources:** P.L. 117-180; P.L. 117-328; P.L. 118-47; P.L. 118-50; FY2025 Department of State, Foreign Operations, and Related Programs Congressional Budget Justification; Letter from President Joseph R. Biden to Speaker of the House Mike Johnson; H.R. 8771; S. 4797.

a.   Totals include base and emergency supplemental appropriations from the Consolidated Appropriations Act, 2023 (P.L. 117-328), and emergency supplemental funding from the Ukraine Supplemental Appropriations Act, 2023 (P.L. 117-180, Division B).

b.   Totals include base and designated emergency funds from the Further Consolidated Appropriations Act, 2024 (P.L. 118-47, Division F), and emergency supplemental funding from Divisions A, B, and C of P.L. 118-50, "Making emergency supplemental appropriations for the fiscal year ending September 30, 2024, and for other purposes."

c.   FY2025 Request total includes $2.815 billion of discretionary funding designated as emergency (AEECA $350 million, IDA $1.091 billion, MRA $1.374 billion).

The International Affairs budget, or Function 150, includes funding that is not in the Department of State, Foreign Operations, and Related Programs (SFOPS) appropriations legislation; in particular, international food assistance programs (Food for Peace Act, Title II (FFP) and McGovern-Dole International Food for Education and Child Nutrition programs) are in the Agriculture appropriations legislation, and the Foreign Claim Settlement Commission and the International Trade Commission are in the Commerce, Justice, Science appropriations legislation. In addition, the SFOPS appropriations measure includes funding for certain international commissions that are not part of the International Affairs Function 150 account. **Table A-2** details recent and proposed funding under the Function 150 budget structure, which is depicted in **Figure A-1**.

**Table A-2. International Affairs Budget: FY2023-FY2025**

(In millions of current U.S. dollars; numbers in parentheses are the portion of the account totals designated as emergency funds)

| | FY2023 Enacted[d] | FY2024 Enacted[e] | FY2025 Request[f] | % Change FY2024 Enacted Base to FY2025 Request | % Change FY2024 Enacted to FY2025 Request | FY2025 House | FY2025 Senate |
|---|---|---|---|---|---|---|---|
| **SFOPS, excluding Commissions** | **80,704.01 (21,065.00)** | **85,472.03 (29,308.00)** | **62,827.09 (2,815.00)** | **6.9%** | **-26.5%** | **51,953.63** | **61,865.41 (5,900.00)** |
| **Agriculture** | **2,048.33 (55.00)** | **1,927.58** | **2,043.33** | **6.0%** | **6.0%** | **1,240.00** | **1,970.61** |
| Food for Peace Act, Title II Grants | 1,800.00 (50.00) | 1,687.58 | 1,800.00 | 6.7% | 6.7% | 1,000.00 | 1,720.61 |
| McGovern-Dole | 248.33 (5.00) | 240.00 | 243.33 | 1.4% | 1.4% | 240.00 | 250.00 |
| **Commerce-Science-Justice** | **124.90** | **124.50** | **129.76** | **4.2%** | **4.2%** | **117.50** | **128.60** |
| Foreign Claims Settlement Commission | 2.50 | 2.50 | 2.66 | 6.1% | 6.1% | 2.50 | 2.50 |
| International Trade Commission | 122.40 | 122.00 | 126.10 | 3.4% | 3.4% | 115.00 | 126.10 |
| Japan-U.S. Friendship Commission | | | 1.00 | n.a. | n.a. | — | — |
| **Total International Affairs (150)** | **82,877.25 (21,120.00)** | **87,524.11 (29,308.00)** | **65,000.18 (2,815.00)** | **6.8%** | **-25.7%** | **53,311.14** | **63,964.62 (5,900.00)** |

**Sources:** P.L. 117-180; P.L. 117-328; P.L. 118-42; P.L. 118-47; P.L. 118-50; FY2025 Department of State, Foreign Operations, and Related Programs Congressional Budget Justification; H.R. 8771; H.R. 9027; H.R. 9026; S. 4690; S. 4797; S. 4795.

d.  Totals include base and emergency supplemental appropriations from the Consolidated Appropriations Act, 2023 (P.L. 117-328), and emergency supplemental funding from the Ukraine Supplemental Appropriations Act, 2023 (P.L. 117-180, Division B).

e.  Totals include base and designated emergency funds from the Further Consolidated Appropriations Act, 2024 (P.L. 118-47, Division F), and emergency supplemental funding from Divisions A, B, and C of P.L. 118-50, "Making emergency supplemental appropriations for the fiscal year ending September 30, 2024, and for other purposes."

f.  FY2025 Request total includes $2.815 billion of discretionary funding designated as emergency (AEECA $350 million, IDA $1.091 billion, MRA $1.374 billion).

**Figure A-1. International Affairs Budget Components**



**Source:** Created by CRS.

## Author Information

Emily M. McCabe
Specialist in Foreign Assistance and Foreign Policy

Cory R. Gill
Analyst in Foreign Affairs

## Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.