

# Department of State, Foreign Operations, and Related Programs Appropriations: A Guide to Component Accounts

Updated June 18, 2024

**Congressional Research Service**

https://crsreports.congress.gov

R40482

**Congressional Research Service**
Informing the legislative debate since 1914

SUMMARY

R40482

June 18, 2024

**Cory R. Gill**
Analyst in Foreign Affairs

**Emily M. McCabe**
Specialist in Foreign
Assistance and Foreign
Policy

# Department of State, Foreign Operations, and Related Programs Appropriations: A Guide to Component Accounts

The annual Department of State, Foreign Operations, and Related Programs (SFOPS) appropriations legislation funds many U.S. nondefense international affairs activities. The State Department portion makes up about one-third of the funding, and the Foreign Operations accounts comprise the remainder. SFOPS is one of 12 annual appropriations acts that fund the federal government each fiscal year.

Congress appropriated SFOPS funds for FY2024 in the Further Consolidated Appropriations Act, 2024 (P.L. 118-47), under Division F, "Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024." That act is divided into seven titles. Each title funds a variety of government activities, ranging from government agencies' operational and administrative costs to direct grant funds for private nonprofit or multilateral organizations. By title, SFOPS provisions set out activities as follows:

- **Title I—Department of State and Related Agency** funds State Department diplomatic programs and general operations, including Foreign and Civil Service personnel salaries and training, public diplomacy and cultural exchange programs, information technology maintenance and modernization, dues to the United Nations (U.N.) and other international organizations, international broadcasting, and embassy construction and diplomatic security. It also provides funding to U.S. diplomacy-focused nongovernmental organizations and legislative commissions.

- **Title II—United States Agency for International Development (USAID)** funds USAID general operations but not USAID foreign assistance programs (see Title III).

- **Title III—Bilateral Economic Assistance** is the primary funding source for the U.S. government's humanitarian and international development programs. It includes bilateral assistance for disaster relief, global health, and economic development activities, as well as funding for several independent development-oriented agencies, notably the Millennium Challenge Corporation and Peace Corps.

- **Title IV—International Security Assistance** is the primary title for U.S. security cooperation programs abroad outside of the National Defense appropriations bill. It includes antinarcotics and rule of law strengthening programs; nonproliferation, anti-terrorism, and demining programs; some assistance to foreign militaries; and some funding for international peacekeeping efforts.

- **Title V—Multilateral Assistance** contributes funds to several multilateral finance and grant-making institutions.

- **Title VI—Export and Investment Assistance** funds the three U.S. government independent export promotion agencies: the Export-Import Bank, the U.S. International Development Finance Corporation (DFC), and the Trade and Development Agency.

- **Title VII—General Provisions** guides the allocation of funds appropriated in other titles and lays out restrictions and priorities for programming.

# Contents

Introduction ........................................................................................................................................ 1

Account Descriptions ........................................................................................................................ 2

Title I—Department of State and Related Agency ............................................................................ 2

    Administration of Foreign Affairs ............................................................................................... 3

        Diplomatic Programs (DP) ................................................................................................... 3

        Consular and Border Security Programs (CBSP) ................................................................ 3

        Capital Investment Fund (CIF) ............................................................................................ 3

        Office of Inspector General (OIG) ....................................................................................... 4

        Educational and Cultural Exchange Programs (ECE) .......................................................... 4

        Representation Expenses ...................................................................................................... 4

        Protection of Foreign Missions and Officials ...................................................................... 4

        Embassy Security, Construction, and Maintenance (ESCM) ............................................... 4

        Emergencies in the Diplomatic and Consular Service (EDCS) .......................................... 4

        Repatriation Loans Program Account ................................................................................... 5

        Payment to the American Institute in Taiwan (AIT) ............................................................ 5

        International Center, Washington, DC .................................................................................. 5

        Payment to the Foreign Service Retirement and Disability Fund ....................................... 5

    International Organizations .......................................................................................................... 5

        Contributions to International Organizations (CIO) ............................................................ 6

        Contributions for International Peacekeeping Activities (CIPA) ......................................... 6

    International Commissions ........................................................................................................... 6

    U.S. Agency for Global Media (USAGM) ................................................................................. 6

        International Broadcasting Operations (IBO) ....................................................................... 6

        Broadcasting Capital Improvements (BCI) .......................................................................... 6

    Related Programs ........................................................................................................................ 7

        The Asia Foundation ........................................................................................................... 7

        United States Institute of Peace (USIP) ............................................................................... 7

        Center for Middle Eastern-Western Dialogue Trust Fund .................................................. 7

        Eisenhower Exchange Fellowship Program ......................................................................... 7

        Israeli Arab Scholarship Program (IASP) ........................................................................... 8

        East-West Center ................................................................................................................. 8

        National Endowment for Democracy (NED) ....................................................................... 8

    Other Commissions ..................................................................................................................... 8

        Commission for the Preservation of America's Heritage Abroad ........................................ 9

        United States Commission on International Religious Freedom (USCIRF) ...................... 9

        Commission on Security and Cooperation in Europe (CSCE) ............................................ 9

        Congressional-Executive Commission on the People's Republic of China (CECC) .......... 9

        United States-China Economic and Security Review Commission ..................................... 9

        Commission on Reform and Modernization of the Department of State ............................ 10

Title II—United States Agency for International Development (USAID) ....................................... 10

    Operating Expenses (OE) .......................................................................................................... 10

    Capital Investment Fund (CIF) ................................................................................................. 10

    Office of Inspector General ....................................................................................................... 10

Title III—Bilateral Economic Assistance ....................................................................................... 11

    Global Health Programs (GHP) ................................................................................................ 11

        Global Health-USAID ........................................................................................................ 11

Global Health-State ................................................................................... 11
Development Assistance (DA) .................................................................... 11
International Disaster Assistance (IDA) ..................................................... 12
Transition Initiatives ................................................................................. 12
Complex Crises Fund (CCF) ...................................................................... 12
Economic Support Fund (ESF) .................................................................. 12
Democracy Fund ....................................................................................... 13
Assistance for Europe, Eurasia, and Central Asia (AEECA) ................... 13
Migration and Refugee Assistance (MRA) ............................................... 13
United States Emergency Refugee and Migration Assistance (ERMA) Fund ... 13
Independent Agencies ............................................................................... 13
    Peace Corps ........................................................................................... 14
    Millennium Challenge Corporation (MCC) .......................................... 14
    Inter-American Foundation (IAF) ......................................................... 14
    United States African Development Foundation (USADF) ................... 14
Department of the Treasury ....................................................................... 14
    International Affairs Technical Assistance ........................................... 14
    Debt Restructuring .............................................................................. 14
    Tropical Forest and Coral Reef Conservation ..................................... 15
Title IV—International Security Assistance ..................................................... 15
Department of State ....................................................................................... 15
    International Narcotics Control and Law Enforcement (INCLE) .............. 15
    Nonproliferation, Anti-terrorism, Demining, and Related Programs (NADR) ... 15
    Peacekeeping Operations (PKO) .............................................................. 15
Funds Appropriated to the President ............................................................. 15
    International Military Education and Training (IMET) ............................. 15
    Foreign Military Financing Program (FMF) ............................................ 16
Title V—Multilateral Assistance ..................................................................... 16
International Organizations and Programs (IO&P) ......................................... 16
International Financial Institutions ................................................................ 16
    Global Environment Facility (GEF) ......................................................... 17
    Clean Technology Fund (CTF) ................................................................. 17
    World Bank: International Bank for Reconstruction and Development (IBRD) ... 17
    World Bank: International Development Association (IDA) ...................... 17
    Asian Development Fund (AsDF) .............................................................. 18
    African Development Bank (AfDB) ........................................................... 18
    African Development Fund (AfDF) ............................................................ 18
    International Fund for Agricultural Development (IFAD) .......................... 18
    Global Agriculture and Food Security Program (GAFSP) ......................... 18
    Treasury International Assistance Programs ............................................. 18
Title VI—Export and Investment Assistance .................................................. 18
Export-Import Bank of the United States ....................................................... 18
U.S. International Development Finance Corporation (DFC) ........................... 19
Trade and Development Agency (TDA) ........................................................... 19
Title VII—General Provisions ......................................................................... 19

## Tables

Table 1. FY2024 SFOPS Appropriations, by Title ........................................................................ 1

Table A-1. List of Acts for SFOPS Accounts, by Date of Enactment .......................................... 20

## Appendixes

Appendix. State, Foreign Operations Authorizing Legislation and *U.S. Code* References........... 20

## Contacts

Author Information...................................................................................................................... 21

# Introduction

The annual Department of State, Foreign Operations, and Related Programs appropriations legislation (SFOPS) is one of 12 appropriations bills that Congress considers annually to fund U.S. government discretionary activities. [1] SFOPS funds many U.S. government nondefense international affairs activities and programs. Congress structures SFOPS into several titles, which consist of broad spending categories. These titles are subdivided into paragraphs that each address one component account, a funding line item that includes one or several activities of the government. A single component account may cover one agency's entire annual budget, grant funds to an independent organization, or fund multiple activities associated with statutory authorities, among other things.

In the FY2024 Further Consolidated Appropriations Act (P.L. 118-47), the Department of State, Foreign Operations, and Related Programs Appropriations Act (Division F) is divided into seven titles, each associated with the following activities:

**Table 1. FY2024 SFOPS Appropriations, by Title**

| Title | Title Name | Activities |
|---|---|---|
| I | Department of State and Related Agency | State Department diplomatic engagement programs, personnel costs, general operations, information technology programs, public diplomacy and cultural exchanges, dues to international organizations and peacekeeping missions, international broadcasting, embassy construction and security, and direct funding to foreign affairs-focused nongovernmental organizations and legislative commissions. |
| II | United States Agency for International Development (USAID) | USAID personnel and administration activities worldwide. Excludes program implementation, which Title III funds. |
| III | Bilateral Economic Assistance | U.S. foreign assistance programs for economic development, global health, international disaster assistance, democracy programs, and several development-focused independent agencies. |
| IV | International Security Assistance | U.S. foreign assistance for international narcotics control and law enforcement (INCLE); nonproliferation, anti-terrorism, and demining (NADR); peacekeeping operations; international military education and training (IMET); and foreign military financing (FMF). |
| V | Multilateral Assistance | Funding to several multilateral development banks and U.N.-system organizations. |
| VI | Export and Investment Assistance | Funding for U.S. agencies promoting export and investment abroad. |
| VII | General Provisions | Cross-cutting guidance on programmatic priorities, use of funds, funding to specific regions and countries, and restrictions on funding. |

**Source:** Division F of P.L. 118-47.

Many of the component accounts within these titles correspond to one or several authorities in statute. Title 22 of the *U.S. Code* contains many of these authorities. Major acts in Title 22 include the State Department Basic Authorities Act of 1956 (P.L. 84-885; hereinafter the Basic

---

[1] The Office of Management and Budget (OMB) assigns three-digit codes to the various functions of the government. International affairs, designated "the 150 Account," also contains several subfunctions. For example, subfunction 151 encompasses international development and humanitarian assistance. International Commissions accounts are the only SFOPS appropriations outside the 150 Account—they are part of the 300 Natural Resources Budget Function.

Authorities Act), the Foreign Service Act of 1980 (P.L. 96-465), and the Foreign Assistance Act of 1961 (P.L. 87-195; hereinafter the FAA), among others. This report identifies the statutory authorities that correspond with each component account. A list of these major acts, and cross-references to their location in the *U.S. Code*, are in the **Appendix**. For information on SFOPS funding levels, trends, and congressional action, see CRS Report R47579, *Department of State, Foreign Operations, and Related Programs: FY2024 Budget and Appropriations*.

---

### FY2024 SFOPS Appropriations: Key Considerations[2]

Several issues should be taken into account when reviewing this report:

- Congress may create, eliminate, or consolidate component accounts and has made adjustments to account structure over the years. This report profiles component accounts only as they appear in the FY2024 Further Consolidated Appropriations Act.[3]

- Several activities that may be considered international affairs activities are included in other appropriations bills. Food assistance,[4] some global epidemic prevention activities,[5] and various security assistance and international energy activities are examples.

- Figures in the President's Budget include estimated revenues from government-collected fees.[6] These revenues need not be appropriated if Congress has previously authorized their use for an activity. Congress often sets a ceiling for total expenditures to such a component account, however.

- Public law requires that most SFOPS funding be authorized prior to receiving appropriations. If Congress does not enact an SFOPS authorization of appropriations, it must enact a waiver to this requirement, which it does routinely.[7]

---

# Account Descriptions

# Title I—Department of State and Related Agency

Title I, which typically totals about 30% of annual SFOPS funding (excluding supplemental funding, which is often weighed toward other Titles), funds priorities including (1) State Department diplomatic engagement programs, personnel costs, and general operations; (2) public diplomacy and cultural exchange programs; (3) embassy construction and diplomatic security activities; (4) information technology modernization and maintenance; (5) dues payments to international organizations and peacekeeping missions; (6) participation in international commissions; (7) U.S. government, nonmilitary international broadcasting; and (8) several foreign affairs-focused nongovernmental organizations and legislative commissions.

---

[2] For a general overview of the appropriations process, see CRS Report R42388, *The Congressional Appropriations Process: An Introduction*, coordinated by James V. Saturno.

[3] Congress may make these changes at its own initiative or at the President's request. Recent changes have affected the Assistance to Europe, Eurasia, and Central Asia; International Disaster Assistance; and Global Health Programs accounts, among others..

[4] On food aid, see CRS Report R45422, U.S. International Food Assistance: An Overview, by Alyssa R. Casey and Emily M. McCabe.

[5] Many of these activities are managed by the Department of Health and Human Services, in particular the Centers for Disease Control and Prevention.

[6] See below, for example, the Consular and Border Security Programs under Title I; contributions to international financial institutions under Title V; and the Export-Import Bank and Overseas Private Investment Corporation under Title VI.

[7] For example, see §7022 of the FY2024 Further Consolidated Appropriations Act, Division F (P.L. 118-47).

# Administration of Foreign Affairs

The Administration of Foreign Affairs heading provides funding for the State Department's diplomatic engagement programs, personnel, and operations. It is composed of the following component accounts.

## Diplomatic Programs (DP)

DP, the principal operating account of the State Department, includes four funding categories:

- **Human Resources** funds the salaries of domestic and overseas Foreign and Civil Service employees, Foreign Service Institute training programs, Bureau of Global Talent Management operating costs, and many of the State Department's diversity, equity, inclusion, and accessibility programs.

- **Overseas Programs** funds operations and management costs at the State Department's overseas posts, along with diplomatic engagement and public diplomacy programs to advance U.S. national security and foreign policy interests.

- **Diplomatic Policy and Support** funds the State Department's strategic and managerial units, such as the Office of the Secretary and the Bureaus of Administration, Budget and Planning, Information Resource Management, and Intelligence and Research, among others.

- **Security Programs** serves as the primary funding source for the Worldwide Security Protection item of Diplomatic Programs, which funds the Bureau of Diplomatic Security and other bureaus implementing programs to protect the State Department's staff, property, and information. Among other operating units, this category also funds the Special Presidential Envoy for Hostage Affairs, which is tasked with securing the freedom of U.S. nationals held hostage or wrongfully detained abroad.

## Consular and Border Security Programs (CBSP)

Congress established CBSP in 2017 and directed the State Department to deposit several consular fees and surcharges into this account that it is authorized by various laws to collect and expend on consular services, including passport and visa processing.[8] While fees the State Department deposits into CBSP primarily fund the Bureau of Consular Affairs (CA), some fees are allocated to other bureaus that support CA's operations. As it is almost entirely fee-funded, Congress does not usually provide an annual appropriation for CBSP.

## Capital Investment Fund (CIF)

Congress authorized the CIF in 1994 to provide for "the procurement and enhancement of information technology [IT] and other related capital investments" at the State Department and ensure the efficient management of such resources.[9] In recent years, the State Department has utilized the CIF to modernize its IT infrastructure and strengthen cybersecurity.

---

[8] Title VII, §7081 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2017 (Division J of P.L. 115-31), codified at 8 U.S.C. §1715.

[9] Title I, §135 of the Foreign Relations Authorization Act, FY1994-1995 (P.L. 103-236), as amended (22 U.S.C. §2684a).

## Office of Inspector General (OIG)

This account funds the State Department's Office of Inspector General (OIG). The OIG conducts independent audits, inspections, evaluations, and investigations of the programs and operations of the State Department and the U.S. Agency for Global Media. Congress also directly funds the Special Inspector General for Afghanistan Reconstruction (SIGAR) through this account. Congress has authorized both the OIG and SIGAR in statute.[10]

## Educational and Cultural Exchange Programs (ECE)

ECE funds the State Department's management of U.S. educational, professional, and cultural exchanges, such as the Fulbright Program, the International Visitor Leadership Program, and the Citizen Exchange Programs. Authority for these programs derives from the Mutual Educational and Cultural Exchange Act of 1961 (also referred to as the Fulbright-Hays Act; P.L. 87-256).

## Representation Expenses

The Representation Expenses account provides for expenses involved with establishing and maintaining U.S. diplomatic relationships abroad, including U.S. government representation at cultural and traditional events such as national holidays.

## Protection of Foreign Missions and Officials

As authorized in law, this account funds reimbursable expenses to municipal, state, and federal law enforcement agencies throughout the United States, along with qualified security professionals, for "extraordinary" protective services provided to foreign missions and officials.[11]

## Embassy Security, Construction, and Maintenance (ESCM)

ESCM provides for the acquiring, designing, constructing, operating, maintaining, leasing, and disposing of U.S. embassies and other diplomatic properties around the world. Congress designates a share of the ESCM appropriation for Worldwide Security Upgrades, which, along with contributions from other agencies with personnel assigned to U.S. overseas posts, funds much of the planning, design, construction, and maintenance of such posts.

## Emergencies in the Diplomatic and Consular Service (EDCS)

Congress authorized the EDCS account to meet several requirements, including emergency evacuations of U.S. diplomats and their families or, in some circumstances, private U.S. citizens or third-country nationals. It also funds some travel costs of senior Administration officials and expenses involved with the hosting of international summits and conferences in the United States.[12] Additionally, this account funds the State Department's Rewards Program, through which rewards are transmitted to individuals for information on matters including international

---

[10] Title I, §209 of the Foreign Service Act of 1980 (P.L. 96-465), as amended (22 U.S.C. §3929); Title IV, §413 of the Omnibus Diplomatic Security and Antiterrorism Act of 1986 (P.L. 99-399), as amended (22 U.S.C. §4861); and Division A, Title XII, §1229 of the National Defense Authorization Act for Fiscal Year 2008 (P.L. 110-181), as amended (5 U.S.C. §415 note).

[11] Title II, §214 of the State Department Basic Authorities Act of 1956 (P.L. 84-885), as amended (22 U.S.C. §4314) and §605(a) of the Secret Service Authorization and Technical Modification Act of 2005 (Title VI of P.L. 109-177), codified at 18 U.S.C. §3056A(d).

[12] §4(a) and (b) of the State Department Basic Authorities Act of 1956 (P.L. 84-885), as amended (22 U.S.C. §2671).

terrorism, international narcotics-related activities, transnational organized crime, foreign election interference, and war crimes.[13]

## Repatriation Loans Program Account

As authorized in law, the Repatriation Loans Program account subsidizes small loans to destitute U.S. citizens abroad who are unable to fund their return to the United States.[14]

## Payment to the American Institute in Taiwan (AIT)

The Taiwan Relations Act (P.L. 96-8) provides that U.S. relations with Taiwan shall be carried out through the American Institute in Taiwan (AIT), a nonprofit, private corporation created shortly after the United States changed its diplomatic recognition from Taipei to Beijing in 1979.[15] AIT's Taipei office performs many of the same functions as U.S. embassies elsewhere. This account funds AIT costs and core activities that AIT implements on behalf of the U.S. government.

## International Center, Washington, DC

The International Center, or International Chancery Center (ICC), is a diplomatic enclave sited on a 47-acre lot located in Washington, DC.[16] The International Center Act (P.L. 90-553) authorizes the State Department to use fees paid by executive agencies and foreign governments for use of the ICC to fund ICC operations and maintenance, subject to congressional appropriations.

## Payment to the Foreign Service Retirement and Disability Fund

This account provides mandatory funding comprising State Department and USAID contributions to the Foreign Service Retirement and Disability System and the Foreign Service Pension System, as authorized in the Foreign Service Act of 1980 (P.L. 96-465).[17]

# International Organizations

The State Department uses funds provided in the following two accounts under the International Organizations heading to pay the United States' assessed contributions (membership dues) to many international organizations and peacekeeping efforts that it supports. The State Department provides these assessed contributions pursuant to various treaties and laws. For example, the United Nations Participation Act authorizes United States participation in and funding of the United Nations (U.N.).[18] Title V of SFOPS appropriates voluntary contributions to multilateral organizations.

---

[13] The Rewards Program is authorized pursuant to §36 of the State Department Basic Authorities Act of 1956 (P.L. 84-885), as amended (22 U.S.C. §2708).

[14] See §4(b) and (d) of the State Department Basic Authorities Act of 1956 (P.L. 84-885), as amended (22 U.S.C. §2671).

[15] §6 of the Taiwan Relations Act (P.L. 96-8), codified at 22 U.S.C. §3305.

[16] International Center Act of 1968 (P.L. 90-553), as amended.

[17] Title I, Chapter 8 of the Foreign Service Act of 1980 (P.L. 96-465), as amended (Title 22, Chapter 52, Subchapter VIII of the *U.S. Code*).

[18] U.N. Participation Act (P.L. 79-264), as amended (Title 22, Chapter 7, Subchapter XVI of the *U.S. Code*).

## Contributions to International Organizations (CIO)

CIO funds the United States' assessed contributions to the budget of the United Nations, U.N. affiliated agencies, inter-American organizations, and other international organizations.

## Contributions for International Peacekeeping Activities (CIPA)

CIPA funds the United States' assessed contributions to U.N. peacekeeping operations worldwide, as well as contributions to the International Residual Mechanism for Criminal Tribunals.

# International Commissions

Accounts under the International Commissions heading fund U.S. obligations under law or treaty to several bilateral and multilateral commissions, including

- the International Boundary and Water Commission (between the United States and Mexico) and the Community Assistance Program of the North American Development Bank (formerly the Border Environment Cooperation Commission between the United States and Mexico);
- the International Joint Commission and the International Boundary Commission (both between the United States and Canada); and
- several international fisheries commissions, such as the Great Lakes Fishery Commission and the International Pacific Halibut Commission.

# U.S. Agency for Global Media (USAGM)

The sole listing under the "Related Agency" heading, USAGM is the independent federal agency supervising civilian U.S. government-funded international broadcasting to foreign publics. Led by USAGM's Chief Executive Officer, the agency supervises and supports six distinct entities: two federal organizations, the Voice of America and the Office of Cuba Broadcasting, and four nonprofit organizations receiving federal grants from USAGM, which are Radio Free Europe/Radio Liberty, Radio Free Asia, the Middle East Broadcasting Networks, and the Open Technology Fund.[19] The heading is divided into two accounts, as follows.

## International Broadcasting Operations (IBO)

IBO is the USAGM core operating account. USAGM uses IBO resources to operate all of its aforementioned media organizations, while also meeting related program delivery and support costs.

## Broadcasting Capital Improvements (BCI)

BCI funds major capital projects, improvements, and maintenance of both USAGM's global transmission network and its digital multimedia infrastructure.

---

[19] USAGM, "Structure," at https://www.usagm.gov/who-we-are/organizational-chart/. For more information, see CRS Report R46968, *U.S. Agency for Global Media: Background, Governance, and Issues for Congress*, by Matthew C. Weed.

# Related Programs

Through the Related Programs heading, Congress funds several nongovernmental entities that pursue objectives aligned with U.S. foreign policy goals. Many of these organizations were created by acts of Congress. Congress funds several of these organizations by providing them authority to use interest and earnings generated from trust funds Congress established to fund their operations.

## The Asia Foundation

The Asia Foundation is a nonprofit, international development-focused organization based in San Francisco that implements programming in the Indo-Pacific focused on matters including good governance, women's empowerment and gender equality, inclusive economic growth, and environment and climate. The annual appropriation Congress provides the Asia Foundation is authorized pursuant to the Asia Foundation Act of 1983.[20] In addition to the U.S. government, foreign governments and multilateral institutions, foundations, corporations, and individuals fund the Asia Foundation's work.[21]

## United States Institute of Peace (USIP)

Congress established USIP in 1984 to promote international peace and the nonviolent resolution of conflict around the world.[22] Among other efforts, USIP serves as an intermediary among foreign governments, civil society, and U.S. government officials; works in conflict zones with national, regional, and community level stakeholders to connect top-down and bottom-up initiatives; and convenes audiences to exchange views on solving the most pressing peace and security challenges.[23]

## Center for Middle Eastern-Western Dialogue Trust Fund

Congress created the Center for Middle Eastern-Western Dialogue (Hollings Center) in 2004 and provided it with a dedicated trust fund.[24] Based in Istanbul, the Hollings Center promotes dialogue between the United States and nations with predominantly Muslim populations to generate new thinking on key international issues and expand people-to-people contacts.[25]

## Eisenhower Exchange Fellowship Program

The Eisenhower Exchange Fellowship Program brings professionals who are rising leaders in their countries to the United States and sends their U.S. counterparts abroad for learning and networking opportunities.[26] In 1990, Congress created a dedicated trust fund for the Eisenhower

---

[20] The Asia Foundation Act (Title IV of P.L. 98-164), as amended (Title 22, Chapter 54, Subchapter I of the *U.S. Code*).

[21] Asia Foundation, "About the Asia Foundation," at https://asiafoundation.org/about/ and Asia Foundation, "Our Donors," at https://asiafoundation.org/support/our-donors/.

[22] United States Institute of Peace Act (Title XVII of P.L. 98-525), as amended (Title 22, Chapter 56 of the *U.S. Code*).

[23] United States Institute of Peace, "About USIP," at https://www.usip.org/about.

[24] "International Center for Middle Eastern-Western Dialogue Trust Fund" subheading and §633 of the Commerce, Justice, and State, the Judiciary, and Related Agencies Appropriations Act, 2004 (Division B, Titles IV and VI of P.L. 108-199), codified at 22 U.S.C. §2078.

[25] Hollings Center, "Our History," at https://hollingscenter.org/who-we-are/.

[26] Eisenhower Fellowships, "About Us," at https://www.efworld.org/about-us/.

Program to ensure it remained well resourced in providing career development opportunities to prepare participants for increasingly senior positions in government, business, and nongovernmental organizations.[27]

### Israeli Arab Scholarship Program (IASP)

Congress authorized the IASP in 1991, providing the program with an endowment enabling it to fund scholarships for Israeli Arabs to attend institutions of higher education in the United States.[28]

### East-West Center

Congress authorized the establishment of the East-West Center in 1960.[29] Based in Hawaii, the East-West Center promotes better relations and understanding between the United States and Asia-Pacific nations through cooperative study, research, and dialogue. In addition to U.S. government funding, it receives support from foreign governments, private agencies, individuals, foundations, and corporations.[30]

### National Endowment for Democracy (NED)

Congress authorized federal funding for the NED in 1983.[31] NED is an independent, nonprofit organization dedicated to fostering the growth of democratic institutions abroad, including political parties, trade unions, free market think tanks, and business organizations.[32] NED maintains four "core institutes," each affiliated with a U.S. domestic organization. The National Democratic Institute (NDI) and the International Republican Institute (IRI), which represent the two major American political parties, are nonpartisan entities that promote and bolster electoral democracy.[33] The Center for International Private Enterprise, affiliated with the U.S. Chamber of Commerce, works to strengthen democratic institutions to enable the private sector to flourish, while the Solidarity Center, allied with the AFL-CIO, supports labor rights in workplaces abroad.[34] NED also receives funding from the Democracy Fund in Title III of SFOPS.

## Other Commissions

Congress has established several commissions to advance selected U.S. foreign policy objectives. Most of these commissions are listed under the Legislative Branch Boards and Commissions in the President's budget request to Congress. However, Congress funds these commissions through SFOPS given their international affairs focus.

---

[27] Eisenhower Exchange Fellowship Act of 1990 (P.L. 101-454), as amended (20 U.S.C. Chapter 63).

[28] Title II, §214 of the Foreign Relations Authorization Act, Fiscal Years 1992 and 1993 (P.L. 102-138), codified at 22 U.S.C. §2452 note.

[29] Center for Cultural and Technical Interchange Between East and West Act of 1960 (Chapter VII of P.L. 86-472), as amended (22 U.S.C. Chapter 29, Subchapter I).

[30] East-West Center, "Mission," at https://www.eastwestcenter.org/about/mission.

[31] National Endowment for Democracy Act (Title V of P.L. 98-164), as amended (22 U.S.C. Chapter 54, Subchapter II).

[32] National Endowment for Democracy, "About the National Endowment for Democracy," at https://www.ned.org/about/.

[33] National Democratic Institute, "Who We Are," at https://www.ndi.org/who-we-are and International Republican Institute, "About IRI," at https://www.iri.org/about-iri/.

[34] Center for International Private Enterprise, "Who We Are," at https://www.cipe.org/who-we-are/ and Solidary Center, "Who We Are," at https://www.solidaritycenter.org/who-we-are/.

## Commission for the Preservation of America's Heritage Abroad

Congress created the Commission for the Preservation of America's Heritage Abroad in 1985.[35] This 21-member independent executive agency seeks to identify cemeteries, monuments, and historic buildings in Eastern and Central Europe that are associated with the heritage of U.S. citizens (especially American Jews) and works to obtain assurances from the governments of the region that they will be protected and preserved. The commission also facilitates private and foreign government site restoration, preservation, and memorialization projects.[36]

## United States Commission on International Religious Freedom (USCIRF)

Congress created USCIRF in 1998 and has tasked it with reviewing the facts and circumstances of violations of religious freedom around the world and providing policy recommendations and options to the President, the Secretary of State, and Congress on matters involving international religious freedom.[37] Of USCIRF's nine commissioners, three are appointed by the President and six are appointed by congressional leadership.[38]

## Commission on Security and Cooperation in Europe (CSCE)

Congress established the CSCE (also known as the U.S. Helsinki Commission) in 1976.[39] The CSCE monitors and promotes human rights, democracy, and economic, environmental, and military cooperation in the 57-country Organization for Security and Cooperation in Europe (OSCE).[40] Members of Congress serve on the commission with executive branch officials.

## Congressional-Executive Commission on the People's Republic of China (CECC)

Congress created the CECC in 2000, providing it with a mandate to monitor human rights and the development of the rule of law in the People's Republic of China and issue annual reports to Congress that outline its findings and provide recommendations for legislative or executive action.[41] Members of Congress serve on the CECC with executive branch officials.[42]

## United States-China Economic and Security Review Commission

Congress created the United States-China Economic and Security Review Commission in 2000, tasking it with monitoring, investigating, and reporting to Congress on the national security implications of the bilateral trade and economic relationship between the United States and the

---

[35] Title XIII, §1303 of the International Security and Development Cooperation Act of 1985 (P.L. 99-83), as amended (54 U.S.C. Chapter 3123).

[36] Commission for the Preservation of America's Heritage Abroad, "About," at https://www.heritageabroad.gov/about.

[37] Title II of the International Religious Freedom Act of 1998 (P.L. 105-292) as amended (22 U.S.C. Chapter 73 Subchapter II).

[38] United States Commission on International Religious Freedom, "Frequently Asked Questions," at https://www.uscirf.gov/about-uscirf/frequently-asked-questions.

[39] A bill to establish a Commission on Security and Cooperation in Europe (P.L. 94-304), as amended (22 U.S.C. Chapter 45).

[40] Commission on Security and Cooperation in Europe, "About the Commission on Security and Cooperation in Europe," at https://www.csce.gov/about-commission-security-and-cooperation-europe/.

[41] Title III of the U.S.-China Relations Act of 2000 (Division B of P.L. 106-286), as amended (22 U.S.C. Chapter 77 Subchapter II).

[42] Congressional-Executive Commission on China, "About," at https://www.cecc.gov/about.

People's Republic of China, while also providing recommendations for legislative and executive action.[43] Congressional leadership appoint the commission's members.[44]

### Commission on Reform and Modernization of the Department of State

The Commission on Reform and Modernization of the Department of State, established by Congress in 2022, has a statutory mandate to examine "the changing nature of diplomacy" and offer recommendations to the President and Congress for modernizing the State Department's structure and operational practices to best advance U.S. interests.[45] The commission's authorizing statute provides that up to 4 of its 16 members may be Members of Congress and the remainder shall be private citizens. This commission is scheduled to terminate 60 days after it issues a final report detailing its findings, conclusions, and recommendations.

# Title II—United States Agency for International Development (USAID)

This title provides operational funds for USAID, an independent agency under the foreign policy guidance of the Department of State directly responsible for implementing most bilateral development assistance and disaster relief programs, many of which are funded in Title III of SFOPS.[46]

## Operating Expenses (OE)

The OE account funds USAID's overseas and domestic operational expenses, including salaries and benefits, overseas mission activities, staff training, physical security, and information technology maintenance.

## Capital Investment Fund (CIF)

Established in FY2003, the CIF supports the modernization of USAID's information technology systems. Unlike the State Department's Capital Investment Fund, USAID's CIF also funds the construction of facilities overseas in lieu of a separate component account.

## Office of Inspector General

This account supports operational costs of USAID's Office of the Inspector General, which conducts audits and investigations of USAID programs, as well as of the Millennium Challenge Corporation, the Inter-American Foundation, and the United States African Development Foundation. USAID's OIG also conducts limited oversight of the Development Finance Corporation.

---

[43] Division A, Title XII, §1238 of the Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 (P.L. 106-398), as amended (22 U.S.C. §7002).

[44] U.S.-China Economic and Security Review Commission, "About Us," at https://www.uscc.gov/about-us.

[45] The Commission on Reform and Modernization of the Department of State Act (Division I, Title XCVIII, §9803 of P.L. 117-263).

[46] For more on USAID, see CRS In Focus IF10261, *U.S. Agency for International Development: An Overview*, by Emily M. McCabe.

# Title III—Bilateral Economic Assistance

Under this title, funds are appropriated in support of U.S. government departments and independent agencies conducting humanitarian, development, and other programs meeting U.S. foreign policy objectives throughout the world.

## Global Health Programs (GHP)

GHP comprises two accounts supporting multiple health activities conducted by USAID and by the State Department (Foreign Assistance Act of 1961, as amended [FAA], §104[47]).[48]

### Global Health-USAID

Managed by USAID, appropriations in this account fund programs focused on combating infectious diseases such as HIV/AIDS, malaria, and tuberculosis. Programs also focus on immunization, oral rehydration, maternal and child health, vulnerable children, and family planning and reproductive health.

### Global Health-State

Managed by the Office of the Global AIDS Coordinator (OGAC) in the Department of State, this account is the largest source of funding for the President's Emergency Plan for AIDS Relief (PEPFAR). Funds from this account are transferred to programs implemented by USAID, the Department of Defense, the Centers for Disease Control and Prevention, and the Peace Corps, among others. A specified amount from the Global Health-State account supports the U.S. contribution to the multilateral Global Fund to Fight AIDS, Tuberculosis, and Malaria.

## Development Assistance (DA)

Managed by USAID, the Development Assistance account funds programs aligned with priorities in Part I of the FAA, including sectors referenced in Chapters 1 and 2 targeting

- agriculture and rural development (§103);
- education and human capital (§105);
- energy (§106(b));
- urban economic and social development (§106(d));
- technical cooperation and development (§106(d)(1));
- economic development research and evaluation (§106(d)(2));
- disaster preparedness and reconstruction (§106(d)(3));
- U.S. citizen-sponsored schools and hospitals overseas (§214); and
- micro-, small-, and medium-enterprise development programs (including credit access) (§252).

---

[47] An annotated version of the FAA can be found at https://www.govinfo.gov/content/pkg/COMPS-1071/pdf/COMPS-1071.pdf.

[48] For more on GHP appropriations, see CRS In Focus IF11758, *U.S. Global Health Funding: FY2020-FY2023 Appropriations*, by Tiaji Salaam-Blyther and Catherine L. Able-Thomas.

Through the FAA's general authorities, DA also funds environment, democracy and governance, water and sanitation, and human rights programs, among others. In sub-Saharan Africa specifically, DA funds particular priorities for that region described in FAA Chapter 10, including agricultural production and natural resources, health, voluntary family planning services, education, and income-generating activities (§496).

## International Disaster Assistance (IDA)

Managed by USAID's Bureau for Humanitarian Assistance, this account provides relief and rehabilitation to nations struck by natural and manmade disasters and emergencies (FAA, §491[b]). The account also provides emergency food assistance using what USAID refers to as "market-based approaches" (i.e., cash transfers, food vouchers, and food sourced either in the country or region in which it will be provided) to complement commodity food aid provided through the Food for Peace Act, Title II Grants account in the agriculture appropriation (FAA, §491[c]).

## Transition Initiatives

The Transition Initiatives account supports USAID's Office of Transition Initiatives (OTI), an entity established in 1994 to bridge the gap between stabilization and sustainable development. It supports flexible, short-term assistance projects in political transition countries that are moving from war to peace, civil conflict to national reconciliation, or where political instability has not yet erupted into violence and where conflict mitigation might prevent the outbreak of such violence. Although both Transition Initiatives and IDA operate under disaster response authority of the FAA (§491), IDA focuses on humanitarian needs, while Transition Initiatives targets political factors to build peaceful and democratic societies.

## Complex Crises Fund (CCF)

The fund supports USAID responses to emerging or unforeseen crises with projects aimed at addressing the root causes of conflict or instability. Previously funded through Defense appropriations (as authorized in the National Defense Authorization Act of 2006, Section 1207, P.L. 109-163), today USAID administers CCF under Section 509(b) of the Global Fragility Act of 2019 (Title V of Division J of P.L. 116-94).

## Economic Support Fund (ESF)

The Economic Support Fund, authorized under Part II, Chapter 4 of the FAA (§531), supports economic assistance, in part to advance U.S. political and strategic goals in countries of special importance to U.S. foreign policy. Once used primarily in support of the Middle East peace process (in FY1997, for example, 87% of ESF went to Israel, Egypt, the West Bank and Jordan), the use of ESF funds has expanded in recent years to support a broader range of countries. ESF supports development projects that may be indistinguishable from those supported by other accounts, but is also used for direct budget support aid and sovereign loan guarantees. The majority of direct budget support the United States has provided to the Government of Ukraine since FY2022, for example, has been drawn from ESF. The State Department makes ESF policy and program decisions; USAID, in large part, administers the programs.

# Democracy Fund

This account supports democracy promotion programs overseen by the State Department's Bureau of Democracy, Human Rights and Labor (DRL) and USAID's Bureau for Development, Democracy, and Innovation (DDI). Congress directs a portion of the appropriation to each Bureau. Authorities for this account are found throughout the FAA, but specific reference to the Democracy Fund was added in 2002 (§664, P.L. 107-228). The account is also meant to carry out the purposes of Sections 502(b)(3) and (5) of the National Endowment for Democracy Act (P.L. 98-164).

## Assistance for Europe, Eurasia, and Central Asia (AEECA)

This account provides economic assistance to once-Communist states of the former Soviet Union and Eastern Europe, and is the successor to two earlier accounts that channeled aid to the region after the Cold War.[49] AEECA was discontinued at the Obama Administration's request between FY2013 and FY2015, during which time these activities were funded through the ESF, GHP, and INCLE accounts, and reinstated in FY2016. Authorities under this account are found in the FAA (§498-499), the FREEDOM Support Act (P.L. 102-511), and the Support for Eastern European Democracy (SEED) Act of 1989 (P.L. 101-179). The State Department makes AEECA policy program decisions; USAID, in large part, administers AEECA-funded programs.

## Migration and Refugee Assistance (MRA)

The Migration and Refugee Assistance account, administered by the State Department's Bureau of Population, Refugees, and Migration (PRM), supports refugee assistance and protection activities worldwide. The MRA account supports U.S. contributions to U.N. entities such as the U.N. High Commissioner for Refugees (UNHCR) and the International Organization for Migration (IOM), as well as organizations such as the International Committee for the Red Cross. It also funds resettlement of refugees to other countries as well as processing and initial placement of refugees to the United States.[50] The Migration and Refugee Assistance Act of 1962, as amended, sets out these authorities (P.L. 87-510).

## United States Emergency Refugee and Migration Assistance (ERMA) Fund

ERMA is a humanitarian contingency fund for rapid deployment in unanticipated urgent refugee and migrant emergencies. Appropriations typically replenish this account up to a congressionally authorized level, and the executive branch must notify Congress when funds are used.

## Independent Agencies

Several agencies operate independently and report directly to the Executive Office of the President, unlike USAID, which operates under guidance from the Secretary of State.

---

[49] The accounts were commonly known as the SEED Act account (Support for East European Democracy), after its authorizing legislation (P.L. 101-179), and the FREEDOM Support Act account (Freedom for Russia and Emerging Eurasian Democracies and Open Markets Support Act), after its authorizing legislation (P.L. 102-511). The FAA also includes certain priorities under this account for this region.

[50] Congress funds refugee expenses after initial settlement in the United States under the Department of Health and Human Services' Refugee and Entrant Assistance account.

## Peace Corps[51]

The Peace Corps sends U.S. volunteers to developing countries to provide technical aid and to promote mutual understanding on a people-to-people basis between the United States and citizens of foreign nations (Peace Corps Act of 1961, P.L. 87-293).

## Millennium Challenge Corporation (MCC)[52]

The MCC provides large-scale, five-year development grants to foreign governments. Known as "compacts" and underpinned by bilateral agreements, these grants are intended to promote economic growth and to eliminate extreme poverty in countries chosen and determined to be eligible, in part, based on their demonstrated commitment to just and democratic governance; investment in health, education, and the environment; and support for economic freedom. Congress established and authorized the MCC in the Millennium Challenge Act of 2003 (Title VI of P.L. 108-199).

## Inter-American Foundation (IAF)

The IAF is a nonprofit corporation that finances small-scale enterprise and grassroots community self-help activities aimed at the social and economic development of poor people in Latin America, as originally set out in the Foreign Assistance Act of 1969 (P.L. 91-179), which established it as an independent entity.

## United States African Development Foundation (USADF)

The USADF is a nonprofit corporation that finances small-scale enterprise and grassroots community self-help activities aimed at the social and economic development of marginalized populations and communities in Africa. Modeled after the IAF, it was established by the African Development Foundation Act in 1980 (Title V of P.L. 96-533).

# Department of the Treasury

## International Affairs Technical Assistance

This program deploys financial advisors to provide technical assistance to developing or transitional countries in support of economic reforms, with a focus on banking and financial institutions, financial crimes, government debt, revenue policy, and budget and financial accountability (FAA §129, added in 1998 by P.L. 105-277).

## Debt Restructuring

Appropriations for this account seek to help some of the world's poorest countries achieve economic stability and growth, and reduce poverty. Certain restructuring and relief may be pursuant to multilateral debt restructurings such as the Paris Club debt restructurings and the "Common Framework for Debt Treatments beyond the Debt Service Suspension Initiative." Such amounts may also be provided notwithstanding any other provision of law.

---

[51] For further information on the Peace Corps, see CRS Report RS21168, *The Peace Corps: Overview and Issues*, by Nick M. Brown.

[52] For further information on the Millennium Challenge Corporation, see CRS Report RL32427, *Millennium Challenge Corporation: Overview and Issues*, by Nick M. Brown.

**Tropical Forest and Coral Reef Conservation**

This account provides for the costs of modifying loans and loan guarantees to eligible countries subject to the Tropical Forest and Coral Reef Conservation Act of 1998 (Part V of the FAA [§801 et seq.]). In order to be eligible, a country must be a developing country with a tropical forest or coral reef that has also met other criteria (e.g., has a democratic government, cooperates on international narcotics control matters, and has put in place investment reforms, among others).

# Title IV—International Security Assistance

## Department of State

### International Narcotics Control and Law Enforcement (INCLE)

INCLE funds international counternarcotics activities; programs to combat transnational crime and corruption, including combating human and wildlife trafficking; and rule of law activities focused on strengthening criminal justice institutions and law enforcement capacity building (e.g., foreign police assistance). The State Department's Bureau of International Narcotics and Law Enforcement Affairs (INL) coordinates and oversees the majority of INCLE activities. INCLE authorities primarily derive from the FAA (§481-490).

### Nonproliferation, Anti-terrorism, Demining, and Related Programs (NADR)

This account funds a variety of State Department-managed activities aimed at countering proliferation of weapons of mass destruction (FAA, §581-586), supporting antiterrorism training and related activities (FAA, §571-575), and promoting demining operations in developing nations (FAA, §301). It also funds voluntary contributions to certain nonproliferation-focused international organizations (FAA, §301). Programs also finance certain defense articles related to nonproliferation, demining, and antiterrorism to friendly governments (Arms Export Control Act, §23, P.L. 90-629), and disarmament in the former Soviet Union (FREEDOM Support Act, §504, P.L. 102-511).

### Peacekeeping Operations (PKO)

Unlike the Title I Contributions to Peacekeeping Activities (CIPA) account, which provides assessed funds for U.N. peacekeeping operations, the PKO account provides voluntary support for multilateral efforts in conflict resolution, such as the training of African peacekeepers and funding operations of the Multinational Force and Observers mission in the Sinai. The State Department controls the funds and sets PKO program policies (FAA, §551-563). The Department of Defense implements the activities.

## Funds Appropriated to the President

### International Military Education and Training (IMET)

Through IMET, the United States provides training and education to selected foreign military and civilian personnel on U.S. military practices and standards, including democratic values like civilian control of the military. Participants take courses at military education facilities in the United States or receive instruction from U.S. training teams abroad. The State Department

controls the funds and has policy authority over the program (FAA, §541-549), which the Department of Defense implements.

### Foreign Military Financing Program (FMF)

The Foreign Military Financing Program supports U.S. overseas arms transfers on a loan and grant basis. Funding generally may be used by recipient countries only to purchase U.S. weapons, equipment and training, though a portion of FMF to Israel may be used to support purchases from Israeli defense firms.[53] The State Department controls the funds and has policy authority (Arms Export Control Act, §23). The Department of Defense implements this program.

# Title V—Multilateral Assistance

## International Organizations and Programs (IO&P)

This State Department-administered account provides voluntary U.S. contributions to support international organizations and entities involved in a range of development, humanitarian, and scientific activities, including the U.N. Development Program (UNDP), U.N. Environment Program (UNEP), U.N. Children's Fund (UNICEF), and U.N. Population Fund (UNFPA). IO&P is distinct from the CIO account under Title I, which funds assessed contributions (dues) to international organizations. Authority is derived from the FAA (§301-307 on International Organizations and Programs).

## International Financial Institutions[54]

Under this category, funds are provided through the Department of the Treasury to a wide range of multilateral financial institutions, which offer loans—both "soft" (i.e., concessional) and "hard" (i.e., near-market rate)—and some grants to developing countries and private sector entities in those countries. Not all international financial institutions require or receive U.S. contributions from year to year; some receive funding under multiyear "replenishments."[55]

---

[53] For more on FMF for Israel, see CRS Report RL33222, *U.S. Foreign Aid to Israel*, by Jeremy M. Sharp.

[54] For an overview of these institutions, see CRS Report R41170, *Multilateral Development Banks: Overview and Issues for Congress*, by Rebecca M. Nelson.

[55] Among entities that sometimes receive funding but for which there was no appropriation in FY2024 are the following:

**Inter-American Development Bank (IDB).** The IDB promotes economic and social development in Latin America and the Caribbean by providing near-market rate loans through its ordinary capital account and concessional loans to the poorest nations through its Fund for Special Operations (FSO). Appropriated funds support the "general capital increase" at the IDB.

**The International Finance Corporation (IFC).** IFC, another World Bank window, makes loans and equity investments to promote growth of productive private enterprise in developing nations.

**World Bank Multilateral Investment Guaranty Agency (MIGA).** MIGA encourages private investment in developing countries by offering insurance against noncommercial risks such as expropriation.

**European Bank for Reconstruction and Development (EBRD).** The EBRD lends at near-market rates to help East European and former Soviet states adopt market economies. Private sector and privatizing public sector firms receive substantial amounts of EBRD lending.

**Inter-American Investment Corporation (IIC).** The IIC is an IADB facility that makes loans and equity investments to promote the growth of small and medium-sized private enterprise in Latin America and the Caribbean.

**Enterprise for the Americas Multilateral Investment Fund (MIF).** The MIF, a multidonor trust fund residing within (continued...)

Authorizations for these contributions have historically been provided in appropriations acts of the relevant year.

In the case of concessional lending or grant-making institutions, U.S. appropriations contribute through annual installments toward periodically-agreed donor replenishments as capital is drawn down. Nonconcessional bank institutions typically require new financial commitments only in order to increase the institution's capitalization, as in the ongoing capital increase for the African Development Bank (see below).[56] For FY2024, funds were appropriated for the entities below.

### Global Environment Facility (GEF)

Established by the UNDP, UNEP, and the World Bank, the GEF, administered by the World Bank, makes grants to help developing countries deal with global environmental problems.

### Clean Technology Fund (CTF)

CTF is a multilateral fund, for which the World Bank is trustee. It seeks to reduce the growth of greenhouse gas emissions in developing countries by financing the extra costs of commercially available cleaner technologies over dirtier, conventional alternatives.

### World Bank: International Bank for Reconstruction and Development (IBRD)[57]

The IBRD is the World Bank "window" or "facility" that provides loans on near-market terms to promote economic development primarily in middle-income countries, based largely on bond sales. Appropriated funds support the "general capital increase" at the IBRD.

### World Bank: International Development Association (IDA)

As the World Bank's "soft loan" window, IDA provides concessional loans, grants, and debt relief to the lowest-income countries in the world.

---

the Inter-American Development Bank, provides technical and financial assistance to help countries in Latin America and the Caribbean to reform their investment policies in order to attract foreign investment.

**Strategic Climate Fund (SCF).** Another multidonor fund seeking to address climate change under the auspices of the World Bank, the SCF supports three targeted programs: the Pilot Program for Climate Resilience, the Forest Investment Program, and the Program for Scaling-Up Renewable Energy in Low-Income Countries. Each program seeks to pilot new approaches and scaled-up activities to address climate change challenges in developing countries.

**Asian Development Bank (AsDB).** The Asian Development Bank provides loans on near-market terms to promote economic development. When Congress appropriates funds to AsDB, it is for a general capital increase to expand lending. AsDF appropriations, by contrast, contribute to AsDB grant-making.

**North American Development Bank (NADBank).** The NADBank is governed by the United States and Mexico as part of the North American Free Trade Agreement (NAFTA). It began lending in 1996 to finance environmental infrastructure projects along the U.S./Mexico border, as well as community adjustment and investment activities in both nations.

**International Monetary Fund (IMF) Facilities and Trust Funds.** For FY2023, Congress made funds available for the IMF's Poverty Reduction and Growth Trust (PRGT) or the Resilience and Sustainability Trust (RST). PGRT financing provides concessional support for low-income countries and may vary in duration; RST focuses on longer-term challenges such as climate change and pandemic preparedness.

[56] A 2010 agreement to increase the IBRD's capitalization similarly resulted in five corresponding appropriation installments from 2012 to 2016. A similar IBRD agreement in 2018 resulted in an appropriations request for FY2020 in the President's Budget.

[57] For more on both IBRD and IDA, see CRS In Focus IF11361, *The World Bank*, by Rebecca M. Nelson.

### Asian Development Fund (AsDF)

The AsDF is the grants-only window of the Asian Development Bank (AsDB), which finances economic development programs in lower-income countries in Asia and the Pacific. AsDF ceased issuing concessional loans in 2017. AsDB now finances and issues all concessional loans directly through its capital reserves.

### African Development Bank (AfDB)

The AfDB lends at near-market rates to public and private entities, with special emphasis on agriculture, infrastructure, and industrial development. To support a general capital increase, legislative provisions include both paid-in capital and callable capital subscriptions.[58]

### African Development Fund (AfDF)

Part of the African Development Bank, the AfDF provides concessional loans and grants to low-income African countries.

### International Fund for Agricultural Development (IFAD)

IFAD is a U.N.-system financial institution that issues grants and low-interest loans to developing countries to increase rural incomes, improve nutritional levels, and advance food security.

### Global Agriculture and Food Security Program (GAFSP)

GAFSP is a multilateral financial institution focused on food and nutrition security. Program funding supports grants, technical assistance, concessional loans, blended finance, and advisory services in partnership with development agencies. The United States chairs this fund's Steering Committee.

### Treasury International Assistance Programs

Funds made available for this account may be used for loan guarantees to the IBRD and Asian Development Bank (AsDB). Funds may also be transferred to the Contributions to the International Development Association account and Department of the Treasury accounts found in Title III.

# Title VI—Export and Investment Assistance

## Export-Import Bank of the United States[59]

Ex-Im Bank issues direct loans, loan guarantees, and export credit insurance to support U.S. exports of goods and services. It aims to support U.S. jobs by providing such financing and insurance when the private sector is unwilling or unable to do so alone and/or to counter financing offered by foreign countries through their export credit agencies. Ex-Im Bank program

---

[58] U.S. financial commitments to the general capital increases include "paid-in" capital (money paid directly to the multilateral development bank) and "callable capital" (money that is a guarantee, but only paid in the event of a default). Callable capital is denoted in legislation as a "Limitation on Callable Capital Subscriptions."

[59] For further discussion, see CRS In Focus IF10017, *Export-Import Bank of the United States (Ex-Im Bank)*, by Shayerah I. Akhtar.

and administrative expenses are financed by collections such as loan interest, risk premia, and other fees, for which congressional appropriations establish a ceiling. Congress also provides an appropriation for the agency's Office of Inspector General. Ex-Im Bank's enabling legislation is the Export-Import Bank Act of 1945 (P.L. 79-173).

## U.S. International Development Finance Corporation (DFC)[60]

Launched in 2019, DFC assumed the functions of and replaced the Overseas Private Investment Corporation and USAID's Development Credit Authority (DCA). It uses financial tools to promote private investment in less-developed countries and seeks to support economic development as well as U.S. economic interests and foreign policy aims. Congress also provides an appropriation for the agency's Office of Inspector General. DFC derives authority from the Better Utilization of Investments Leading to Development Act of 2018 (BUILD Act, Division F of P.L. 115-254).

## Trade and Development Agency (TDA)[61]

TDA funds project preparation services such as feasibility studies and other activities to link U.S. businesses to export opportunities in emerging markets for infrastructure and other development projects (FAA, §611). For example, TDA funds reverse trade missions that bring foreign decisionmakers to the United States.

# Title VII—General Provisions

General Provisions set out limitations and prohibitions on assistance; administrative, notification, and reporting requirements; and more detailed funding requirements for specific accounts in other titles of the legislation. This title also specifies allocations for various aid sectors, including education, democracy promotion, water and sanitation, and food security, as well as cross-cutting issues such as gender equality. In addition, Title VII provides more detail about aid to certain countries and regions. Certain general provisions are long-standing—for example Section 7008, which restricts foreign assistance following a country's coup d'état,[62] has been included in some form every year since FY1985—while others may only appear in the bill for one appropriations cycle.

---

[60] For more on the DFC, see CRS Report R47006, *U.S. International Development Finance Corporation: Overview and Issues*, by Shayerah I. Akhtar and Nick M. Brown.

[61] For further discussion, see CRS In Focus IF10673, *U.S. Trade and Development Agency (TDA)*, by Shayerah Ilias Akhtar.

[62] For more, see CRS In Focus IF11267, *Coup-Related Restrictions in U.S. Foreign Aid Appropriations*, by Alexis Arieff, Nick M. Brown, and Travis A. Ferrell.

# Appendix. State, Foreign Operations Authorizing Legislation and *U.S. Code* References

## Table A-1. List of Acts for SFOPS Accounts, by Date of Enactment

| Act Name | Public Law | U.S. Code |
|---|---|---|
| Export-Import Bank Act of 1945 | P.L. 79-173 | 12 U.S.C. 635 et seq. |
| United Nations Participation Act of 1945 | P.L. 79-264 | 22 U.S.C. 287 et seq. |
| State Department Basic Authorities Act of 1956 | P.L. 84-885 | 22 U.S.C. 2651a et seq. |
| Center for Cultural and Technical Interchange Between East and West Act of 1960 | Chapter VII of P.L. 86-472 | 22 U.S.C. 2051 et seq. |
| Foreign Assistance Act of 1961 | P.L. 87-195 | 22 U.S.C. 2151 et seq. |
| Mutual Education and Cultural Exchange Act of 1961 | P.L. 87-256 | 22 U.S.C. 2451 et seq. |
| Peace Corps Act of 1961 | P.L. 87-293 | 22 U.S.C. 2501 et seq. |
| Migration and Refugee Assistance Act of 1962 | P.L. 87-510 | 22 U.S.C. 2601 et seq. |
| International Center Act of 1968 | P.L. 90-553 | None, see 82 Stat. 958. |
| Arms Export Control Act of 1968 | P.L. 90-629 | 22 U.S.C. 2751 et seq. |
| Inter-American Foundation Act of 1969 | Part IV of P.L. 91-175 | 22 U.S.C. 290f et seq. |
| A bill to establish a Commission on Security and Cooperation in Europe | P.L. 94-304 | 22 U.S.C. 3001 et seq. |
| Taiwan Relations Act of 1979 | P.L. 96-8 | 22 U.S.C. 3301 et seq. |
| Foreign Service Act of 1980 | P.L. 96-465 | 22 U.S.C. 3901 et seq. |
| African Development Foundation Act of 1980 | Title V of P.L. 96-533 | 22 U.S.C. 290h et seq. |
| Radio Broadcasting to Cuba Act | P.L. 98-111 | 22 U.S.C. 1465 et seq. |
| The Asia Foundation Act of 1983 | Title IV of P.L. 98-164 | 22 U.S.C. 4401 et seq. |
| National Endowment for Democracy Act of 1983 | Title V of P.L. 98-164 | 22 U.S.C. 4411 et seq. |
| United States Institute of Peace Act of 1984 | Title XVII of P.L. 98-525 | 22 U.S.C. 4601 et seq. |
| Television Broadcasting to Cuba Act | Part D of Title II of P.L. 101-246 | 22 U.S.C. 1465aa et seq. |
| Eisenhower Exchange Fellowship Act of 1990 | P.L. 101-454 | 20 U.S.C. 5201 et. seq. |
| Support for Eastern European Democracy Act of 1989 | P.L. 101-179 | 22 U.S.C. 5401 et seq. |
| Foreign Relations Authorization Act, Fiscal Years 1992 and 1993 | Title II, Section 214 of P.L. 102-138 | 22 U.S.C. 2452 note |
| Freedom for Russia and Emerging Eurasian Democracies and Open Markets Support (FREEDOM Support) Act of 1992 | P.L. 102-511 | 22 U.S.C. 5801 et seq. |
| Foreign Relations Authorization Act, Fiscal Years 1994 and 1995 | Title I, Section 135 of P.L. 103-236 | 22 U.S.C. 2684a. |
| United States International Broadcasting Act of 1994 | Title III of P.L. 103-236 | 22 U.S.C. 6201 et seq. |
| International Religious Freedom Act of 1998 | P.L. 105-292 | 22 U.S.C. 6401 et seq. |

| Secure Embassy Construction and Counterterrorism Act of 1999 | Title VI of P.L. 106-113 | 22 U.S.C. 4865 et seq. |
|---|---|---|
| U.S.-China Relations Act of 2000 | Division B, Title III of P.L. 106-286 | 22 U.S.C. 6911 et seq. |
| Floyd D. Spence National Defense Authorization Act for Fiscal Year 2001 | Division A, Title XII, Section 1238 of P.L. 106-398 | 22 U.S.C. 7002. |
| Department of State and Related Agency Appropriations Act, 2004 | Division B, Titles IV-VI of P.L. 108-199 | 22 U.S.C. 2078. |
| Millennium Challenge Act of 2003 | Division D, Title VI of P.L. 108-199 | 22 U.S.C. 7701 et seq. |
| Secret Service Authorization and Technical Modification Act of 2005 | Title VI, Section 605(a) of P.L. 109-177 | 18 U.S.C. 3056A(d)). |
| To enact title 54, United States Code, "National Park Service and Related Programs," as positive law | Section 3 of P.L. 113-287 | 54 U.S.C. 312301 et seq. |
| Better Utilization of Investments Leading to Development (BUILD) Act of 2018 | Division F of P.L. 115-254 | 22 U.S.C. 9601 et seq. |

**Source:** Office of the Law Revision Counsel, U.S. House of Representatives.

**Note:** Many of these acts have been amended multiple times. For the most up-to-date status of these acts, see the *U.S. Code*, at http://uscode.house.gov/browse.xhtml.

# Author Information

Cory R. Gill
Analyst in Foreign Affairs

Emily M. McCabe
Specialist in Foreign Assistance and Foreign Policy

# Disclaimer

This document was prepared by the Congressional Research Service (CRS). CRS serves as nonpartisan shared staff to congressional committees and Members of Congress. It operates solely at the behest of and under the direction of Congress. Information in a CRS Report should not be relied upon for purposes other than public understanding of information that has been provided by CRS to Members of Congress in connection with CRS's institutional role. CRS Reports, as a work of the United States Government, are not subject to copyright protection in the United States. Any CRS Report may be reproduced and distributed in its entirety without permission from CRS. However, as a CRS Report may include copyrighted images or material from a third party, you may need to obtain the permission of the copyright holder if you wish to copy or otherwise use copyrighted material.