# EXHIBIT 58

**25-cv-469-CJN**



Matthew Johnson <matjohnson@usaid.gov>

## For Official Use Only – Termination of Personal Services Contracts

**Jami Rodgers** <jrodgers@usaid.gov>                                     Wed, Feb 19, 2025 at 3:27 PM
To: Sean Hofmann <shofmann@usaid.gov>, Christopher Daly <cdaly@usaid.gov>, Matthew Corbin <mcorbin@usaid.gov>, Ken Seifert <kseifert@usaid.gov>, sbaltz@usaid.gov, Natalya Komarova <nkomarova@usaid.gov>, Clint Branam <cbranam@usaid.gov>, Andrew Reese <areese@usaid.gov>, Michelle Fekade <mfekade@usaid.gov>, Guadalupe Ramirez <gramirez@usaid.gov>, Sean Mendoza <smendoza@usaid.gov>, Kevin Sarsok <KSarsok@usaid.gov>, James Berscheit <jberscheit@usaid.gov>, Brian Carney <BCarney@usaid.gov>, Jason Bennett <jbennett@usaid.gov>, Mariam Chaudhry <mchaudhry@usaid.gov>, Karen Towers <ktowers@usaid.gov>, Lorraine Sherman <lsherman@usaid.gov>, Avani Baluci <abaluci@usaid.gov>, James Cerwinski <jcerwinski@usaid.gov>, Marc Griego <mgriego@usaid.gov>, Sanoussi Traore <satraore@usaid.gov>, Donald Brady <dbrady@usaid.gov>, Annmarie McGillicuddy <amcgillicuddy@usaid.gov>, Gezim Hysenagolli <ghysenagolli@usaid.gov>, Ayana Angulo <aangulo@usaid.gov>, Aaron Ruble <aruble@usaid.gov>, Amy Larsen <alarsen@usaid.gov>, Juana Morales <jmorales@usaid.gov>, Nya kwai Boayue <nboayue@usaid.gov>, Ronald Pearson <rpearson@usaid.gov>, Daniel Harter <dharter@usaid.gov>, Jennifer L Crow <jecrow@usaid.gov>, James Mayer <jamayer@usaid.gov>, Dion Glisan <dglisan@usaid.gov>, Joseph Terrazas <jterrazas@usaid.gov>, Andrea Capellan <acapellan@usaid.gov>, Ethan Takahashi <etakahashi@usaid.gov>, Nathan Cutler <NCutler@usaid.gov>, Anthony Baker <abaker@usaid.gov>, Karla Camp <Kcamp@usaid.gov>, David Arnett <darnett@usaid.gov>, Eric Strong <estrong@usaid.gov>, Robert Parnell <rparnell@usaid.gov>, Paul Martin <pmartin@usaid.gov>, Amy McQuade <amcquade@usaid.gov>, Samuel Kraegel <skraegel@usaid.gov>, Anthony Raneses <araneses@usaid.gov>, Mohib Ahmed <mohahmed@usaid.gov>, Robert Claussen <rclaussen@usaid.gov>, Albert Carrera <acarrera@usaid.gov>, Eyole Luma <eluma@usaid.gov>, Sascha Kemper <skemper@usaid.gov>, Leona Sasinkova <lsasinkova@usaid.gov>, Raphael Metzger <rmetzger@usaid.gov>, "Dominguez, Jaime" <jdominguez@usaid.gov>, "Gregory S. Wang" <gwang@usaid.gov>, Alexander Mavroukakis <amavroukakis@usaid.gov>, Abib Oussantidja <aoussantidja@usaid.gov>, "Dunn, Alisa" <adunn@usaid.gov>, Artaveya Carter <acarter@usaid.gov>, Ayla-Rebeka Brooks <aybrooks@usaid.gov>, Bruce Baltas <bbaltas@usaid.gov>, Charles Jackson <chajackson@usaid.gov>, Christie Savage <chsavage@usaid.gov>, Christopher Nikola <cnikola@usaid.gov>, Eduardo Elia <eelia@usaid.gov>, Erica Knight <ebigelow@usaid.gov>, Gerald Smith <gesmith@usaid.gov>, Gwendolyn Ruffin <gruffin@usaid.gov>, Hillary Marshall <hmarshall@usaid.gov>, Imran Mahmud <imahmud@usaid.gov>, Linda Boateng <liboateng@usaid.gov>, Michael Clark <mclark@usaid.gov>, Mir Ershadullah <mershadullah@usaid.gov>, Nayo Tolbert <ntolbert@usaid.gov>, Ousay Wahaj <owahaj@usaid.gov>, Patricia Bradley <pbradley@usaid.gov>, Rachel Baltes <rbaltes@usaid.gov>, Robert Combs <rocombs@usaid.gov>, Shannon White <shwhite@usaid.gov>, Stella Alexander-Sergeeff <salexandersergeeff@usaid.gov>, Patricia Steckler <psteckler@usaid.gov>
Cc: Nadeem Shah <nshah@usaid.gov>, Chitahka Floore <cfloore@usaid.gov>, Adam Cox <acox@usaid.gov>, Matthew Johnson <matjohnson@usaid.gov>, Rachel Chilton <rchilton@usaid.gov>, Kent Benson <kbenson@usaid.gov>

Dear Colleagues,

We have received a list of Personal Services Contracts (PSCs) that have been reviewed and identified for termination by Secretary Rubio. The cited basis for these terminations is that they are inconsistent with the mission of USAID, and divert resources from helping people progress beyond the need for aid.

Pursuant to ADS 309.3.1.20 and the termination clause in each contract, USAID has the authority to terminate a personal services contract with an individual providing services to USAID for convenience on the basis of changing agency priorities. The PSCs are given a 15-day notice that their contract with USAID will be terminated per the terms and conditions of their contract.

Based on this rationale and the stated authorities, we request your support in terminating the PSCs listed on the PSC tracker. We will be sharing individual sheets with each Mission/Bureau with the specific names. Once you have taken the termination action, please note this on **column A of the PSC tracker**.

For your convenience, a PSC termination template is available here.

Please let us know if you have any questions or require further guidance. We request that you complete this action within the next day. Thank you all for your continued support.

Jami

# EXHIBIT 59

**25-cv-469-CJN**

 Gmail

## Follow-Up Instructions for Implementing Executive Order Reevaluating and Realigning United States Foreign Aid

**Acting Administrator Jason Gray** <jasgray@subscribe.usaid.gov>          Fri, Jan 24 at 2:37 PM



FROM ACTING ADMINISTRATOR JASON GRAY

This Agency Notice serves to provide guidance on ALDAC 25 STATE 6828 which came out on January 24, 2025 as outlined in the Agency Notice, *Initial Instructions for Implementing Executive Order Reevaluating* and Realigning United States Foreign Aid, issued on January 22.

Per the ALDAC, within 30 days, the Director of the Department of State's Policy Planning Staff (S/P) or its designate shall develop appropriate review standards to ensure that all foreign assistance is aligned with President Trump's foreign policy agenda. Information on this review process will be shared as it becomes available. **For USAID's purposes, foreign assistance includes all program accounts ("Title III") but does not include the Operating Expenses account or the Capital Investment Fund Account ("Title II").**

Consistent with and building on my January 22 Initial Instructions, all new program-funded obligations and subobligations are to remain on pause unless exempt below. In addition, I am immediately directing all contracting and agreement officers to issue stop-work orders or bilateral amendments, consistent with the terms of the relevant awards or agreements, until determinations are made following the review. This

pause also applies to new requests for proposals (RFPs), notices of funding opportunities (NOFOs) or other requests for foreign assistance. Decisions whether to continue, modify, or terminate programs will be made following this review.

25 State 6828 provides waivers to this pause including:

1. emergency food assistance and administrative expenses, including salaries, necessary to administer such assistance;
2. on a temporary basis, salaries and related administrative expenses, including travel for U.S. direct hire employees (including FSLs, Crisis Operations staff, etc), personal services contractors, and locally employed staff;
3. legitimate expenses incurred prior to the date of this ALDAC under existing awards or legitimate expenses associated with stop-work orders; and
4. exceptions to the pause approved by the Director of Foreign Assistance.

We will provide further guidance related to implementation of this direction including the process for waivers as soon as possible. We will also provide subsequent guidance on how USAID will review all programs, to include current and ongoing programs, to ensure they are aligned with the foreign policy of the President of the United States.

Jason Gray

Acting Administrator

Any questions concerning this notice may be directed to:

-- USAID Front Office, AID/A, (202) 712-4040

---

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by United States Agency for International Development.

This email was sent to ▆▆▆▆▆▆▆▆▆▆▆ govDelivery Communications Cloud on behalf of: United States Agency for International Development · 1300 Pennsylvania Avenue NW · Washington, DC · 20004

*GOVDELIVERY* ✉

# EXHIBIT 60

## 25-cv-469-CJN



## Clarification on Implementing the President's Executive Order on Reevaluating and Realigning United States Foreign Aid

**Acting Administrator Jason Gray** <jasgray@subscribe.usaid.gov>                    Sun, Jan 26 at 3:43 PM
To: ████████████████



Dear Colleagues,

Thank you for your ongoing work to implement President Trump's Executive Orders. To ensure clarity, efficiency, and effectiveness, we have included Frequently Asked Questions (FAQs) below. The following guidance is consistent with President Trump's Executive Order on Reevaluating and Realigning United States Foreign Aid and Secretary Rubio's pause on all U.S. foreign assistance funded by or through the State Department and USAID.

With thanks,

Jason Gray

Acting Administrator

**FAQs**

*Consistent with President Trump's Executive Order on Reevaluating and Realigning United States Foreign Aid, Secretary Rubio has paused all U.S. foreign assistance funded by or through the State Department and USAID. He has also initiated a review of all foreign assistance programs to ensure they are efficient and consistent with*

*U.S. foreign policy under the America First agenda.*

**Questions and Answers:**

1. **Question:** Where can I find the January 24, 2025, ALDAC on Foreign Assistance ("ALDAC")?

- **Answer:** The ALDAC can be found here, and further USAID guidance can be found in Ken Jackson's memo from January 25, 2025.

2. **Question:** How does this affect American businesses and NGOs working with USAID?

- **Answer:** We are reviewing **all** foreign assistance funds to ensure they are aligned with American interests. During this review period, all foreign assistance funding mechanisms, with the exception of the waivers, are stopped.

3. **Question:** Is all travel canceled?

- **Answer:** Please see the ALDAC for travel-related guidance and follow new travel guidelines outlined in "Travel Approval Requirements" email from Jason Gray on January 23, 2025.

4. **Question:** Will this jeopardize U.S. national security interests?

- **Answer:** National security is and will remain a top priority. The review period is a measure put in place for us to align our ongoing work with the America First agenda. Waivers may be sought if pausing assistance would pose significant risks to national security. The results of the in-depth review will be communicated transparently.

**PAUSE WAIVER PROCESS**

5. **Question:** What is the waiver request process during the 90-day pause?

- **Answer:** All waiver requests should be submitted by 3 p.m. daily using the spreadsheet that the Bureau for Planning, Learning, and Resource Management (PLR) shared with Bureaus and Independent Offices. Missions must submit waiver requests via their regional Bureaus.
  - Please include clear programmatic outcomes that explain why this action needs to be urgently disbursed/obligated within the 90-day review period. Ensure programmatic outcomes are directly linked with the Administration's priorities, lifesaving assistance, and/or national security. If the request is for institutional contractors, explain why this action cannot be accomplished through U.S. direct hires. Please fill in **ALL** information requested in the template. Incomplete submissions will not be

considered.

- Nothing can be communicated to the Director of Foreign Assistance's office without the Office of the Administrator's approval. Missions or USAID/Washington should not request a waiver directly from the State/F. All Agency waiver requests **MUST** be approved and routed to the State Department by the Office of the Administrator. Any questions on the process, or any questions received by State/F, should be directed to your PLR/BRM POC, who will coordinate with their State/F counterparts.
- The Office of the Administrator will judiciously review all the waivers prior to submission to the State Department. The Secretary of State has the ultimate responsibility to ensure the protection of America's foreign investments.

6. **Question:** Can you confirm that programs/grants with funds already obligated must also stop work?

- **Answer:** In order to complete a thorough review, all programs using foreign assistance funding as indicated in the ALDAC must be suspended, in accordance with the terms and conditions of each award, unless the program has a waiver approved by the Secretary of State.

## APPROVAL FOR EXTERNAL COMMUNICATIONS

7. **Question:** Is there flexibility for Missions and Operating Units to continue communicating, via email or in the field, with the State Department and Embassy and other USG counterparts regarding the communications pause?

- **Answer:** Missions and USAID/Washington may communicate with their State Department counterparts internally and should always include their respective leadership. Routine lateral coordination and communication is acceptable.
    - All requests for formal interpretations of Executive Orders require General Counsel and Office of the Administrator approval to ensure consistent interpretations.
    - All National Security Council-related information must be sent to the Office of the Administrator for situational awareness.
    - As per other routine **internal** USG communications, USAID staff may communicate in furtherance of USAID's day-to-day work, including the implementation of the various Executive Orders.
    - As it relates to the request for waivers, nothing can be communicated with the Director of Foreign Assistance without Office of the Administrator approval.
    - This communications guidance does not override applicable legal requirements or other protected disclosures. Please contact the Office of the General Counsel with any questions.

8. **Question:** Can Contracting and Agreement Officers (COs/AOs) continue to communicate with implementing partners outside the Agency on matters related to the Executive Orders, such as stop-work orders/suspension notices, without Office of the Administrator approval?

- **Answer:** Yes, immediate notices to implementing partners to include stop-work/suspension notices, as well as award-related questions, are approved in furtherance of the Agency's compliance with Executive Orders: Ending Radical and Wasteful Government DEI Programs and Reevaluating and Realigning United States Foreign Aid.

9. **Question:** How can or should staff communicate **externally** about the foreign assistance pause?

- **Answer:** Outside of communications necessary to implement the pause (e.g., CO/AO communications with implementing partners to administer the pause), staff should **not** be communicating **externally** about the foreign assistance pause, unless such communication is approved by the Office of the Administrator.

10. **Question:** What can Missions and USAID/Washington post on social media and issue through press releases?

- **Answer:** USAID/Washington and Missions worldwide have been asked to stop externally communicating on policies and programs affected by the Executive Order. Please work with Bureau Front Offices to ensure that all communications are cleared by LPA and approved by the Office of the Administrator. As always, direct press inquiries to press@usaid.gov.

11. **Question:** We'd like to keep our Mission website as updated as possible, but also don't want to do anything that circumvents the review process. What should be taken down, and what should we keep?

- **Answer:** We are in the process of taking down content that conflicts with recent Executive Orders, specifically around diversity, equity, inclusion, and accessibility (DEIA). This content removal allows for a thorough and thoughtful review for compliance with new guidance. Content owners should continue to work with the web team and flag any content that should be removed. The web team can be reached at web@usaid.gov.

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by United States Agency for International Development.

This email was sent to ███████████ using govDelivery Communications Cloud on behalf of: United States Agency for International Development · 1300 Pennsylvania Avenue NW · Washington, DC · 20004



# EXHIBIT 61

**25-cv-469-CJN**

# USAID Headquarters Closed Monday, February 3, 2025



9. Personal

 **USAID Press**  Feb 3

to ALL ⌄

  

| | |
|---|---|
| From | USAID Press  press@usaid.gov |
| Reply To | gkliger@usaid.gov |
| To | ALL USAID  allusaid@usaid.gov |
| Date | Feb 3, 2025 at 12:42 AM |
| 🔒 | Standard encryption (TLS)<br>Learn more |

To all personnel:

At the direction of Agency leadership, the USAID headquarters at the Ronald Reagan building in Washington, D.C. will be closed to Agency personnel on Monday, February 3, 2025. Agency personnel normally assigned to work at USAID headquarters will work remotely tomorrow, with the exception of personnel with essential on-site and building maintenance functions individually contacted by senior leadership. Further guidance will be forthcoming.

# EXHIBIT 62

**25-cv-469-CJN**

13:27

LTE 81

73101 >

Mon, Feb 3 at 07:29

USAID Headquarters at the Ronald Reagan Building is Closed Monday, February 3, 2025
At the direction of Agency leadership, the USAID Headquarters at the Ronald Reagan building in Washington, D.C. will be closed to Agency personnel on Monday, February 3, 2025. Agency personnel normally assigned to work at USAID Headquarters will work remotely, with the exception of personnel with essential on-site and building maintenance functions individually contacted by senior leadership. All staff working in all other NCR facilities will come in as usual.  Further guidance will be forthcoming.

Mon, Feb 3 at 19:47

USAID Headquarters at the RRB and other USAID Buildings will remain closed tomorrow February 4, 2025
The USAID headquarters at the Ronald Reagan building in Washington, D.C ., including all other USAID buildings at the USAID Annex and 400 C Street, SW will remain closed tomorrow, Tuesday, February 4, 2025. Agency personnel

Text Message • SMS

# EXHIBIT 63

**25-cv-469-CJN**

13:27 🔕

.ıll LTE 81



73101 ›

be forthcoming.

Mon, Feb 3 at 19:47

USAID Headquarters at the RRB and other USAID Buildings will remain closed tomorrow February 4, 2025
The USAID headquarters at the Ronald Reagan building in Washington, D.C ., including all other USAID buildings at the USAID Annex and 400 C Street, SW will remain closed tomorrow, Tuesday, February 4, 2025. Agency personnel normally assigned to work at USAID headquarters, including all other USAID buildings at the USAID Annex and 400 C Street, SW will work remotely tomorrow, with the exception of personnel with essential on-site and building maintenance functions. Employees are expected to remain available during regular business hours and operations. Please coordinate with your teams and direct supervisor with any questions or support needs.

We will continue to provide further updates as they become available. Thank you for your cooperation.

Mon, Feb 3 at 22:13

Text Message • SMS

# EXHIBIT 64

**25-cv-469-CJN**

 Gmail

---

## Important Updates Regarding Remote Work for Washington, DC based Staff

**USAID Office of the Administrator** <usaid_fo@subscribe.usaid.gov>          Sun, Feb 9 at 11:28 PM
To:



The former USAID headquarters at the Ronald Reagan Building in Washington, D.C., the USAID properties at the USAID Annex, 400 C Street, SW (formerly SA-44), the SEC Warehouse in Springfield, the Alternate Operating Facility in Leesburg, as well as 555 12th Street, NW, will remain closed until further notice. Agency personnel normally assigned to work at these USAID properties should telework, unless otherwise notified with a specific reporting time and location.

- If you are online and your access has been restored, you may access your email account.

- If your access hasn't been restored, please contact the helpdesk at hr-helpdesk@usaid.gov

---

Update your subscriptions, modify your password or email address, or stop subscriptions at any time on your Subscriber Preferences Page. You will need to use your email address to log in. If you have questions or problems with the subscription service, please visit subscriberhelp.govdelivery.com.

This service is provided to you at no charge by United States Agency for International Development.

---

This email was sent to ████████ using govDelivery Communications Cloud on behalf of: United States Agency for International Development · 1300 Pennsylvania Avenue NW · Washington, DC · 20004

 govDELIVERY

# EXHIBIT 65

**25-cv-469-CJN**



**Notification of Administrative Leave**

As of 11:59 p.m. EST on Sunday, February 23, 2025, all USAID direct hire personnel, with the exception of designated personnel responsible for mission-critical functions, core leadership and/or specially designated programs, will be placed on administrative leave globally.

Concurrently, USAID is beginning to implement a Reduction-in-Force that will affect approximately 1,600 USAID personnel with duty stations in the United States.

Individuals that are impacted will receive specific notifications on February 23, 2025, with further instructions and information about their benefits and rights.

Designated essential personnel who are expected to continue working will be informed by Agency leadership February 23, 2025, by 5 p.m. EST.

For overseas personnel, USAID intends a voluntary Agency-funded return travel program and other benefits. USAID is committed to keeping its overseas personnel safe. Until they return home, personnel will retain access to Agency systems and to diplomatic and other resources.

In the coming week, we will provide details on how to retrieve personal items from the former USAID workspaces and return government issued devices.

Additional guidance is forthcoming, and all future updates/notices will continue to be communicated through official USAID channels and posted on USAID.gov for those without access to USAID systems.

**USAID Office of Inspector General**

# EXHIBIT 66

**25-cv-469-CJN**



**Obtaining Personal Belongings from the Ronald Reagan Building**

USAID Colleagues,

The following notice outlines a set of specific instructions for USAID staff who wish to obtain their personal effects from the Ronald Reagan Building (RRB). These instructions are reflective of a joint effort between the U.S. Agency for International Development (USAID), General Services Administration (GSA), U.S. Customs and Border Protection (CBP), and the Department of State (DoS).

This Thursday and Friday ONLY–on February 27 and 28, 2025 –USAID staff will have the opportunity to retrieve their personal belongings from the RRB during a designated date and time as provided below. Staff should read this message carefully before attempting to retrieve their items from the building this week.

Note: Staff located at the USAID Annex, SA-44, and the Security Warehouse will have an opportunity to collect their personal belongings at a later date and time.

Staff should arrive at the start of their time window, but no sooner as early entry will not be granted. Staff will be required to enter at the 14th Street entrance, near the RRB lobby, and show their USAID PIV card to Security Guards or members of law enforcement who will be on site to assist with this effort. All staff and their property will undergo magnetometer and x-ray machine screening upon entry. Staff will then be escorted to their workspace, where they will be permitted to collect their personal items. Staff will be given approximately **15 minutes** to complete this retrieval and must be finished removing items within their time slot only. Staff with a significant amount of personal belongings to retrieve must be cognizant of time; however, flexibility may be granted in select circumstances with the approval of the Office of Security.

Staff MUST bring their own boxes, bags, tape, and/or other containers to remove their personal items; these items will not be provided. Staff will be permitted to remove personal items only, and may not retrieve or remove any U.S. government created documents, supplies, or other items that are property of the U.S. government.

Staff MUST remove their USAID-issued government furnished equipment (GFE) (e.g. laptop, iPad, etc.) prior to exiting their workspace. Staff who have **permanently separated** from employment with USAID must turn in their USAID-issued assets, classified tokens, PIV card, and diplomatic passport (if applicable) at designated tables upon exiting USAID space. Staff who are currently on **administrative leave** should retain their USAID-issued assets, PIV card, and diplomatic passport until such time that they are separated from the agency. While collecting their items, staff must ensure that proper records management practices are employed when identifying and/or disposing records, pursuant to the Federal Records Act and ADS 502.

After collecting their items, but prior to exiting the RRB, staff will be required to acknowledge receipt of their personal belongings, holding all agencies harmless for any personal items left behind. Staff will also certify that they do not have any official government records in their possession – physical or electronic. Staff may designate an alternate USAID staff member to retrieve their belongings in their absence; however, please note that there will be no alternate dates or times for retrieval. No visitors, staff without PIV cards, or children of staff will be allowed in the former USAID space. If staff are unable to retrieve their items, and do not wish to have another staff member retrieve items in their absence, personal items will be packed by GSA and sent to a warehouse for collection at a later date and time. GSA cannot guarantee that personal items not claimed during this time will be free from damage or loss, but will take all precautionary measures to safeguard items. Staff WILL NOT be reimbursed for any transportation or parking costs associated with collecting their personal belongings.

Staff will be permitted to enter the RRB during their specific date and time based on their Bureau or Independent Office, as outlined below:

**Thursday, February 27**

| Time | Bureau/Office | Floor |
|------|---------------|-------|
| 7:30am - 9:00am | HCTM and SEC | 4th |
| 9:30am - 11:00am | E&E and AFR | 4th |
| 11:30am - 12:00pm | CPS and BHA | 8th |
| 1:00pm - 2:00pm | IPI | 2nd |
| 2:00pm - 3:00pm | ASIA and OCE | 5th |
| 3:00pm - 4:30pm | LAC and M | 5th |
| 4:30pm - 6:00pm | A/AID, ES, and LPA | 6th |

**Friday, February 28**

| Time | Bureau/Office | Floor |
|------|---------------|-------|
| 7:30am - 9:00am | ME and GC | 6th |
| 9:00am - 11:00am | CPS and CMC | 7th |
| 11:00am - 12:30pm | PLR | 7th |
| 1:00pm - 1:30pm | Passport | B2 |
| 1:30pm - 2:00pm | MAILROOM | B2 |
| 2:00pm - 2:30pm | M/IRD | B2 |

| 2:30pm - 3:30pm | M/CIO, Unions, E&E | B3 |

Staff must not bring any prohibited items along with them. Anyone carrying a prohibited item will not be permitted to enter the building. Prohibited items will be confiscated and staff will be escorted from the building if they fail to comply. Prohibited items may include items that are dangerous, unlawful, or otherwise determined to create vulnerabilities to the tenant agencies or the visiting public. The items in this reference are, and have always been, prohibited from entering the Ronald Reagan Building facility through a security screening post unless granted an exception or exemption by the Office of Security or Federal Protective Services (FPS):

- BB guns, compressed air guns, firearms (unless meeting the exceptions listed in 18 U.S.C. § 930), flare pistols, gun lighters, parts of guns and firearms, pellet guns, realistic replicas of firearms, spear guns, starter pistols, stun guns/cattle prods/shocking devices, and ammunition;

- Axes and hatchets, bows and arrows; drills, including cordless portable power drills; ice axes/ice picks; throwing stars (martial arts); knives, sabers, swords, daggers, and other bladed devices of any length with the exception of a pocket knife with a blade of less than 2½ inches in length; saws, including cordless portable power saws; razor-type blades such as box cutters, utility knives, and razor blades not in a cartridge, but excluding safety razors;

- Billy clubs, blackjacks, brass knuckles, crowbars, hammers, martial arts weapons, including nunchucks and Kubatons, nightsticks, ski poles;

- Blasting caps, dynamite, fireworks, flares in any form, gunpowder, hand grenades, plastic explosives, realistic replicas of explosives;

- Fuels, including cooking fuels and any flammable liquid fuel, gasoline, gas torches, including micro-torches and torch lighters, turpentine and paint thinner, realistic replicas of incendiaries;

- Chlorine for pools and spas, compressed gas cylinders, including fire extinguishers, liquid bleach, mace, pepper spray, spillable batteries, except those in wheelchairs; spray paint; tear gas, and helium balloons.

As a reminder, all staff must abide by the USAID Code of Conduct. Failure to do so will result in disciplinary action, up to termination.

Thank you for your cooperation.

---

**Notification of Administrative Leave**

As of 11:59 p.m. EST on Sunday, February 23, 2025, all USAID direct hire personnel, with the exception of designated personnel responsible for mission-critical functions, core leadership and/or specially designated programs, will be placed on administrative leave globally.

Concurrently, USAID is beginning to implement a Reduction-in-Force that will affect approximately 1,600 USAID personnel with duty stations in the United States.

Individuals that are impacted will receive specific notifications on February 23, 2025, with further instructions and information about their benefits and rights.

Designated essential personnel who are expected to continue working will be informed by Agency leadership February 23, 2025, by 5 p.m. EST.

For overseas personnel, USAID intends a voluntary Agency-funded return travel program and other benefits. USAID is committed to keeping its overseas personnel safe. Until they return home, personnel will retain access to Agency systems and to diplomatic and other resources.

In the coming week, we will provide details on how to retrieve personal items from the former USAID workspaces and return government issued devices.

Additional guidance is forthcoming, and all future updates/notices will continue to be communicated through official USAID channels and posted on USAID.gov for those without access to USAID systems.

### **USAID Office of Inspector General**

**EXHIBIT 67**

**25-cv-469-CJN**

## United States Senate

### COMMITTEE ON FOREIGN RELATIONS
#### WASHINGTON, DC 20510–6225

February 2, 2025

The Honorable Marco Rubio
Secretary of State
U.S. Department of State
2201 C Street N.W.
Washington, D.C. 20451

Dear Secretary Rubio:

Congress established the U.S. Agency for International Development (USAID) as an independent agency, separate from the Department of State, to ensure that we can deploy development expertise and U.S. foreign assistance quickly, particularly in times of crisis, to meet our national security goals. For this reason, any effort to merge or fold USAID into the Department of State should be, and by law must be, previewed, discussed, and approved by Congress. Congress has also made clear that any attempt to reorganize or redesign USAID requires advance consultation with, and notification to, Congress.

Consistent with past precedent, we expect and welcome the Department of State's and USAID's engagement on any proposed organizational reforms, and other matters implicating congressional requirements.

While we continue to welcome such engagement, we write with deep concern about this weekend's developments at USAID's headquarters.

We received reports that individuals who identified themselves as working for the "Department of Government Efficiency" (DOGE) accessed USAID's main headquarters, including classified spaces. While some of the individuals purported to have security clearances, it is unclear whether those who accessed secure classified facilities had proper clearance or what they were seeking to access. We understand that the security guards present at the facility were threatened when they raised questions. As members of the Senate Foreign Relations Committee, we had not been notified of any such visit to USAID by DOGE or other agency officials.

Following this incident, the senior management of the Office of Security, which secures USAID personnel and facilities and safeguards national security information, were placed on administrative leave. The potential access of sensitive, even classified, files, which may include the personally identifiable information (PII) of Americans working with USAID, and this incident as a whole, raises deep concerns about the protection and safeguarding of matters related to U.S. national security.

We request an immediate update about the access of USAID's headquarters, including whether the individuals who accessed the headquarters were authorized to be there and by whom, whether all individuals who accessed classified spaces have active security clearances at the appropriate level, what they were seeking to access, if any PII of American citizens was breached, and whether any review is underway regarding potential unauthorized access to sensitive personnel information and classified materials.

Sincerely,

Jeanne Shaheen
United States Senator

Brian Schatz
United States Senator

Christopher A. Coons
United States Senator

Chris S. Murphy
United States Senator

Tim Kaine
United States Senator

Jeffrey A. Merkley
United States Senator

Cory Booker
United States Senator

Chris Van Hollen
United States Senator

Jacky Rosen
United States Senator

Tammy Duckworth
United States Senator

# EXHIBIT 68

**25-cv-469-CJN**

# Congress of the United States

## Washington, DC 20515

February 4, 2025

The Honorable Donald J. Trump
President of the United States
The White House
1600 Pennsylvania Ave NW
Washington, DC 20500

Dear President Trump,

We are deeply concerned over press reports indicating that individuals associated with the "Department of Government Efficiency," or "DOGE," task force have demanded entry to federal government facilities, including access to classified spaces and sensitive government data and information systems. Reporting indicates that these individuals have sought access to government facilities and data in a highly irregular fashion, putting at risk sensitive data and classified information. It is also unclear what such actions and information have to do with achieving the intended purpose of the DOGE.

For example, on February 1, 2025, it was reported that individuals affiliated with DOGE forcibly accessed the offices of the United States Agency for International Development (USAID) on a weekend day and without advanced notice or coordination. Reports indicate that these individuals, some of whom may not have any formal government affiliation, security clearance, or discernible need-to-know, threatened on-site security personnel and demanded potentially improper access to government facilities and information systems, including sensitive compartmented information facilities (SCIFs) and the classified materials and systems therein. We also understand that members of your administration subsequently placed security officials and others at USAID on administrative leave because of their efforts to follow established security procedures and prevent the unauthorized access of classified U.S. government information without the necessary security clearances.

Similarly, we are concerned by reports about individuals affiliated with DOGE gaining access to sensitive personnel data systems at the Office of Personnel Management as well as the Bureau of the Fiscal Service's payment systems at the Department of Treasury. If not appropriately safeguarded, irregular or improper access to data contained in these systems could compromise the privacy of individuals, as well as elevate counterintelligence risks.

The events at USAID are particularly troubling, but they are not an isolated issue. The Executive Order empowering DOGE appears to envision and authorize DOGE "teams" at all Executive Branch agencies, to include the Department of Defense, Department of State, Department of Justice, and the Intelligence Community. These agencies all hold large volumes of classified information, and bypassing established safeguards to protect such information could irreparably damage national security. Whatever DOGE's mission entails, a highly irregular process in which security officials are threatened and punished for following laws and policies designed to protect sensitive information is unacceptable and dangerous. It is critical that the Administration make clear how and whether Mr. Musk, government and non-government employees, as well as foreign citizens affiliated with DOGE, are appropriately vetted and cleared to

1

access sensitive information, how they are safeguarding the facilities, information, and systems they are accessing, and what functions and spending are included in their mandate.

These concerning reports raise urgent questions which we expect the Administration to provide transparent answers no later than February 14, 2025:

1. *There is an existing mechanism for those with appropriate security clearances and demonstrated need-to-know to access government facilities. Did DOGE affiliates possess the necessary clearances to access sensitive government facilities, including SCIFs, at USAID or any other agency?*

2. *For any cleared individuals, did they follow appropriate rules and regulations for transmitting clearances and coordinating their visit so that they may legally access classified spaces and materials at USAID, Treasury, OPM, or other federal departments or agencies?*

3. *Were any DOGE affiliates holders of a security clearance issued by the White House Counsel's Office pursuant to the January 20, 2025, Executive Order titled "Memorandum to Resolve the Backlog of Security Clearances for Executive Office of the President"? If so, what level of clearance and access was granted, and was any vetting conducted to identify foreign ties or other security risks?*

4. *Were any of these individuals ultimately able to access USAID facilities, files, and systems at any point following the incident on February 1, 2025? If so, did they access any classified, sensitive, or personally identifiable information (PII) of any Americans – either U.S. government employees or implementing partners – in the process?*

5. *Provide a full accounting for the number of personnel associated with DOGE, broken down by U.S. government employees, U.S. government contractors, non-government employees, and foreign citizens. For non-governmental employees associated with DOGE, what compensation do they receive and what is the source of that compensation?*

6. *What other agencies have DOGE teams associated with them? Provide specific details concerning their interactions with these agencies, including the mechanisms through which they seek access to agency information and personnel.*

7. *How do personnel affiliated with DOGE utilize and safeguard classified, sensitive, and PII that they access? Are personnel aware of the legal requirements surrounding the protection of this information?*

8. *With respect to DOGE access to the Treasury Department Bureau of the Fiscal Service payment system, has there been any counterintelligence evaluation of the risks associated with that access, and the potential for discovery and disclosure of classified activities in that data?*

Given the legal requirements to handle classified, sensitive, and personally identifiable information, we seek a swift explanation of how DOGE personnel's intrusion into and access to secure government spaces, data, and information systems comport with U.S. law and national security interests. DOGE's current approach appears to pose enormous risks to national security and to the privacy and civil liberties of Americans.

Sincerely,

James A. Himes
Ranking Member
House Permanent Select Committee
on Intelligence

Adam Smith
Ranking Member
House Committee on Armed Services

Gregory W. Meeks
Ranking Member
House Committee on Foreign Affairs

Gerald E. Connolly
Ranking Member
House Committee on Oversight
and Government Reform

Jamie Raskin
Ranking Member
House Committee on the Judiciary

Richard E. Neal
Ranking Member
House Committee on Ways and Means

Maxine Waters
Ranking Member
House Committee on Financial Services

# EXHIBIT 69

**25-cv-469-CJN**



BRIAN J. MAST, FLORIDA
CHAIRMAN

JAMES LANGENDERFER
STAFF DIRECTOR

GREGORY W. MEEKS, NEW YORK
RANKING MEMBER

SAJIT GANDHI
DEMOCRATIC STAFF DIRECTOR

One Hundred Nineteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

February 12, 2025

The Honorable Marco Rubio
Secretary
U.S. Department of State
2201 C St NW
Washington, D.C. 20520

Dear Secretary Rubio,

I write in response to the letter you sent to Congressional committee leaders on February 3, 2025, regarding the Trump Administration's ongoing dismantlement of the United States Agency for International Development (USAID).  I am responding to you with significant frustration and grave concerns about the Administration's lack of strategy communication and treatment of hard-working American civil servants.

As a Senator, you were a strong supporter of USAID and emphasized the important role USAID plays in furthering American national security and our soft power around the world. In 2013, you stated that "We don't have to give foreign aid. We do so because it furthers our national interest. That's why we give foreign aid." In 2017, you tweeted that "Foreign Aid is not charity. We must make sure it is well spent, but it is less than 1% of budget & critical to our national security." During President Biden's term, you wrote a letter urging the Biden administration to prioritize USAID's funding as a key tool to "counter the Chinese Communist Party's expanding global influence."[1] Your current actions and remarks are a sharp departure from your strong history of praise and support of USAID.

In your February 3rd letter, you claimed "the Department of State and other pertinent entities will be consulting with Congress and the appropriate committees to reorganize and

---

[1] Andrew Kaczynski and Em Steck. "Rubio's Years of Strong Support for USAID Stand in Contrast to His Sudden Criticism of the Aid Agency." CNN, February 5, 2025. https://www.cnn.com/2025/02/05/politics/kfile-secretary-of-state-marco-rubio-past-support-usaid-foreign-aid/index.html

absorb certain bureaus, offices, and missions of USAID[2]." Even before you sent your letter, however, the Trump Administration had already taken significant steps to downsize and reorganize USAID without mandatory consultation, including firing hundreds of contractors[3], putting senior officials on administrative leave without cause[4], and shutting down the USAID website[5]. Since you sent your letter, Mr. Musk and the so-called DOGE have sought to fire all remaining contractors with the agency[6], place virtually every foreign service officer and civil servant at the agency on administrative leave[7], close bureaus within USAID, and subsume USAID functions into the State Department[8]. There was no consultation with Congress before the momentous staffing pronouncement on February 3rd[9], contrary to your own stated intention one day earlier. And the Department has failed to engage with me to this day.

USAID was created by President John F. Kennedy using the precepts set by forth by Congress in the Foreign Assistance Act of 1961, and it was codified further into law by the Foreign Affairs Reform and Restructuring Act of 1998.[10] The law is unequivocal: "there is within the Executive branch of Government of the United States Agency for International Development as an entity described in section 104 of title 5." The only way around this Congressional mandate was a time limited path that expired in the last century.

Your letter ends with the following note: "in consultation with Congress, USAID may move, reorganize, and integrate certain missions, bureaus, and offices into the Department and the remainder of the Agency may be abolished consistent with applicable law.[11]" It is my hope that this phrase, which I imagine has been cleared by attorneys, is the Administration communicating it will comply with the law. To be clear: USAID cannot be abolished by the Secretary of State nor by the President of the United States without an act of Congress.  If Congressional Republicans wish to change USAID's status, they should do so by passing a law. The President cannot do so with the swipe of a pen. Without a new congressional statute, USAID will continue by law and any efforts by yourself, Mr. Musk, or the President to abolish it will be an inefficient use of government legal resources and taxpayer funds.

Moreover, Congress has consistently restated that it must be involved in and notified of changes pertaining to USAID. Congress's Fiscal Year 2024 appropriation law funding the State Department and USAID specified that funds from that bill "may not be used to implement a

---

[2] Marco Rubio. *Letter to Congress*. February 3, 2025. https://x.com/AnnieGrayerCNN/status/1886503629475201178
Simon Lewis, Daphne Psaledakis, and Humeyra Pamuk. "Hundreds of USAID Internal Contractors Put on Leave, Terminated Amid US Freeze on Global Aid." *Reuters*, January 29, 2025. https://www.reuters.com/world/us/hundreds-usaid-contractors-put-leave-terminated-amid-us-freeze-global-aid-2025-01-29/.
[4] Elissa Miolene and Adva Saldinger. "Senior USAID Officials Put on Leave Amid Fallout from Executive Order." *Devex*, January 28, 2025. https://www.devex.com/news/senior-usaid-officials-put-on-leave-amid-fallout-from-executive-order-109179
[5] Associated Press. "USAID Website Goes Offline Amid Trump Administration's Freeze on Foreign Aid." *CNN*, February 1, 2025. https://www.cnn.com/2025/02/01/politics/usaid-website-offline-freeze/index.html.
[6] Daphne Psaledakis and Humeyra Pamuk. "US Foreign Aid Contractors Fire Staff, Face Cash Crunch as Trump Causes Chaos." Reuters, February 4, 2025. https://www.reuters.com/world/us/usaid-contractors-fire-staff-face-cash-crunch-trump-causes-chaos-aid-world-2025-02-04/
[7] Ana Faguy. "USAID Staff Will Be Put on Leave Starting on Friday." *BBC News*, February 5, 2025. https://www.bbc.com/news/articles/cx253xjnxrmo.
[8] Sara Cook and Jennifer Jacobs. "USAID to Be Merged into State Department, 3 U.S. Officials Say." *CBS News*, February 3, 2025. https://www.cbsnews.com/news/usaid-merged-into-state-department/
[9] Jennifer Hansler, Lauren Kent, Alex Marquardt, and Kevin Liptak. "Rubio Says He's Acting Director of USAID as Humanitarian Agency Is Taken Over by the State Department." CNN, February 3, 2025. https://www.cnn.com/2025/02/03/politics/usaid-washington-workers/index.html.
[10] 22 U.S.C. 6501 et seq.
[11] Marco Rubio. *Letter to Congress*. February 3, 2025. https://x.com/AnnieGrayerCNN/status/1886503629475201178

reorganization, redesign, or other plan described in subsection (b) by the Department of State, the United States Agency for International Development…without prior consultation by the head of such department, agency, or organization with the appropriate congressional committees.[12]" For the record, your short, three-paragraph letter sent on February 3 by no means satisfied the consultation requirement set forth in Public Law 118-47 § 7063.

I am open to any meeting, call, or discussion on the ongoing, extra-legal reorganization of USAID and the critical national security mission this Agency has long fulfilled. I will also genuinely consider any proposed legislative reforms set forth by the Trump Administration on these matters. But I will stand steadfast against any unconstitutional or illegal actions undertaken by the Executive Branch. And I will defend the integrity and honor of USAID workers who often labor under the toughest conditions in some of the poorest and most dangerous locations around the world in service to America—and who do not deserve to be maligned by the government they serve[13] or unelected bureaucrats on X[14].

If the Administration is serious about consulting with Congress, I suggest you take the following steps to ensure your consultation complies with the clear letter of the law. First, restore continued operations of USAID. Second, immediately reinstate all personnel placed on administrative leave since January 20th and if the Administration deems a reduction in force warranted after a careful review, pursue legal pathways including meaningful consultation with Congress. Finally, I strongly urge you to immediately brief congressional leaders on any plan or legislative requests regarding USAID, in compliance with the law.

Secretary Rubio, the Senate, on a bipartisan basis voted for your confirmation because you were considered to be a serious, thoughtful person who prioritizes the United States' national interests.  I am, however, deeply dismayed by your leadership of a process by which this Administration is attempting to destroy USAID without justification. This process has been anything but thoughtful and serious—and instead, a wholesale destruction of USAID is apparently being spearheaded by an unelected billionaire who lacks your stature as a Cabinet official, or your experience in U.S. national security and foreign policy.  There is time to right the ship you helm at State and USAID, and I look forward to working with you to do so.


Sincerely,


GREGORY W. MEEKS
Ranking Member

---

[12] Public Law 118-47, Further Consolidated Appropriations Act, 2024, Sec. 7063.
[13] AFP (Agence France Presse), "Trump Says USAID Run by 'Radical Left Lunatics,' Vows to 'Get Them Out,'" *Barron's*, February 2, 2025, https://www.barrons.com/news/trump-says-usaid-run-by-radical-left-lunatics-vows-to-get-them-out-602369bf.
[14] Conor Murray, "Elon Musk Pushes False Claim Ex-USAID Chief Earned $23 Million: The Biggest DOGE Hoaxes Spread On X," *Forbes*, February 10, 2025, https://www.forbes.com/sites/conormurray/2025/02/10/elon-musk-pushes-false-claim-ex-usaid-chief-earned-23-million-the-biggest-doge-hoaxes-spread-on-x/.

# EXHIBIT 70

**25-cv-469-CJN**

# United States Senate

## COMMITTEE ON FOREIGN RELATIONS
### WASHINGTON, DC 20510–6225

February 27, 2025

The Honorable Marco Rubio
Secretary of State
U.S. Department of State
2201 C Street N.W.
Washington, D.C. 20451

Dear Secretary Rubio:

We are writing with grave concern regarding your decisions this week to fire or place on leave virtually all USAID staff, and to terminate more than 90 percent of USAID awards and more than 60 percent of State Department awards, including hundreds of millions of dollars for programs you exempted as critical to our interest or lifesaving. These actions are in contravention of the law, costly, inefficient, and will harm U.S. national security.

As the Ranking Members of the Senate Foreign Relations Committee and the State and Foreign Operations Appropriations Subcommittee, we are currently beholden to information gleaned from news reports, court filings, and whistleblowers. This is in lieu of the Administration's compliance with the law regarding required consultation, notifications, and reports, or other routine engagements that have long been the norm no matter which political party controls the Congress or White House.

We also note that the letter you submitted to Congress on February 3 communicated your "intent to initiate consultations" consistent with appropriations law, but that the actions you have taken followed no such consultation or required notification.

The lack of compliance with the law, and the lack of communication and transparency, is unprecedented and not representative of the collaboration you professed, and we expected, when we confirmed you as Secretary of State.

Specifically, to date we have not received information or briefings we and our committee staff have requested, or responses to our letters. Additionally, regularly occurring briefings on critical foreign policy issues, like the humanitarian crisis in Sudan and the war in Ukraine are not taking place. This is even more critical now given reported terminations of programs impacting government and nongovernment partners across the world. We reiterate our request for the full list of programs retained, as well as programs and staff terminations and associated justifications, and your assessment of how such actions advance U.S. national security interests and comply the law.

Our other outstanding requests for information and briefings include, but are not limited to, the following:

**Letters**
- Our letter dated January 31 with Ranking Members Meeks and Frankel
- Our letter dated February 2 with all Democratic Senators on the Senate Foreign Relations Committee
- A private letter we signed with several colleagues dated February 13

**Information and Briefing Requests**

- 1/21: Information Request on Personnel Statistics and Related Matters Relevant to Executive Order 14169
- 1/23: Briefing on Status of New Hampshire National Passport and National Visa Centers
- 1/24: Briefing on the status of Afghan SIVs stranded at platforms overseas and contracts associated with the Enduring Welcome Program
- 1/26: Information Request on the status of certain classified programs
- 1/29: Briefing on State Department Post closures
- 1/30: Briefing Update on Haiti Multinational Security Support Mission
- 1/30: Status of Reoccurring Committee Briefings with the Coordinator for Afghan Relocation Efforts
- 2/1: Briefing on Venezuela Policy and Readout of Richard Grenell's Meeting with Nicolas Maduro
- 2/3: Request to meet with the Pakistan Desk
- 2/3: Briefing by State and USAID on PEPFAR Waivers and Ebola/ Marburg Responses
- 2/5: Briefing on the Administration's Review of U.S. Engagement at UN agencies, pursuant to the Executive Order
- 2/6: Multi-prong information request on the waiver process, stop-work orders, impacts on USAID overseas personnel, compliance with appropriations law, definition of lifesaving aid, and impact on other agencies
- 2/6 & 2/13: Briefing on domestic and overseas personnel and training changes
- 2/7: Follow up information request on leadership changes in the Bureau of Consular Affairs
- 2/7: Briefing on NYT Article about USAID clinical trials
- 2/12: Briefing on Organization of American States Secretary General Elections
- 2/12: Information on your involvement in program terminations
- 2/13: Briefing on the security situation at Embassy Juba
- 2/14: Multi-prong request to USAID for information and briefings on the status of USAID Personnel; status of payments and reimbursements related to the foreign assistance freeze; briefing on the status of global food security programming; status of monthly recurring briefings on Ukraine, Sudan, Gaza, and humanitarian assistance; plans to archive USAID's website consistent with the Federal Records Act; status of the Development Experience Clearinghouse (DEC) website; status of processing for outstanding FOIA requests

- 2/18: Additional Request for list of and briefing on waivers and program terminations, and Criteria
- 2/19: Information Request on the impact of the "15 day pause on grants disbursements" on educational and cultural exchange programs and American citizens studying overseas
- 2/21: Briefing and information request on the suspension of assistance for South Africa
- 2/22: Briefing and information request regarding the DHS memo authorizing DS agents to perform immigration enforcement functions

As a former member of both Committees, you are keenly aware that Congress' Constitutional oversight and appropriations mandates require regular engagement with Executive Branch Departments and Agencies about activities and expenditures. We ask that you provide responses to our time-sensitive correspondence and set expectations with State Department and USAID staff about timely and regular engagement with Congress in response to the inquiries from our committees.

Lastly, we request that you appear for hearings before our Committees on these actions and their implications for U.S. national security.

Sincerely,

Jeanne Shaheen
Ranking Member
U.S. Senate Committee on Foreign Relations

Brian Schatz
Ranking Member
State, Foreign Operations, & Related Programs Subcommittee
U.S. Senate Committee on Appropriations

# EXHIBIT 71

**25-cv-469-CJN**

BRIAN J. MAST, FLORIDA
CHAIRMAN

JAMES LANGENDERFER
STAFF DIRECTOR

GREGORY W. MEEKS, NEW YORK
RANKING MEMBER

SAJIT GANDHI
DEMOCRATIC STAFF DIRECTOR



One Hundred Nineteenth Congress
U.S. House of Representatives
Committee on Foreign Affairs
2170 Rayburn House Office Building
Washington, DC 20515
www.foreignaffairs.house.gov

March 11, 2025

Mr. Peter W. Marocco
Director of the Office of Foreign Assistance
Acting Deputy Administrator of the U.S. Agency for International Development
U.S. Department of State
2201 C Street NW
Washington, DC 20520

Dear Mr. Marocco:

In your March 5, 2025, closed-door meeting with the House Foreign Affairs Committee, Democratic Committee Members were eager to receive detailed information and responses from you regarding the Trump Administration's efforts to dismantle the United States Agency for International Development (USAID) and undermine U.S. foreign assistance – actions the Administration took unilaterally prior to your appearance and without Congressional consultation. Unfortunately, Chairman Mast only allotted an hour total for Members of Congress to ask pressing questions, and you either refused or were unable to answer most of them in sufficient detail. Many Members of Congress were also unable to ask their questions due to the unreasonable time constraints established for the briefing and what we understand was your own aim to get to the U.S. African Development Foundation later that morning to physically enter the building and unlawfully assume the chairmanship of its board. We write to you today to request that you now answer the following questions with detailed responses in writing to the Committee by March 18, 2025.  Since you represented to a federal court last month that the review had been completed and thousands of programs terminated—and you maintained in general terms in your March 5 briefing that the Department looked closely at every program as part of a purportedly rigorous review—we expect that answers to these questions should be readily available.

1. USAID is established as an independent entity in 22 U.S.C. 6563. Every move this Administration has taken to date to diminish and dismantle USAID stands in contrast to this statute. The Administration has closed the agency's offices, summarily dismissed its staff, and arbitrarily canceled more than 90% of the agency's programs without any input from Congress or sending any congressional notifications. How do these actions comply with the

law, which holds that USAID must exist separate from any other government entity?

2. Congress explicitly appropriated funding for a number of Congressional directives, including, for example, $3.98 billion for global health programs through USAID and $140 million for USAID's Bureau for Democracy, Human Rights, and Governance in Fiscal Year 2024. Do you agree that, with its constitutional power of the purse, Congress has the right to issue such directives regarding its intent for the funds it appropriates? How will you spend this money according to congressional intent and in compliance with the law given the aid freeze and the Administration's subsequent program terminations?

3. What are the specific criteria used to conduct the foreign assistance review, to include specific metrics, keywords, or search terms?

4. What is the exact decision-making process used to evaluate each project for approval or continuation? What specific, measurable criteria are used to determine whether programs align with the America First agenda and contribute to making the United States safer, stronger, and more prosperous? What specific metrics, keywords, or search terms are used? How has each project been scored against these criteria?

5. How does the Office of Management and Budget (OMB) foreign assistance review process (as detailed in its February 26, 2025, budget data request) differ from the State Department's review process (completed on February 26, 2025, per your declaration to the court)?

6. How is the foreign assistance review process being communicated to implementing partners to ensure transparency and accountability?

7. How many foreign assistance programs have been terminated in error? How are you correcting those errors?

8. What recourse do implementing partners have to contest terminations of programs? How many implementing partners have sought to object or challenge the administration's decision to terminate an award under 2 CFR § 200.342?

9. How does 2 CFR § 200.340 apply to implementing partners whose awards termination justification was "no longer effectuates the program goals or agency priorities?" Have any recently terminated awards been reported publicly in SAM.gov within 30 calendar days after being notified of the termination?

10. Please provide a detailed list of all the individual awards (to include grants, cooperative agreements, or other contracts) you have cancelled.

11. Please provide a detailed list of American companies whose awards (to include grants, cooperative agreements, or other contracts) to implement Congressionally-appropriated foreign assistance have been terminated.

12. We are aware of many programs that were granted waivers for lifesaving work and subsequently terminated – including for global health programs like Ebola, malaria, and PEPFAR. For programs previously granted waivers because they were determined to serve the national interest, what changed that necessitated their termination now?

13. How much funding has been disbursed to implementing partners since January 20, 2025, for work completed prior to Executive Order 14169? How much funding has been disbursed to implementing partners who have received humanitarian waivers to continue operations?

14. When will you reimburse implementers for expenditures they properly made under existing grants and contracts prior to termination, and what is the total amount of money the Administration owes these implementers for work they already completed on behalf of the United States?

15. How many people were authorized to make payments via USAID's Phoenix system prior to January 24, 2025, and how many people are authorized now? Which job positions specifically are authorized?

16. Which activities to support humanitarian operations have been terminated? Is the United States still providing support for field hospitals in Gaza and the East Jerusalem Hospital Network?

17. Does the Administration support development assistance to help deradicalize the population of Gaza?

18. Does the Administration support programs that educate children in Gaza to orient them towards peace rather than violence?

19. Reports have emerged that congressionally appropriated funding for the Ukraine Energy Security Project, which furthers the restoration of Ukraine's energy grid, has been illegally terminated by the Department. What is the status of this project? If cancelled, what is the legal rationale for cancelling this project? What is your plan to spend these Congressionally appropriated dollars according to Congress' intent to support Ukraine and the restoration of its energy grid?

20. What specific evidentiary support can you provide for your claim that a "multitude" of criminal referrals to the Department of Justice will result from the Administration's foreign assistance review, and have you referred any such evidence of wrongdoing to the State Department or USAID Inspector General for follow up?

21. What are the definitive criteria for approving future aid and development projects? Is a direct benefit to the United States a mandatory requirement for funding approval?

22. Do you commit to appearing before the Committee for an open hearing?

We hope that you will be forthcoming and transparent, given the Administration's publicly stated commitment to "radical transparency" and your personal pledge at the March 5 briefing to continue a dialogue with the Committee on these important matters. Thank you for your attention.

Sincerely,

GREGORY W. MEEKS                    WILLIAM R. KEATING
Ranking Member                      Ranking Member
House Foreign Affairs Committee     Subcommittee on Europe

AMI BERA
Ranking Member
Subcommittee on East Asia and Pacific

JOAQUIN CASTRO
Ranking Member
Subcommittee on Western Hemisphere

SARA JACOBS
Ranking Member
Subcommittee on Africa

SHEILA CHERFILUS-MCCORMICK
Ranking Member
Subcommittee on Middle East & North Africa

JARED MOSKOWITZ
Ranking Member
Subcommittee on Oversight and Intelligence

SYDNEY KAMLAGER-DOVE
Ranking Member
Subcommittee on South & Central Asia

GABE AMO
Vice Ranking Member
House Foreign Affairs Committee

# EXHIBIT 72

**25-cv-469-CJN**

# United States Senate
## COMMITTEE ON FOREIGN RELATIONS
### WASHINGTON, DC 20510–6225

March 14, 2025

The Honorable Marco Rubio
Secretary of State
U.S. Department of State
2201 C Street N.W.
Washington, D.C. 20451

Dear Secretary Rubio:

We are seeking immediate clarification on the status of the Administration's foreign assistance review. On March 10, you tweeted that the Administration's review of USAID programs was complete, resulting in the cancellation of 83% of the Agency's programs, or 5,200 contracts.

Your announcement of the conclusion of the review of USAID awards stands in contrast to statements made by your Director of Foreign Assistance and Deputy Administrator of USAID, Pete Marocco, in a meeting with us on March 6th. Mr. Marocco briefed senators on the Foreign Relations Committee that the President's 90-day review of U.S. foreign assistance would conclude in mid-April, following consideration of the outcome of the Office of Management and Budget's data call. Mr. Marocco also stated that the Administration would consult with Congress on programs during the remaining review period.

The March 10 tweet is also in contrast with a court filing on February 26th in which Pete Marocco attested that the foreign assistance "review" was completed, resulting in the termination of approximately 5,800 awards for USAID—a 93% reduction in USAID programs—and 4,100 State Department awards—a roughly 60% reduction. State and USAID orally briefed these terminations to House and Senate committees of jurisdiction.

We have expressed support for a legitimate process and are willing to engage in good faith. We ask that you urgently, and personally, provide clarity to this Committee regarding the nature and status of the review and that you provide the Committee with a current list of terminated and retained awards to date. Specifically, we are seeking information on whether this review is ongoing for both USAID and State Department awards; whether there will be additional rescissions of terminations; and the metrics used in decision-making. We are aware of awards, including for humanitarian U.S. commodity programs, that were terminated, then un-terminated and again re-terminated within a matter of days. This lack of clarity, for example, is harmful to American interests, diplomatic relationships, our foreign assistance partners, and people globally who are suffering from food insecurity and malnutrition.

We also note that the letter you submitted to Congress on February 3 communicated your "intent to initiate consultations" consistent with appropriations law, but no such consultations or required notifications have occurred. We expect that you will consult with Congress before the conclusion of the review and reiterate our request that you appear for hearings before the Committee on these actions and their implications for U.S. national security.

We look forward to your prompt response.

Sincerely,

Jeanne Shaheen
United States Senator

Brian Schatz
United States Senator

Christopher A. Coons
United States Senator

Chris S. Murphy
United States Senator

Tim Kaine
United States Senator

Jeffery A. Merkley
United States Senator

Cory Booker
United States Senator

Chris Van Hollen
United States Senator

Jacky Rosen
United States Senator

Tammy Duckworth
United States Senator