# Congress of the United States
## Washington, DC 20515

March 27, 2025

The Honorable Marco Rubio
Secretary of State
U.S. Department of State
2201 C Street, N.W.
Washington, D.C. 20520

Dear Mr. Secretary:

On Monday, March 24, 2025, Appropriations Committee staff received an email from Paul D. Guaglianone, Senior Bureau Official in the Bureau of Legislative Affairs, which contains two letters addressed to Members of Congress and several attachments.

The letters convey information on the Department of State and U.S. Agency for International Development (USAID) foreign assistance review, and state that the information provided is part of "ongoing consultations." Despite the legal requirement to consult with the Committees on Appropriations, we note that no such consultations have taken place. Given that this is the first information our Committees have received regarding this matter, and that the documents that were provided lack critical details, we repeat our request for meaningful consultations with Congress and put forward a number of questions.

The letters convey total foreign assistance award retention and termination figures, a list of retained and terminated programs, and statistics on payments of awards. In total, the figures show 42 percent of State Department foreign assistance grants and contracts and 86 percent of USAID grants and contracts as terminated. The letters also note that thousands of USAID employees are currently on administrative leave, and 34 percent of all USAID employees are set to be fired through a first round of reductions in force (RIFs) in the coming months.

However, the letters contain no information on: the criteria used; the decision-making process; the relationship to desired policy outcomes; the anticipated impacts on beneficiaries, U.S. partners, and American workers and business; the relationship between personnel and programmatic decisions; or whether or how funds from terminated programs will be lawfully spent.

These actions have violated numerous laws and cost U.S. taxpayers millions of dollars in legal fees, interest payments, and termination fees. In addition, the objectively negative impact of these actions on U.S. national security interests, U.S. credibility, American workers, and U.S. businesses has been laid bare in recent weeks.

While we continue to seek responses to our unanswered questions and concerns communicated in prior letters, we have additional questions based on the information submitted this week, as follows.

- How does the review that led to these decisions relate to the review being led by the Office of Management and Budget, as well as the separate grant and contract reviews?
    - Are further program terminations and staffing reductions being contemplated?
- Is there a process for rescinding the termination of awards, or are these decisions final? If these decisions are not final, what is the process for rescinding termination notices?
- How many payments remain pending? How has the process for reviewing and approving payments changed since January 20th?
- If you intend to RIF 1,602 USAID employees, why do an additional 2,246 USAID employees remain in administrative leave status and unable to perform their duties rather than being recalled to work? How does this decision impact the Agency's capacity to comply with court-ordered reimbursements and other ongoing payments?
    - On what basis did you order these administrative leave and RIF actions? What are the terms of the RIF notices? Is severance included?
    - How do these decisions relate to the programmatic decisions?
    - Prior to terminating foreign service post tours and returning staff to the United States, how will you ensure your personnel decisions align with the need to effectively carry out the appropriations bill, including the appropriation for USAID Operating Expenses?
- Why have you not complied with sections 7015 and 7063 of the Department of State, Foreign Operations, and Related Programs Appropriations Act, 2024, as carried forward by the Further Continuing Appropriations Act, 2025, regarding personnel reductions?
- Do you intend to lawfully reprogram funds remaining from terminated programs and personnel?
- Do you intend to comply with congressional spending directives, and only deviate where permitted by law, and only in a manner consistent with the law?

In recent engagements in which Mr. Peter Marocco, your Director of the Office of Foreign Assistance, has participated, he has not answered basic questions like those included above. The mere attendance at a briefing by a Department official, in which no meaningful information is shared and no answers are provided, does not constitute consultation by the Department.

We request that you resubmit the list of programs sent to us on March 24 with the necessary details on the source account and fiscal year, as well as associated congressional directives, as a first step toward demonstrating your commitment to transparency, to ensure the information is contextualized, and to begin a discussion about the lawful use of such funds.

We also reiterate our request for you to brief our Subcommittees, respond to requests for information, and ensure relevant Department and U.S. Agency for International Development (USAID) officials are available for briefings on these matters. In advance of any such engagements, we request your responses to the above questions and our previous letters.

We further request that Department and USAID officials engaging in any future briefings be accompanied by the necessary lawyers and programmatic experts to ensure a meaningful exchange of information. We also hope you will testify before Congress in an open hearing.

Thank you for your attention to these matters.

Sincerely,

Brian Schatz
Ranking Member
Subcommittee on the Department of State,
Foreign Operations, and Related Programs
Senate Committee on Appropriations

Lois Frankel
Ranking Member
Subcommittee on National Security,
Department of State, and Related Programs
House Committee on Appropriations

Richard J. Durbin
United States Senator

Grace Meng
Member of Congress

Jeanne Shaheen
United States Senator

Norma J. Torres
Member of Congress

Christopher A. Coons
United States Senator

Mike Quigley
Member of Congress

Jeffrey A. Merkley
United States Senator

Chris S. Murphy
United States Senator