# EXHIBIT 74

**25-cv-469-CJN**

3/26/25, 2:42 PM
Case 1:25-cv-00460-CJN    Document 39-19    Filed 04/23/25    Page 2 of 47
Agenda47: Using Impoundment to Cut Waste, Stop Inflation, and Crush the Deep State | Agenda47 | Donald J. Trump

TEXT TRUMP TO 88022!



PLATFORM   NEWS   EVENTS   GET INVOLVED

CONTRIBUTE          SHOP

BACK TO VIDEOS

# Agenda47: Using Impoundment to Cut Waste, Stop Inflation, and Crush the Deep State

**June 20, 2023**

  



2:03 / 4:39                              ▶     

**Bedminster, NJ—** Today, President Donald J. Trump announced his plan to restore executive branch impoundment authority to cut waste, stop inflation, and crush the

Deep State.

"For 200 years under our system of government, it was undisputed that the President had the Constitutional power to stop unnecessary spending through what is known as Impoundment," President Trump said.

"Very simply, this meant that if Congress provided more funding than was needed to run the government, the President could refuse to waste the extra funds, and instead return the money to the general treasury and maybe even lower your taxes, although we did give you the biggest tax reduction in history, and the biggest regulation reduction in history, two things I am very proud of."

President Trump's plan will naturally lead the Executive and Legislative Branches to work together to negotiate and gain better control of federal spending.

"I will use the president's long-recognized Impoundment Power to squeeze the bloated federal bureaucracy for massive savings. This will be in the form of tax reductions for you. This will help quickly to stop inflation and slash the deficit."

## PRESIDENT TRUMP'S PLAN TO RESTORE EXECUTIVE BRANCH IMPOUNDMENT AUTHORITY TO CUT WASTE, STOP INFLATION, AND CRUSH THE DEEP STATE

## PRESIDENT TRUMP WILL RESTORE THE IMPOUNDMENT POWER OF THE EXECUTIVE BRANCH:

- President Trump will restore the Impoundment Power, reestablishing the balance of power between the Legislative and the Executive branches.

- On Day One, President Trump will direct federal agencies to identify portions of their budgets where massive savings are possible through the Impoundment Power, while maintaining the same level of funding for defense, Social Security, and Medicare.

- President Trump will take action to challenge the constitutionality of limits placed on the Impoundment Power by the **Congressional Budget and Impoundment Control Act of 1974 (CBA)**, the source of Congress's usurpation of Executive Branch powers.

- President Trump will also work with Congress to overturn the limits of the CBA.

- In passing the CBA, Congress handcuffed the president from preventing wasteful spending.

- The CBA dramatically limited impoundment, the power of the president to choose not to unnecessarily spend taxpayer dollars, forcing the executive branch to spend every penny of congressionally appropriated funds.

- Under current law, the president can request rescissions of funds, but those requests must be approved by both houses of Congress. The president can only defer the use of funds in limited instances.

- Leading constitutional scholars agree that impoundment is an inherent power of the president.

- Congress has the "power of the purse," so its appropriations necessarily set a ceiling on federal spending for a particular purpose, but it should not set the floor.

- Article II of the Constitution vests the president with the inherent authority to "take Care that the Laws be faithfully executed," which has historically been understood to mean that the president can impound funds when doing so allows him to enforce the law more effectively and efficiently.

- In defense of the president's impoundment power against attacks from Congress, Joseph Sneed, Deputy Attorney General under President Richard Nixon, explained that the use of executive impoundment "to promote fiscal stability is not usurpation; rather it is in the great tradition of checks and balances upon which our Constitution is based."

- Restoring the Impoundment Power will naturally lead the Executive and Legislative Branches to have to work together to negotiate and gain better control of federal spending.

- Although Congress has the power to appropriate funds, inherent within the president's power to execute the law is a measure of discretion on how funds are spent, because spending decisions often depend on how laws are executed in practice.

- The CBA placed crippling burdens on the use of impoundment authority and on the president's negotiating leverage with Congress over how taxpayer dollars are spent, leaving Congress with virtually unchecked budget authority.

## EXECUTIVE BRANCH'S USE OF ITS CONSTITUTIONAL IMPOUNDMENT POWER DATES BACK TO THE EARLIEST DAYS OF THE REPUBLIC:

- The Executive Branch Impoundment Power traces its roots to the Jefferson Administration and the earliest days of the American Republic.

- In 1803, after France refused the U.S. access to the Port of New Orleans, Congress appropriated funding for 15 gunboats. President Jefferson refused to spend the money after determining that the purchase of the gunboats would jeopardize negotiations with the French.

- In his third annual message to Congress explaining why he had not purchased the gunboats as authorized by Congress, President Jefferson declared that a "favorable and peaceable turn of affairs on the Mississippi rendered an immediate execution of that law unnecessary." President Jefferson used his power as the Chief Executive to impound congressionally appropriated funds based on his foreign policy and national security judgment that the use of the funds would be unwise and unnecessary.

- For 170 years, from President Jefferson to President Nixon, the chief executive routinely used the Impoundment Power to further national interests.

- In the 19th century, presidents James Buchanan and Ulysses S. Grant used impoundment in the context of domestic policy to prevent the use of funds to build post offices in Illinois and construct river and harbor improvements.

- Democratic administrations, such as those of Franklin Roosevelt, Harry Truman, John F. Kennedy, and Lyndon B. Johnson, also exercised the Impoundment Power.

- Today, the Impoundment Power is regularly used by **43 governors** across the U.S.

## PRESIDENT TRUMP'S RESTORATION OF THE EXECUTIVE BRANCH IMPOUNDMENT POWER WILL BE AN EFFECTIVE TOOL IN FIGHT AGAINST WASTEFUL SPENDING:

- Since the CBA, wasteful overspending has exploded out of control.

- Congress has run **deficits** in all but four years since 1974.

- In 1974, the **national debt** was $475 Billion and 31 percent of the GDP. Today, it is $30.8 trillion and 123 percent of the GDP.

- Since the CBA was enacted, the federal debt has never gone below its 1974 level.

- Improper payments, payments made incorrectly by the federal government, cost the U.S. **$247 billion** in 2022.

- The U.S. government has lost nearly **$2.4 trillion** in simple payment errors over the last two decades.

- For 50 years, Congress has used the CBA to force the passage of gigantic, wasteful spending packages.

- Since the CBA, Congress has adopted a **budget resolution** on time only 6 times, missing the deadline by an average of 40 days.

- Congress has almost never met the **CBA deadline** for its 12 annual appropriations bills, often resorting to omnibus spending bills to rush appropriations through.

**TRANSCRIPT**

Crooked Joe Biden, our disgraced president, has wasted trillions of taxpayer dollars in less than three years—causing uncontrolled inflation that is crushing working families.

Reining-in Biden's wasteful and unnecessary spending is vital to stopping inflation and rescuing our economy from ruin. But the pain of the spending cuts must be borne by the special interests and Washington bureaucrats, NOT by American families and American seniors in particular.

For 200 years under our system of government, it was undisputed that the President had the Constitutional power to stop unnecessary spending through what is known as Impoundment.

3/26/25, 2:42 PM                    Agenda47: Using Impoundment to Cut Waste, Stop Inflation, and Crush the Deep State | Agenda47 | Donald J. Trump

Case 1:25-cv-00460-CJN    Document 39-19    Filed 04/23/25    Page 7 of 47

Very simply, this meant that if Congress provided more funding than was needed to run the government, the President could refuse to waste the extra funds, and instead return the money to the general treasury and maybe even lower your taxes, although we did give you the biggest tax reduction in history, and the biggest regulation reduction in history, two things I am very proud of. And they still are there, although they are disappearing rapidly under Biden.

Thomas Jefferson famously used this power, as did many other presidents until it was wrongfully curtailed by the Impoundment Control Act of 1974 – not a very good act. This disaster of a law is clearly unconstitutional—a blatant violation of the separation of powers.

When I return to the White House, I will do everything I can to challenge the Impoundment Control Act in court, and if necessary, get Congress to overturn it. We will overturn it.

I will then use the president's long-recognized Impoundment Power to squeeze the bloated federal bureaucracy for massive savings. This will be in the form of tax reductions for you. This will help quickly to stop inflation and slash the deficit.

To prepare for this eventuality, on Day One, I will order every federal agency to begin identifying large chunks of their budgets that can be saved through efficiencies and waste reduction using Impoundment.

Of course, this will not include national defense and, unlike Ron DeSanctimonious, who doesn't really know what is happening, I will not lay a finger on Medicare or Social Security. He wants to destroy Social Security and basically obliterate Medicare. These are benefits for our seniors. We are not going to touch it. There are many other things we can do. We are not going to let Ron DeSanctus do anything to hurt Medicare or Social Security.

On the contrary, some of the funds we save through Impoundment from other parts of the government can be used to strengthen Medicare and Social Security for years to come.

Reasserting the president's historic Impoundment authority will also restore critical negotiating leverage with Congress to keep spending under control. Very simple. We are going to keep spending under control.

We had it done and then Covid came in and we had to do some things to help save our country. We did a great job. But we were starting to make lots of money. We were Energy Independent. We were going to be Energy Dominant. We were going to be taking in massive amounts of money from the liquid gold that we have under our feet. More than any other nation. And we were going to reduce taxes and pay off debt.

This is the ONLY way we will ever return a balanced budget: Impoundment.

Just as importantly, bringing back Impoundment will give us a crucial tool with which to obliterate the Deep State, Drain the Swamp, and starve the Warmongers –– these people that want wars all over the place; killing, killing, killing, they love killing -–– and the Globalists out of government.

We are going to get the Warmongers and the Globalists out of our government.

With Impoundment, we can simply choke off the money.

This policy is anti-inflation, anti-Swamp, anti-globalist—and it's pro-growth, pro-taxpayer, pro-American, and pro-freedom.

I alone can get that done. I will get it done and Make America Great Again.

Thank you very much.

3/26/25, 2:42 PM                    Agenda47: Using Impoundment to Cut Waste, Stop Inflation, and Crush the Deep State | Agenda47 | Donald J. Trump

Case 1:25-cv-00469-CJN     Document 39-19     Filed 04/23/25     Page 9 of 47



## Join Our Movement

### Follow Us

ENTER YOUR EMAIL                                    ZIP

Paid for by Never Surrender, Inc.
and not authorized by any
candidate or candidate's
committee.

Privacy Policy     Terms & Conditions     Press     Careers     Powered by Nucleus

The appearance of U.S. Department of Defense personnel or other visual information does not imply or constitute
DoD endorsement.

# EXHIBIT 75

**25-cv-469-CJN**

**Elon Musk** 
@elonmusk

Subscribe

USAID is a criminal organization.

Time for it to die.



🧩 **Autism Capital** 🧩 ✓ @AutismCapital · Feb 2

🚨 BREAKING: USAID Senior Officials put on Leave after Physically Trying to stop DOGE from accessing Agency Systems

Two USAID officials, John Voorhees and his deputy, were put on leave late Saturday night after refusing to allow DOGE members access to USAID ...

Show more

11:20 AM · Feb 2, 2025 · **33.2M** Views

# EXHIBIT 76

**25-cv-469-CJN**

 **Department of Government Efficiency** ✔
@DOGE

First DOGE 𝕏 Spaces Conversation with @ElonMusk, @VivekGRamaswamy and @SenJoniErnst

Live Now



Elon Musk ✔ 𝕏 Host

**Doge & Mars**

1.5M tuned in · Feb 2 · 1:04:13

▶ Play recording

11:25 PM · Feb 2, 2025 · **4.1M** Views

💬 1.3K          ⟲ 4.1K          ♡ 20K          🔖 4.2K

# EXHIBIT 77

**25-cv-469-CJN**

Why does Musk want USAID 'to die'? And why did its website disappear? : Goats and Soda : NPR




All Things Considered

MY PLAYLIST

 **n p r**   **WBEZ** CHICAGO

DONATE

## Goats and Soda

GOATS AND SODA

# Why does Musk want USAID 'to die'? And why did its website disappear?

UPDATED FEBRUARY 3, 2025 · 4:28 PM ET

By Melody Schreiber



A USAID officer watches as a U.S. military cargo plane taxis to a stop at Kathmandu's international airport in the wake of the 2015 earthquake. The agency funds projects that aim to alleviate poverty and disease and meet humanitarian needs around the world.

*Roberto Schmidt/AFP via Getty Images/AFP*

It's been a tumultuous weekend for USAID — the U.S. Agency for International Development. On Saturday sometime after 3 a.m., its website went down, according to the Internet Archive, a nonprofit group that tracks web pages.

Some browsers display the error message: "This site can't be reached. Check if there is a typo in www.usaid.gov."

The agency's account on X (formerly Twitter) has also been deleted.

3/27/25, 4:01 PM · Why does Musk want USAID to die? And why did he call it a 'ball of worms'? : Goats and Soda : NPR

Case 1:25-cv-00469-CJN · Document 39-19 · Filed 04/23/25 · Page 16 of 47

Early Monday morning, Elon Musk, speaking during a live "Space" conversation on X, said his Department of Government Efficiency is in the process of "shutting down USAID."

**Sponsor Message**



PRICE DROP

$79.95

The day before, Musk wrote on X that USAID is a "criminal organization."

"It needs to die," he wrote.

## Criticisms leveled at USAID

Musk has voiced numerous criticisms of the agency on X, citing "corruption and waste." He has assserted that only 10% of funds reach communities abroad and that USAID pays for undocumented crossings into the U.S. and funds abortion services.

Speaking at a press conference on Monday, Secretary of State Marco Rubio announced that he is now the acting administrator of USAID. He spelled out the Trump administration's criticisms of the agency, noting that "it's supposed to respond to policy directives of the State Department, and it refuses to do so."

"Everything they do" has to be aligned with U.S. foreign policy," he explained. "And the attitude that USAID has adopted over the years is no, we are independent of the national interest." He characterized that attitude as "ridiculous."

He emphasized that this is not a blanket condemnation of USAID. "There are things that [USAID] does that are good and there are things that it does that we have strong questions about."

Musk also spoke of USAID at a panel discussion early Monday that he shared with Sen. Joni Ernst, R-Iowa, who has long tried to push for more oversight of USAID; Vivek Ramaswamy; and Sen. Mike Lee, R-Utah. Musk said he had the support of President Trump.

**Sponsor Message**

"None of this could be done without the full support of the president, you know. And with regard to the USAID stuff, I went, went over it with him, you know, in detail, and he agreed with that we should, we should shut it down," he said.

**An online change**

In the wake of the removal of the website, online information about USAID, which is responsible for funding aid projects around the world and managed more than $40 billion in federal spending in 2023, is available at a new page that is part of the State Department's website. That page was captured for the first time on Jan. 27, according to the Internet Archive.

There are seven items in this USAID section — a drastic reduction of the reports and information on the original USAID.gov website, which covered the wide range of the agency's portfolio, from humanitarian assistance and global health to education and conflict prevention.

The first item that appears on the State web page is a press release: "Implementing the President's Executive Order on Reevaluating and Realigning United States Foreign Aid."

President Trump temporarily halted foreign assistance in that order on the first day of his presidency, writing that foreign aid serves to "destabilize world peace."

The State Department and USAID did not respond to NPR's media inquiries about the website termination and the future of the agency.

**What's the fate of USAID?**

The move appears amid questions about the fate of the aid agency, with concerns in the aid community that USAID may be folded into the State Department or eliminated altogether.

The deletion of the website and social media accounts alongside significant layoffs and the near-total suspension of work is an effort to dismantle USAID entirely, Jeremy Konyndyk told NPR. Konyndyk led disaster relief under Obama and the COVID and mpox responses under Biden at USAID. He's currently president of the aid group Refugees International.

3/27/25, 4:01 PM
Case 1:25-cv-00469-CJN Document 39-19 Filed 04/23/25 Page 18 of 47
Why does Musk want to end this Aid? Why did the USAID app go? : Goats and Soda : NPR

Sponsor Message

"They're trying to eliminate the agency," Konyndyk said.

"They have announced no plan and given no rationale — they're just taking everything down," Konyndyk said. "They're trying to do it behind the scenes rather than openly," he said, so they don't have to "defend what they're doing" in announcements to the public.

The consequences of a diminished or erased USAID would be dire, Konyndyk said, noting that one key component of its programs is keeping outbreaks and epidemics from reaching U.S. shores.

USAID is "enduring an unlawful shutdown, purge, and dismantling," wrote Dr. Atul Gawande, former assistant administrator for global health at USAID, in a post on Bluesky on Sunday.

The dissolution would extend beyond "the unlawful destruction of USAID's life-saving work," Gawande told NPR. "USAID has become the place where the administration is demonstrating and developing its playbook for eviscerating other targeted agencies."

The web shutdown comes in the wake of both the stop work order and the furloughing or laying off of hundreds of USAID employees. In his first two weeks in office, the Trump administration placed senior leadership at USAID on leave and laid off or furloughed more than 400 contractors in the agency's Bureau for Humanitarian Assistance and also laid off hundreds more in its Global Health Bureau.

Democratic lawmakers in Congress are decrying these actions. The dissolution of USAID would be "illegal and against our national interests," Sen. Chuck Schumer posted on Bluesky Friday evening.

Sen. Chris Murphy said in a post on X on Saturday that the "total destruction" of USAID was "happening as we speak" and would be "cataclysmic."

**A question of legality**

Case 1:25-cv-00469-CJN   Document 39-19   Filed 04/23/25   Page 19 of 47

The question of the legality of any attempt to change the status of USAID is connected to its origins. The agency was created in 1961 when President John F. Kennedy signed an executive order after Congress passed the Foreign Assistance Act, which mandated the creation of an independent agency to focus on development separate from politics and the military. The agency was formally established by Congress as an independent agency in 1998.

That means "it cannot just be undone, at this point, by an executive order," Konyndyk said. "To actually disestablish the agency and dissolve it into the State Department will take an act of Congress."

In the past, USAID has enjoyed bipartisan support, including from lawmakers like Sen. Lindsey Graham and Sen. Mitch McConnell, he noted.

*Melody Schreiber is a journalist and editor of* What We Didn't Expect: Personal Stories About Premature Birth.

*NPR's Luke Garrett contributed reporting.*

trump's presidential transition     usaid     state department

# EXHIBIT 78

**25-cv-469-CJN**

Case 1:25-cv-00469-CJN   Document 39-19   Filed 04/23/25   Page 21 of 47

# Elon Musk said Donald Trump agreed USAID needs to be 'shut down'

By Jennifer Hansler, Alex Marquardt and Lex Harvey, CNN

🕐 5 minute read · Updated 7:48 AM EST, Mon February 3, 2025

Alex Marquardt reports two top USAID security officials on leave amid dispute over DOGE access

03:18

<div style="border">
**See More Videos**
</div>

**(CNN)** — Elon Musk said President Donald Trump agreed the US Agency for International Development needs to be "shut down," following days of speculation over the future of the agency after its funding was frozen and <u>dozens of its employees were put on leave</u>.

"With regards to the USAID stuff, I went over it with (the president) in detail and he agreed that we should shut it down," Musk said in a X Spaces conversation early Monday.

Musk said he checked with Trump "a few times" and Trump confirmed he wants to shut down the agency, which dispenses billions in humanitarian aid and development funding annually. CNN has reached out to the White House and USAID for comment.

ADVERTISING



Replay

Sunday evening, before the X Spaces conversation, when asked for comment on USAID, Trump told reporters: "It's been run by a bunch of radical lunatics, and we're getting them out, and then we'll make a decision" on its future.

Musk's comments come after two top security officials at USAID were put on administrative leave Saturday night for refusing members of the Department of Government Efficiency access

to systems at the agency, even when DOGE personnel threatened to call law enforcement, multiple sources familiar with the situation told CNN.

Around 60 senior USAID staff were put on leave last week on accusations of attempting to circumvent Trump's executive order to freeze foreign aid for 90 days. Another senior official was put on leave for trying to reverse that move after finding no evidence of wrongdoing.

In the X Spaces conversation early Monday, which he co-hosted with Republican Sen. Joni Ernst of Iowa and Vivek Ramaswamy – who was initially named co-chair of DOGE with Musk but has since left – the X owner called USAID "incredibly politically partisan" and said it has been supporting "radically left causes throughout the world including things that are anti-American."



**LIVE UPDATES**
Trump signs tariffs on top trade partners as he enacts 'America First' agenda

---



✕

## Do you want the latest in US politics summarized each day?

Sign up for CNN's What Matters newsletter.

| Email address |
|---|

By subscribing you agree to our Privacy Policy.

Sign me up

Musk said USAID is "beyond repair," among other attacks he made against the agency created by Congress as an independent body.

We don't have "an apple with a worm in it," he said. "We have a ball of worms."

"USAID is a ball of worms."

USAID was established in 1961 under President John F. Kennedy's administration and is the US government's humanitarian arm. It dispenses billions of dollars annually across the world in an effort to alleviate poverty, treat diseases, and respond to famines and natural disasters. It also promotes democracy building and development by supporting non-government organizations, independent media and social initiatives.

USAID is a key soft power tool of the US to foster relations with communities around the world, officials say, noting that US national security is approached with the "three D" pillars: defense, diplomacy and development, led, respectively, by the Defense Department, State Department and USAID.

## DOGE personnel gained access to USAID files, sources say

According to sources, personnel from the Musk-created office first physically tried to access the USAID headquarters in Washington, DC, and were stopped. The DOGE personnel demanded to be let in and threatened to call US Marshals to be allowed access, two of the sources said.

The DOGE personnel wanted to gain access to USAID security systems and personnel files, three sources said. Two of those sources also said the DOGE personnel wanted access to classified information, which only those with security clearances and a specific need to know are able to access.

Three sources told CNN that in the end, the DOGE personnel were eventually able to access the headquarters.

The incident, which had not been previously reported, is the latest showdown as the Trump-affiliated DOGE seeks to exert increasing authority over the federal government as it aims to slash spending.

In a letter to Secretary of State Marco Rubio Sunday, Democratic members of the US Senate Foreign Relations Committee requested "an immediate update about the access of USAID's headquarters, including whether the individuals who accessed the headquarters were authorized to be there and by whom."

"The potential access of sensitive, even classified, files, which may include the personally identifiable information (PII) of Americans working with USAID, and this incident as a whole, raises deep concerns about the protection and safeguarding of matters related to U.S. national security," the letter said.

The Senators also wrote that "any effort to merge or fold USAID into the Department of State should be, and by law must be, previewed, discussed and approved by Congress.

Katie Miller, whom Trump named to DOGE in December, on Sunday appeared to confirm that DOGE personnel had accessed classified information.

"No classified material was accessed without proper security clearances," she posted on X.

On Sunday, in response to CNN's report about the incident, Musk said that "USAID is a criminal organization."

"Time for it to die," he posted on X.



**RELATED ARTICLE**
USAID website goes offline amid Trump administration's freeze on foreign aid

Other top Trump officials, such as Stephen Miller, who serves as deputy chief of staff for policy at the White House, have also taken aim at USAID, accusing its workforce of being overwhelmingly Democrats.

On Saturday, USAID's website went dark and a new page for the agency appeared on the State Department website. USAID's X account also went offline Saturday.

A source told CNN that the entire USAID public affairs office was put on leave and locked out of their systems.

Shortly after being sworn in last month, Trump issued a sweeping executive order pausing all foreign aid for 90 days, leading to widespread confusion, layoffs and program shutdowns.

USAID Director of Security John Voorhees and his deputy are among dozens of USAID officials who have been put on leave amid fears that the agency is being intentionally dismantled — a move that some aid officials argue would have massive negative implications.

Aid officials argue the State Department isn't equipped to take over and sustain USAID's vast number of development projects. It would also erase, they argue, unique and essential soft power that can't be replicated.

The State Department doesn't "have the capacity, the expertise, the training to do that kind of work. It is a completely separate line of effort that is undertaken on the ground," a former senior USAID official said.

"The one element of the US government bureaucracy on the ground in foreign places that has been able to get out beyond the wire and actually have a deeper understanding of the places in which we work is USAID," the former official continued, requesting anonymity due to growing and widespread fears of being targeted by the Trump administration.

"That ability to work in that way, that culture — and it is a culture I think — gets lost. And with it, I think we lose an enormous, incredibly valuable tool of US foreign policy. We're basically going

to be punching with one arm behind our back," the person said.

*This story and headline have been updated with additional reporting.*

## MORE FROM CNN

 Trump says Musk wasn't briefed on China war plan in Pentagon meeting

 Recording reveals new details on controversial DOGE employee

 The Trump administration has harsh words for Europe. In ...

## NEWS & BUZZ

 The White House says the Yemen security breach is a hoax. Here's why ...

 Trump announces new auto tariffs in a major trade war escalation

 HHS cuts 10,000 employees in major overhaul of health agencies

Search CNN...

3/27/25, 11:36 AM
Case 1:25-cv-00469-CJN Document 39-19 Filed 04/23/25 Page 27 of 47
Elon Musk DOGE officials emerge at US Aid Head of Govt Struck down' | CNN Politics

Subscribe

Sign in

Live TV

Listen

Watch

US

World

Politics

Business

Markets

Health

Entertainment

Tech

Style

Travel

Sports

Science

Climate

Weather

Ukraine-Russia War

Israel-Hamas War

Watch

Listen

CNN Underscored

Games

About CNN

## Politics

### FOLLOW CNN POLITICS

   

Terms of Use    Privacy Policy    Cookie Settings    Ad Choices    Accessibility & CC    About    Subscribe    Newsletters

Transcripts    Help Center

© 2025 Cable News Network. A Warner Bros. Discovery Company. All Rights Reserved.

CNN Sans ™ & © 2016 Cable News Network.

3/27/25, 11:36 AM
Case 1:25-cv-00469-CJN Document 39-19 Filed 04/23/25 Page 29 of 47
Musk, DOGE unite managers at USAID react to 'shutdown' | CNN Politics

Case 1:25-cv-00469-CJN   Document 39-19   Filed 04/23/25   Page 32 of 47

# EXHIBIT 79

**25-cv-469-CJN**

 **Elon Musk** ✓ 
@elonmusk

**Subscribe**   ...

We spent the weekend feeding USAID into the wood chipper.

Could gone to some great parties.

Did that instead.

>  **Mike Benz** ✓ @MikeBenzCyber · Feb 2
>
> it ain't dead yet, but already, and for the very first time, a hole has been put in the Terror Titanic x.com/Nero/status/18...

12:54 AM · Feb 3, 2025 · **25.7M** Views

💬 8.4K          🔁 23K          ♡ 166K          🔖 2.9K          ⬆️

 Post your reply                                        **Reply**

 **Rep. Marjorie Taylor Greene**🟥 ✓ 🔒 @RepMTG · Feb 3           ...
I hope USAID is completely eliminated because Congress would never get rid of it on their own.

>  **Rep. Marjorie Taylor Greene**🟥 ✓ 🔒 @RepMTG · Feb 3
>
> 7 months ago, I tried to DEFUND USAID.
>
> Only 81 Republicans voted "aye" which is "yes" to my amendment to prohibit funding to USAID.
>
> ...
> Show more
>
>  **GOV TRACK.US**          ≡
> Tracking the U.S. Congress #OpenGov
>
> Legislative Recap Jan 31, 2025: **Cabinet Confirmations** »
>
> Roll Call Votes / House Vote #308 in 2024 (118th Congress)
>
> # H.Amdt. 1044 (Greene) to



**Rep. Marjorie Taylor Greene**  ✅ 🔒 @RepMTG · Feb 3 ···

I hope USAID is completely eliminated because Congress would never get rid of it on their own.

 **Rep. Marjorie Taylor Greene**🇺🇸 ✅ 🔒 @RepMTG · Feb 3

7 months ago, I tried to DEFUND USAID.

Only 81 Republicans voted "aye" which is "yes" to my amendment to prohibit funding to USAID.

...

**Show more**

 **GOVTRACK.us**

Tracking the U.S. Congress #OpenGov



Legislative Recap Jan 31, 2025: **Cabinet Confirmations** »

Roll Call Votes  /  House Vote #308 in 2024 (118th Congress)

# H.Amdt. 1044 (Greene) to H.R. 8771: To prohibit funding for USAID.

Jun 27, 2024 at 11:35 a.m. ET. On the Amendment in the House.

This was a vote to approve or reject amendment H.Amdt. 1044 (118th) (Marjorie Taylor Greene) to H.R. 8771 (118th). The title of the amendment is H.Amdt. 1044 (Greene) to H.R. 8771: To prohibit funding for USAID..

|  | All Votes | Republicans | Democrats |
|---|---|---|---|
| Aye | 20% ▮ 81 | 81 | 0 |
| No | 80% ▮▮▮ 331 | 127 | 204 |
| Not Voting | ▮ 25 | 13 | 12 |

💬 353   🔁 1.6K   ♡ 8K   📊 219K   🔖 ⬆

**EXHIBIT 80**

**25-cv-469-CJN**

← **Truth Details**

5840 replies

 **Donald J. Trump** ✔
@realDonaldTrump

USAID IS DRIVING THE RADICAL LEFT CRAZY, AND THERE IS NOTHING THEY CAN DO ABOUT IT BECAUSE THE WAY IN WHICH THE MONEY HAS BEEN SPENT, SO MUCH OF IT FRAUDULENTLY, IS TOTALLY UNEXPLAINABLE. THE CORRUPTION IS AT LEVELS RARELY SEEN BEFORE. CLOSE IT DOWN!

**17.6k** ReTruths    **72.9k** Likes                          Feb 07, 2025, 8:31 AM

# EXHIBIT 81

**25-cv-469-CJN**



**Department of Government Efficiency** ✅ @DOGE · Feb 7

Unburdened by what has been.



○ 4.4K          ⟲ 19K          ♡ 123K          ᐧ�|ᙾ 36M          🔖    ↥

# EXHIBIT 82

**25-cv-469-CJN**



**Elon Musk** @elonmusk · Feb 7

This building is now occupied by @CBP



**Department of Government Efficiency** @DOGE · Feb 7

Unburdened by what has been.

💬 5.5K          ⟳ 27K          ♡ 213K          📊 31M

# EXHIBIT 83

**25-cv-469-CJN**



# EXHIBIT 84

**25-cv-469-CJN**

⇌ **Department of Government Efficiency reposted**



**Marco Rubio** ✔ @marcorubio · Mar 10

After a 6 week review we are officially cancelling 83% of the programs at USAID.

The 5200 contracts that are now cancelled spent tens of billions of dollars in ways that did not serve, (and in some cases even harmed), the core national interests of the United States.

In consultation with Congress, we intend for the remaining 18% of programs we are keeping (approximately 1000) to now be administered more effectively under the State Department.

Thank you to DOGE and our hardworking staff who worked very long hours to achieve this overdue and historic reform.

 14K      41K      239K      10M