IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No. 1:25-cv-469-CJN |
| v. | ) ) ) | |
| DONALD TRUMP, et al., | ) ) ) | |
| Defendants. | ) ) | |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

Upon consideration of Plaintiff's Plaintiffs' Motion for Preliminary Injunction (ECF ___) it is hereby **ORDERED** that the motion **GRANTED**; it is further **ORDERED** that Defendants, their agents, and those acting in concert with them shall:

(a) Refrain from taking any steps to abolish USAID, including to suspend, eliminate, consolidate, reorganize, or downsize: (i) USAID, (ii) its workforce, or (iii) USAID contracts, grants, awards, programs, projects, or activities.

(b) Refrain from any steps to transfer, integrate, or subsume USAID, its workforce, or its contracts, grants, awards, programs, projects, or activities to other parts of the federal government.

(c) Apportion to USAID the full amount of funds that Congress appropriated to USAID and maintain that apportionment to USAID—so that USAID can obligate those funds for: (i) its operations and (ii) contracts, grants, awards, and projects that USAID overseen by USAID, per Congress's SFOPS 2024 and 2025 and additional budgetary appropriations to USAID.

(d) Operate, maintain, and restore public online access to apportionment data, with the associated footnotes and written explanations, including by restoring the Public Apportionments Database, enabling the public to confirm OMB's apportionments of appropriated funds to USAID.

(e) Develop and file a plan showing how they will: (i) timely obligate the full amount of SFOPS Title II and III and all other funds that Congress has appropriated to USAID; and

(ii) maintain staffing at USAID at levels adequate to obligate all funds appropriated by Congress to USAID, to oversee and administer all USAID awards, and to carry out all other statutorily mandated USAID activities, including meeting all reporting requirements.

(f) Until complying with paragraph (e) above, refrain from: (i) enforcing or giving effect to termination notices sent to USAID personal services contractors (USPSCs) on or after January 20, 2025; or (ii) taking any steps to close USAID missions or other USAID facilities overseas or to involuntarily repatriate USAID personnel or their families from overseas.

(g) Restore the website usaid.gov and public and employee access to it, as they were on January 19, 2025.

(h) Cease disclosing USPSC's personal identifying information on and remove that information from all DOGE websites.

(i) File biweekly status reports documenting and confirming compliance with this order.

DATE:

_____
CARL J. NICHOLS
United States District Judge

## PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Under Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Yaakov M. Roth, Acting Assistant Attorney General

Alexander K. Haas, Director, Federal Programs Branch

Lauren A. Wetzler, Deputy Director Federal Programs Branch

Michael P. Clendenen, Trial Attorney

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005