IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, ) ) ) ) Plaintiff, ) ) v. ) ) DONALD TRUMP, et al., ) ) Defendants. ) | Case No.  1:25-cv-469-CJN |

**ERRATUM**

Plaintiff's *Memorandum in Support of Motion for a Preliminary Injunction* filed on April 23, 2025 (ECF 39-1) is corrected as follows:

The sentence currently on page 13 under the paragraph heading "February 19, 2025,"

stating that:

DOGE locked PSCs worldwide out of email and other USAID systems, including essential security communications tools for PSCs and family members overseas. Ex. 20 ¶ 6; Ex. 12 ¶ 4 & Ex. 1 ¶ 4; Ex. 21 ¶¶ 4-5; Ex. 22 ¶ 4; Ex. 23 ¶¶ 5, 7-8; Ex. 32 ¶¶ 4-5.

should be deleted from that paragraph and moved instead to page 10 of the brief, to

become the last sentence of the paragraph under the heading  "February 2-3, 2025."

1

Dated: April 26, 2025

                         Respectfully submitted,

                         /s/     Joshua Karsh

| Carolyn E. Shapiro | Marni Willenson | Joshua Karsh |
|---|---|---|
| Schnapper-Casteras PLLC | D.C. USDC Bar No. IL0011 | Mehri & Skalet PLLC |
| 200 E. Randolph St., Ste 5100 | Illinois Bar No. 6238365 | 1237 Judson Ave. |
| Chicago, IL 60601 | Willenson Law, LLC | Evanston, IL 60202 |
| cshapiro@schnappercasteras.com | 3420 W. Armitage Ave., Ste 200 | jkarsh@findjustice.com |
| 312-520-7533 | Chicago, IL 60647 | 773-505-7533 |
| | marni@willensonlaw.com | |
| | 312-546-4910 | |
| *Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* | | *Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* |

*Counsel for the Plaintiff*