IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
PERSONAL SERVICES                           )
CONTRACTOR ASSOCIATION,                     )
                                            )
        *Plaintiff.*                    )   Case No. 1:25-cv-469-CJN
                                            )
        v.                              )
                                            )
DONALD TRUMP, *et al.*,                     )
                                            )
        *Defendants.*                   )
_____ )

## JOINT STATUS REPORT

**1.   Proposed briefing schedule for Motion for Preliminary Injunction [ECF No. 39].** Plaintiff filed its Motion for a Preliminary Injunction on April 23, 2025. The parties have conferred and propose that Defendants' response should be due no later than May 7, 2025, and that Plaintiff's reply should be due no later than May 14, 2025.

**2.       Whether a hearing on the Motion is necessary.** Defendants do not anticipate the need for a hearing. Plaintiff does not anticipate the need for a hearing unless Defendants file declarations disputing material facts as to which cross examination might be clarifying. If the Court holds a hearing, Plaintiff's counsel requests 24 hours' notice, to allow counsel to fly from Chicago. The parties can be available for a hearing any time on May 15, 2025, or May 20, 2025.

3. **Whether the parties anticipate factual disputes between affiants.**

a. **Plaintiff's position.** Plaintiff will take a position on this issue in its reply in support of the Motion for a Preliminary Injunction after seeing any declarations submitted by Defendants.

b. **Defendants' position**. Defendants have not yet determined whether they will be submitting declarations in support of their response to the Motion for a Preliminary Injunction. However, Defendants anticipate that the Court will be able to resolve any factual disputes on the papers and will not need to hold an evidentiary hearing.

Dated: April 29, 2025

                      Respectfully submitted,

<u>/s *Marni Willenson*</u>

Marni Willenson
D.C. USDC Bar No. IL0011
Illinois Bar No. 6238365
Willenson Law, LLC
3420 W. Armitage Ave.,
Ste 200
Chicago, IL 60647
marni@willensonlaw.com
312-546-4910

Joshua Karsh*
Mehri & Skalet PLLC
1237 Judson Ave.
Evanston, IL 60202
jkarsh@findjustice.com
773-505-7533
*pro hac vice forthcoming,
*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.*

Carolyn E. Shapiro*
Schnapper-Casteras PLLC
200 E. Randolph St., Ste 5100
Chicago, IL 60601
cshapiro@schnappercasteras.com
773-520-7533
*pro hac vice forthcoming,
*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.*

*Counsel for Plaintiff*

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

CHRISTOPHER R. HALL
Assistant Branch Director

<u>/s/ Michael P. Clendenen</u>
MICHAEL P. CLENDENEN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-0693
Email: michael.p.clendenen@usdoj.gov

*Counsel for Defendants*