IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT DONALD TRUMP, *et al.*, <br><br> Defendants. | Civil Action No. 1:25-cv-00469 |

**NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL**

The Clerk of court will please enter the appearance of RICHARD C. GILES, Trial Attorney of the U.S. Department of Justice, Civil Division, Federal Programs Branch, and remove the appearance of MICHAEL P. CLENDENEN, Trial Attorney, of that Branch, as counsel for all Defendants in the above-captioned action. Mr. Giles is admitted or otherwise authorized to practice in this Court.

Dated: May 15, 2025                                                      Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

LAUREN A. WETZLER
Deputy Director
Federal Programs Branch

*/s/ Richard C. Giles*
RICHARD C. GILES
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov

*Counsel for Defendants*