IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PERSONAL SERVICES CONTRACTOR ASSOCIATION,** | ) ) ) ) |
| Plaintiff, | ) Case No. 1:25-cv-469-CJN ) |
| v. | ) ) |
| **DONALD TRUMP,** *et al.*, | ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO FILE *INSTANTER* A <u>CORRECTED</u> REPLY
SUPPORTING ITS MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff Personal Services Contractor Association moves, with the Defendants' consent, to file the attached corrected reply brief in support of its motion for a preliminary injunction (ECF No. 39). In support, Plaintiff states:

1. Earlier this morning, around two minutes after midnight, Plaintiff filed ECF 46, its reply brief supporting its motion for a preliminary injunction (ECF 39).

2. Immediately after filing, Plaintiff realized that it had errantly uploaded and filed a version of the reply brief with comments from Microsoft Word turned on and showing.

3. At 9 a.m. this morning, as soon as the clerk's office opened, Plaintiff contacted the clerk's office to ask the clerk's office to seal that errantly filed document (ECF 46).

4. A corrected version of the reply brief, without the comments, is attached.

5. Both the filing error and the filing delay (until just after midnight) were due to technological difficulties.

6. Plaintiff's counsel has consulted with counsel for Defendants, and Defendants do not object to this motion. (Defense counsel also kindly emailed Plaintiffs' counsel this morning to advise Plaintiff's counsel of Plaintiff's counsel error in uploading and filing the wrong version of the document.)

Accordingly, Plaintiff respectfully requests leave to file *instanter* the correct version of its reply brief in support of its motion for preliminary injunction, a copy of which is attached. A proposed order is also attached and also will be emailed to CJNpo@dcd.uscourts.gov.

Dated: May 15, 2025

                            Respectfully submitted,

                            /s/ Joshua Karsh

| Carolyn E. Shapiro* | Marni Willenson | Joshua Karsh* |
|---|---|---|
| Schnapper-Casteras PLLC | D.C. USDC Bar No. IL0011 | Mehri & Skalet PLLC |
| 200 E. Randolph St., Ste 5100 | Illinois Bar No. 6238365 | 1237 Judson Ave. |
| Chicago, IL 60601 | Willenson Law, LLC | Evanston, IL 60202 |
| cshapiro@schnappercasteras.com | 3420 W. Armitage Ave., Ste 200 | jkarsh@findjustice.com |
| 773-520-7533 | Chicago, IL 60647 | 773-505-7533 |
|  | marni@willensonlaw.com |  |
|  | 312-546-4910 |  |
| *Admitted pro hac vice. Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar. |  | *Admitted pro hac vice. Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar. |

2