UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PERSONAL SERVICES CONTRACTOR
ASSOCIATION,

       *Plaintiff*,

v.

DONALD TRUMP, et al.,

       *Defendants*.

Civil Action No. 1:25-cv-469 (CJN)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion for a Preliminary Injunction, ECF No. 39, is **DENIED**.

DATE: July 25, 2025

                                                    CARL J. NICHOLS
                                                    United States District Judge