IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PERSONAL SERVICES CONTRACTOR ASSOCIATION,** ) ) ) ) | |
| *Plaintiff* ) | Case No. 1:25-cv-469-CJN |
| ) ) | |
| v. ) ) | |
| **DONALD TRUMP, et al.,** ) ) | |
| *Defendants.* ) ) | |

### PLAINTIFF'S NOTICE OF APPEAL

Plaintiff Personal Services Contractor Association appeals to the United States Court of Appeals for the District of Columbia Circuit from the district court's order (ECF No. 52) denying Plaintiff's motion for a preliminary injunction and the accompanying Memorandum Opinion (ECF No. 53), both entered in this action on July 25, 2025, and from all orders antecedent to that order and opinion.

DATE: August 7, 2025

Respectfully submitted,

/s/ Joshua Karsh

| | | |
|---|---|---|
| Carolyn E. Shapiro<br>Schnapper-Casteras PLLC<br>200 E. Randolph St., Ste 5100<br>Chicago, IL 60601<br>cshapiro@schnappercasteras.com<br>773-520-7533<br>*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* | Marni Willenson<br>D.C. USDC Bar No. IL0011<br>Illinois Bar No. 6238365<br>Willenson Law, LLC<br>3420 W. Armitage Ave., Ste 200<br>Chicago, IL 60647<br>marni@willensonlaw.com<br>312-546-4910 | Joshua Karsh<br>Mehri & Skalet PLLC<br>1237 Judson Ave.<br>Evanston, IL 60202<br>jkarsh@findjustice.com<br>773-505-7533<br>*Member of the Illinois bar with a D.C. practice limited to federal litigation. Not a member of the District of Columbia bar.* |

*Counsel for Plaintiff*