IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PERSONAL SERVICES CONTRACTOR ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>PRESIDENT DONALD TRUMP, *et al.*,<br><br>    Defendants. | Civil Action No. 1:25-cv-00469 |

**UNOPPOSED MOTION TO STAY DEFENDANTS' RESPONSIVE PLEADING DEADLINE**

    Defendants respectfully move to stay the deadline for Defendants to serve a responsive pleading until thirty (30) days after the United States Court of Appeals for the D.C. Circuit issues its decision on Plaintiff-Appellant's pending appeal from this Court's denial of Plaintiff's motion for a preliminary injunction. This motion also seeks to stay the accompanying motion to dismiss briefing schedule. Good cause exists for this request for the following reasons:

    1.    Plaintiff filed this action on February 18, 2025, ECF No. 1, and moved for a temporary restraining order that same day. ECF No. 6. Following argument, the Court denied Plaintiff's motion on March 6, 2025. Tr. Mar. 6, at 16:25–17:1.

    2.    Plaintiff amended its complaint on April 17, 2025, ECF No. 37, and moved for a preliminary injunction on April 23, 2025. ECF No. 39. Defendants moved the Court to extend the current deadline for Defendants to file an answer or responsive pleading to the amended complaint until 30 days after the Court ruled on Plaintiff's motion for a preliminary injunction. ECF No. 41. Plaintiff did not oppose Defendants' request. *Id*. The Court granted the Defendants'

1

motion on April 29, 2025.  Min Or. dated April 29, 2025.

3. The Court denied Plaintiff's motion for a preliminary injunction on July 25, 2025. ECF No. 52. Accordingly, Defendants' responsive pleading deadline was set for August 25, 2025. If Defendants were to file a motion to dismiss, Plaintiff's opposition would then be due September 8, 2025, with Defendants' reply due September 15, 2025, absent a further scheduling order from this Court.  Local Civ. R. 7(b)(d).

4. On August 7, 2025, Plaintiff appealed this Court's denial of their motion for a preliminary injunction.  ECF No. 56.

5. Because the D.C. Circuit's decision on Plaintiff-Appellant's appeal is likely to be instructive for the parties, Defendants submit that extending the responsive pleading deadline until after the D.C. Circuit has issued that decision will facilitate more concise and targeted motion to dismiss submissions, and avoid duplicative filings, preserving both party and judicial resources. *See* Wright & Miller, *Federal Practice and Procedure* § 3921.2 (3d ed. 2024) ("[I]t would be advisable for the district court to determine whether the same issue has been presented on appeal, and to defer action when it seems reasonably probable that appellate decision of the same question is imminent.").

6. Undersigned counsel conferred with counsel for Plaintiff, who confirmed that Plaintiff does not oppose a stay of the responsive pleading deadline pending Plaintiff's appeal.

7. For these reasons, Defendants respectfully seek a stay of: (1) the deadline for Defendants to serve a responsive pleading until thirty (30) days after the United States Court of Appeals for the D.C. Circuit issues its decision on Plaintiff-Appellant's pending appeal from this Court's denial of Plaintiff's motion for a preliminary injunction.

Dated August 8, 2025                                             Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director
Federal Programs Branch

/s/ *Richard C. Giles*
Richard C. Giles
WY Bar No. 8-7222
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 598-7598
Email: Richard.C.Giles@usdoj.gov

*Counsel for Defendants*